# Exhibit D



Dara Gray <dgray@revealnews.org>

# Fwd: re FOIA 872421
1 message

**Will Evans** <wevans@revealnews.org>  Wed, Nov 9, 2022 at 3:34 PM
To: Dara Gray <dgray@revealnews.org>

---------- Forwarded message ---------
From: **Will Evans** <wevans@revealnews.org>
Date: Thu, Aug 8, 2019 at 1:10 PM
Subject: re FOIA 872421
To: Bruce Andersen - OFCCP <Andersen.Bruce@dol.gov>
Cc: Victoria Baranetsky <vbaranetsky@revealnews.org>

Dear FOIA Officer,
This is in regards to your July 18, 2019 letter requesting that I narrow my original request because it would be unduly burdensome to notify all affected companies. The notification requirements, however, do not apply here because no exemption applies. The agency, in fact, has previously determined that no exemption applies and has released Type 2 EEO-1 reports in response to previous FOIA requests. Because the agency does not need to notify any companies, providing a spreadsheet is not unduly burdensome, and there is no need to narrow the request.
Thank you for your work on this request.
Best,
Will Evans
--
Will Evans
reporter
o: 510-809-2209



www.revealnews.org

--
Will Evans
reporter
Reveal from The Center for Investigative Reporting
cell: 510-333-9584
www.revealnews.org

 **OFCCP FOIA 872421.pdf**
478K