# Exhibit J



Dara Gray <dgray@revealnews.org>

## Fwd: FOIA 872421 - Amendment
1 message

**Will Evans** <wevans@revealnews.org>                                                         Wed, Nov 9, 2022 at 2:01 PM
To: Dara Gray <dgray@revealnews.org>

> ---------- Forwarded message ---------
> From: **Office of Federal Contract Compliance Programs** <ofccp_no_foia@dol.gov>
> Date: Fri, Jun 3, 2022 at 10:52 AM
> Subject: RE: FOIA 872421 - Amendment
> To: <wevans@revealnews.org>
> Cc: <vbaranetsky@revealnews.org>
>
>
> Dear Mr. Evans,
>
> We have received your latest email. We will modify request 872421 to include both the 2019 and 2020 data. Your request is now for the consolidated (Type 2) EEO-1 reports for all federal contractors for the years 2016 through 2020.
>
> Cordially,
>
> Bruce Andersen
>
> The OFCCP FOIA Team
>
>
> **From:** Will Evans wevans@revealnews.org
> **Sent:** Thursday, June 2, 2022 4:45 PM
> **To:** FOIARequests FOIARequests@dol.gov
> **Cc:** OFCCP NO FOIA OFCCP_NO_FOIA@DOL.GOV
> **Subject:** FOIA request- OFCCP
>
>> CAUTION - The sender of this message is external to the DOL network. Please use care when clicking on links and responding with sensitive information. Send suspicious email to spam@dol.gov.
>
> Dear FOIA Officer,
>
> Under the Freedom of Information Act, I am requesting a copy of the following records from OFCCP:
>
>
>
> * **A spreadsheet of all consolidated (Type 2) EEO-1 reports for all federal contractors for 2019 and 2020.**
>
>
>
> I am requesting this data in electronic format, by email.
>
> I am a representative of the news media as a reporter with Reveal from The Center for Investigative Reporting, a non-profit investigative journalism organization. This request is made as part of news gathering and not for a commercial use. I respectfully ask that you waive fees related to this request. Please notify me of any charges before fulfilling this request.
>
> Please contact me with any questions at 510-809-2209 or

wevans@revealnews.org

Thank you for your attention to this request.

Sincerely,
Will Evans
Reveal / The Center for Investigative Reporting

PO Box 8307

Emeryville, CA 94608

--

Will Evans

reporter

Reveal from The Center for Investigative Reporting

cell: 510-333-9584

www.revealnews.org


--
Will Evans
reporter
Reveal from The Center for Investigative Reporting
cell: 510-333-9584
www.revealnews.org