# Exhibit M



Dara Gray <dgray@revealnews.org>

---

### FOIA 872421 OFCCP Response to CIR
1 message

**Dara Gray** <dgray@revealnews.org>
To: Dara Gray <dgray@revealnews.org>



Victoria Baranetsky <vbar

### FOIA 872421 OFCCP Response to CIR
9 messages

**Office of Federal Contract Compliance Programs** <ofccp_no_foia@dol.gov>
Wed, Jun 15, 2022 at 12:50 PM
To: vbaranetsky@revealnews.org
Cc: wevans@revealnews.org, smusgrave@revealnews.org

June 15, 2022

*Via Electronic Mail:* vbaranetsky@revealnews.org

Victoria D. Barenetsky

General Counsel

The Center for Investigative Reporting

1400 65th, Suite 200

Emeryville, CA 94608

RE: Freedom of Information Act Request – Tracking No. 872421


Dear Ms. Baranetsky:


We are in receipt of your correspondence of May 23, 2022, (hereinafter "Baranetsky Correspondence) to Secretary Walsh, Solicitor Nanda, and Director Yang regarding FOIA Request #872421 from Will Evans of the Center for Investigative Reporting (CIR) to the Office of Federal Contract Compliance Programs (OFCCP) for consolidated Type 2 EEO-1 reports for all federal contractors from 2016-2018. [1]  This correspondence has been referred to the undersigned for response.

As an initial matter, the Department of Labor (Department) continues to strongly disagree with CIR's assertion that the Department is in "direct contravention of law" by not immediately disclosing the thousands of EEO-1 reports from 2016-2020 (hereinafter "EEO-1 reports") responsive to FOIA Request #872421.  The recent Northern District of California decision referenced in your letter[2] addressed only 10 EEO-1 reports of select companies from 2016 and does not have any binding effect as to the other EEO-1 reports for which CIR now demands immediate disclosure.  Furthermore, the subsequent Ninth Circuit decisions[3] were limited to purely jurisdictional issues and explicitly did not reach the merits of the district court decision.

We also disagree with CIR's position that OFCCP can proactively publish the requested EEO-1 reports without providing submitters an opportunity to object to disclosure.  The Department's disclosure regulations at 29 C.F.R. part 70, consistent with Executive Order 12600, require the Department to provide notice to submitters "whenever it has reason to believe that the information requested under the FOIA may be protected from disclosure under Exemption 4, but has not yet determined whether

the information is protected from disclosure…,"[4] and to provide submitters with a reasonable period of time to object to the disclosure and state their grounds for doing so.  Indeed, were the Department to immediately release all Type 2 EEO-1 reports as CIR recommends, it would be at risk of substantial liability in reverse FOIA actions if the reviewing court(s) found that Exemption 4 did apply to the EEO-1 records, and that in releasing them to the public the Department had violated its own regulations and improperly disclosed the confidential commercial information of thousands of federal contractors.

We do, however, agree with CIR that the Department may effectuate notice to all federal contractors via "posting and publishing the notice in a place reasonably calculated to accomplish notification."[5]  The Department will publish a notice in the Federal Register and on the Department's public-facing website that it has received FOIA requests seeking Type 2 EEO-1 records from all federal contractors that filed them from 2016-2020, and pursuant to its regulations,[6] the Department will provide an opportunity for the submitters to respond.

If you have any questions, please contact us via email at OFCCP_NO_FOIA@dol.gov, or by telephone at (202) 693-0101.

Sincerely,
Kelechi Ahaghotu

Branch Chief of Information Services
Division of Management and Administrative Programs

---

[1] Within the last month, CIR sent a new FOIA request to the Department for Type 2 EEO-1 reports for all federal contractors for the years 2019 and 2020 as well.  As agreed to by Mr. Evans, OFCCP has combined this request with FOIA Request #872421 for processing.

[2] *Ctr. For Investigative Reporting v. Dep't of Labor*, 424 F. Supp. 3d 771 (N.D. Cal. 2019).

[3] *Evans v. Synopsis*, 34 F.4th 762 (9th Cir. 2022); *Synopsis v. Dep't of Labor*, Nos. 20-16414 and 20-16416, Dkt. No. 53-1 (9th Cir. May 12, 2022).

[4] 29 C.F.R. § 70.26(d)

[5] 29 C.F.R. § 70.26(j)

[6] *Id.* at § 70.26(e) ("A component will allow a submitter a reasonable time to respond to the notice described in [29 C.F.R. § 70.26(c)]….")

📄 **FOIA 872421 OFCCP Response to CIR 2022-06-15.pdf**
317K

---

**Victoria Baranetsky** <vbaranetsky@revealnews.org>
Thu, Jun 16, 2022 at 10:12 AM
To: Office of Federal Contract Compliance Programs <ofccp_no_foia@dol.gov>
Cc: wevans@revealnews.org, smusgrave@revealnews.org

Dear OFCCP,

Thank you for your email. CIR was disappointed the Office did not provide a production timeline or more concrete idea of when these records would be released - given how much time has elapsed since the request was filed. CIR also strongly disagrees with the agency's interpretation of the case law in the Ninth Circuit.

To avoid needless next steps, please let me know your when you and counsel are available to speak early next week to provide a clearer timeline on this matter.

Kind regards,
Victoria
[Quoted text hidden]

[Quoted text hidden]

---

**Victoria Baranetsky** <vbaranetsky@revealnews.org>
Wed, Jun 22, 2022 at 2:32 PM
To: Office of Federal Contract Compliance Programs <ofccp_no_foia@dol.gov>, "Bickerstaffe, Keir - SOL" <Bickerstaffe.Keir@dol.gov>, "cc: Whitten, Emily S - SOL" <Whitten.Emily.S@dol.gov>
Cc: wevans@revealnews.org, smusgrave@revealnews.org

Hello,

I'd like to follow up and again, request if there is a time we can speak about this matter.

Regards,
Victoria

[Quoted text hidden]

---

**Office of Federal Contract Compliance Programs** <ofccp_no_foia@dol.gov>
Mon, Jun 27, 2022 at 2:36 PM
To: vbaranetsky@revealnews.org
Cc: wevans@revealnews.org, smusgrave@revealnews.org

*By Electronic Mail*

Dear Ms. Baranetsky,

This email responds to yours of June 16, 2022, and specifically your request for a clearer timeline regarding FOIA #872421, which, as revised, requests that OFCCP disclose Type 2 EEO-1 data for all federal contractors from 2015-2020. In July, the Department anticipates publishing a notice in the Federal Register to inform contractors of the FOIA request for contractors' EEO-1 data. This notice will provide contractors with 30 days to submit written objections to the disclosure of their EEO-1 data pursuant to Exemption 4 of FOIA. At the conclusion of that 30 days, OFCCP will ascertain which contractors have objected to disclosure, and which have not. As soon as possible thereafter, OFCCP will disclose to CIR the EEO-1 data for all contractors that have not objected to disclosure. In addition to the Federal Register notice, OFCCP will also announce this FOIA request through other means, such as its GovDelivery listserv, which includes a large number of federal contractors.

For those contractors that have submitted written objections, OFCCP will review the objections submitted and make an independent assessment for each as to whether the information should be withheld under FOIA Exemption 4. At this time, we cannot estimate how long this process will take. We do not know how many contractors will object, but given that there were approximately 25,000 unique filers of Type 2 EEO-1 data from 2015-2020, we anticipate that the number of objectors will be in the thousands. OFCCP will devote significant resources to review and assess these objections as quickly as possible, but we note that the scope of this request, and the number of objections that OFCCP will receive and need to evaluate, is unprecedented.

We hope that this clarifies for CIR the agency's timeline with regard to this matter. If you have any questions, please contact us via email at OFCCP_NO_FOIA@dol.gov, or by telephone at (202) 693-0101.

[Quoted text hidden]

---

**Victoria Baranetsky** <vbaranetsky@revealnews.org>
Thu, Jun 30, 2022 at 11:38 AM
To: Office of Federal Contract Compliance Programs <ofccp_no_foia@dol.gov>
Cc: wevans@revealnews.org, smusgrave@revealnews.org
Bcc: Brendan Gilligan <bgilligan@revealnews.org>

Thank you for your response. I would like to confirm: (1) **when in July** does the agency anticipate publishing this announcement on the federal register?; (2) will the agency be producing the records on a rolling

basis?; and, (3) can the agency please point to the agency regulations it is using for guidance on its procedure in this case.

While we appreciate the attention and resources now allocated to this matter, I will note that this request is now **multiple years old.** And given the decision from N.D. Cal is on point, we are dismayed and confused by the agency's decision to withhold these records claiming that they have no "binding effect." See OFCCP Letter to CIR, dated June 15, 2022 (stating N.D. Cal. "addressed only 10 EEO-1 reports of select companies from 2016 and does not have any binding effect as to the other EEO-1 reports"). The agency has provided absolutely no reasoning as to why identical forms should not be released simply because they are more numerous and from a different calendar year that those at issue in Judge Westmore's order. I cannot imagine the Northern District of California would find a meaningful distinction, but instead would only see this decision as the agency ignoring the law of the circuit. *See Gonzalez v. Arizona*, 677 F.3d 383, 389 n.4 (9th Cir. 2012) (en banc), aff'd sub nom. Arizona v. Inter Tribal Council of Ariz., Inc., 570 U.S. 1 (2013) (discussing law of the circuit); *see also Barapind v. Enomoto*, 400 F.3d 744, 751 (9th Cir. 2005) (en banc).

Regards,
Victoria

On Mon, Jun 27, 2022 at 2:34 PM Office of Federal Contract Compliance Programs <ofccp_no_foia@dol.gov> wrote:
[Quoted text hidden]

[Quoted text hidden]

---

**Office of Federal Contract Compliance Programs** <ofccp_no_foia@dol.gov>
Wed, Jul 6, 2022 at 8:49 AM
To: vbaranetsky@revealnews.org
Cc: wevans@revealnews.org, smusgrave@revealnews.org

Dear Ms. Baranetsky,

Thank you for your email dated June 30, 2022. We write to address the questions you raised. We plan to publish our announcement on the Federal Register by the end of July. The Federal Register controls its own publication schedule, so it is difficult to provide more precision than that.

We anticipate beginning production on a rolling basis starting 30 days after publication of the Federal Register notice. However, until we see how many objections we receive and whether they are from individual submitters or trade associations on behalf of their members, we cannot provide precise details on what the rolling production will look like. As we indicated in our earlier email, we will begin production of the Type 2 reports of those EEO-1 submitters who do not object, or do not have objections raised on their behalf within 30 days of the publication of the notice in the Federal Register. For submitters that do object, as we said in our email, OFCCP will need to do individualized analyses of the objections. If OFCCP determines that the objections do not meet the standards for FOIA Exemption 4, OFCCP will notify the submitter that it intends to disclose. At that point, submitters may file reverse FOIA actions against OFCCP to prevent disclosure.

The relevant agency regulations regarding these procedures are found at 29 C.F.R. § 70.26.
[Quoted text hidden]

---

**Shawn Musgrave** <smusgrave@revealnews.org>
Fri, Aug 5, 2022 at 10:49 AM
To: Office of Federal Contract Compliance Programs <ofccp_no_foia@dol.gov>
Cc: vbaranetsky@revealnews.org, wevans@revealnews.org

Hello,

Please advise on the status of OFCCP's publication to the Federal Register on this matter. In prior correspondence, the government indicated it would publish a notice by the end of July. To our knowledge, this notice has not been published.

Best,
Shawn
[Quoted text hidden]

--
Shawn Musgrave
First Amendment Fellow
*Admitted in California*
Pronouns: he/him/his
c: (510) 809-3165



---

**OFCCP NO FOIA** <OFCCP_NO_FOIA@dol.gov>
Fri, Aug 5, 2022 at 12:37 PM
To: Shawn Musgrave <smusgrave@revealnews.org>, OFCCP NO FOIA <OFCCP_NO_FOIA@dol.gov>
Cc: "vbaranetsky@revealnews.org" <vbaranetsky@revealnews.org>, "wevans@revealnews.org" <wevans@revealnews.org>

Good afternoon,

We would like to inform you that OFCCP sent our Federal Register Notice to the Federal Register

for publication yesterday.  Once we receive a publication date, we will contact

you with that information.


Respectfully,



Kelechi Ahaghotu | Supervisory Government Information Specialist

Branch Chief of Information Services

Department of Labor

Office of Federal Contract Compliance Programs

Division of Management and Administrative Programs

---

**From:** Shawn Musgrave <smusgrave@revealnews.org>
**Sent:** Friday, August 5, 2022 1:50 PM
**To:** OFCCP NO FOIA <OFCCP_NO_FOIA@DOL.GOV>
**Cc:** vbaranetsky@revealnews.org; wevans@revealnews.org
**Subject:** Re: FOIA 872421 OFCCP Response to CIR


CAUTION - The sender of this message is external to the DOL network.

Please use care when clicking on links and responding with sensitive information.

Send suspicious email to spam@dol.gov.



Hello,

Please advise on the status of OFCCP's publication to the Federal Register on this matter.

In prior correspondence, the government indicated it would publish a notice by the end of July.

To our knowledge, this notice has not been published.

Best,

Shawn



On Wed, Jul 6, 2022 at 8:46 AM Office of Federal Contract Compliance Programs

<ofccp_no_foia@dol.gov> wrote:

Dear Ms. Baranetsky,

Thank you for your email dated June 30, 2022. We write to address the questions you raised. We plan to publish our announcement on the Federal Register by the end of July. The Federal Register controls its own publication schedule, so it is difficult to provide more precision than that.

We anticipate beginning production on a rolling basis starting 30 days after publication of the Federal Register notice. However, until we see how many objections we receive and whether they are from individual submitters or trade associations on behalf of their members, we cannot provide precise details on what the rolling production will look like. As we indicated in our earlier email, we will begin production of the Type 2 reports of those EEO-1 submitters who do not object, or do not have objections raised on their behalf within 30 days of the publication of the notice in the Federal Register. For submitters that do object, as we said in our email, OFCCP will need to do individualized analyses of the objections. If OFCCP determines that the objections do not meet the standards for FOIA Exemption 4, OFCCP will notify the submitter that it intends to disclose. At that point, submitters may file reverse FOIA actions against OFCCP to prevent disclosure. The relevant agency regulations regarding these procedures are found at 29 C.F.R. § 70.26. If you have any questions, please contact us via email at OFCCP_NO_FOIA@dol.gov, or by telephone at (202) 693-0101.

Sincerely,
Kelechi Ahaghotu
Branch Chief of Information Services
Division of Management and Administrative Programs

--
Dara Gray
First Amendment Fellow
c: (404) 395-2356

