# Exhibit N



Dara Gray <dgray@revealnews.org>

## RE: FOIA 872421
1 message

**Dara Gray** <dgray@revealnews.org>　　　　　　　　　　　　　　　　　　Tue, Nov 15, 2022 at 3:39 PM
To: Dara Gray <dgray@revealnews.org>

---------- Forwarded message ---------
From: **Office of Federal Contract Compliance Programs** <ofccp_no_foia@dol.gov>
Date: Tue, Nov 1, 2022 at 9:34 AM
Subject: RE: FOIA 872421
To: <Wevans@revealnews.org>

Dear Mr. Evans:

As part of its final response, OFCCP intends to release to you the names of those federal contractors that objected under an applicable FOIA exemption and whose data was removed from public release.

Cordially,

Bruce Andersen

**From:** Will Evans <wevans@revealnews.org>
**Sent:** Tuesday, October 18, 2022 4:56 PM
**To:** OFCCP NO FOIA <OFCCP_NO_FOIA@DOL.GOV>
**Subject:** re: FOIA 872421

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Dear Mr. Andersen,

When providing responsive records for my previous requests of EEO-1 data, your office's past practice has been to provide a list of companies that objected to the release of their EEO-1 data. We expect that you will do so for request #87242 as well. Please let me know if that's correct.

Thank you,

Will

--

Will Evans

reporter

Reveal from The Center for Investigative Reporting

cell: 510-333-9584

www.revealnews.org


--
Will Evans
reporter
Reveal from The Center for Investigative Reporting
cell: 510-333-9584
www.revealnews.org