D. Victoria Baranetsky SBN #311892
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>    Plaintiffs,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Defendant. | **CASE NO.**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY THE CENTER FOR INVESTIGATIVE REPORTING** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that since the date of the filed complaint, other than the named parties, there is no such interest to report.

DATED: November 15, 2022   By: _s/ D. Victoria Baranetsky_

                D. Victoria Baranetsky SBN #311892
                THE CENTER FOR INVESTIGATIVE REPORTING
                1400 65th St., Suite 200
                Emeryville, CA 94608
                Telephone: (510) 982-2890
                vbaranetsky@revealnews.org

                Attorney for Plaintiffs