D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
vbaranetsky@revealnews.org

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Defendant. | Case No. 3:22-cv-07182-SK<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, Dara Gray, declare as follows:

1. At the time of service, I was at least 18 years of age and not a party to this lawsuit.

2. On November 17, 2022, I served copies true and correct copies of the following documents (hereinafter referred to as "copies"):

   a. SUMMONS
   b. COMPLAINT AND EXHIBITS
   c. AMENDED CIVIL COVER SHEET
   d. CERTIFICATE OF INTERESTED PARTIES
   e. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
   f. STANDING ORDER FOR MAGISTRATE JUDGE SALLIE KIM.
   g. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA
   h. CONSENT OR DECLINATION FORM TO MAGISTRATE JUDGE JURISDICTION
   i. PLAINTIFFS' CONSENT TO MAGISTRATE JUDGE
   j. ECF REGISTRATION INFORMATION
   k. U.S. DISTRICT COURT OF NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT

3. I served the United States Department of Labor by placing the copies in a postage paid envelope through certified mail addressed to the person(s) listed hereinafter, by depositing said envelope into the U.S. mail:

   a. United States Department of Justice for the Northern District of California, Civil Process Clerk Federal Courthouse, 450 Golden Gate Avenue, 11th Floor, San Francisco, CA 94102

   b. Attorney General of the United States, United States Department of Justice, Service

of Process, 950 Pennsylvania Avenue, NW, Washington DC 20530-0001

    c. United States Department of Labor, Office of Legal Counsel, 200 Constitution Ave., N.W., Room N-2700, Washington, DC 20210

    d. United States Department of Labor, 71 Stevenson St, San Francisco, CA 94105

4. I declare under penalty of perjury that the foregoing is true and correct. This was executed on November 17, 2022 in Emeryville, CA.

DATED: November 17, 2022

Respectfully submitted,

By: /s/ Dara Gray
    Dara Gray