# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

| Certified Mail Fee $4.00 | |
| --- | --- |
| $ | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $22.20 |
| $ | |
| Total Postage and Fees | |
| $ $26.20 | |

NOV 17 2022

Postmark
Here

VILLE, CA 94608-9991

11/17/2022

Sent To  U.S. DOJ - Attorney General of US

Street and Apt. No., or PO Box No.  950 Pennsylvania Ave

City, State, ZIP+4®  Washington DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7021 2720 0000 0430 7414