STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36045
    San Francisco, California 94102
    Telephone: (415) 436-7025
    Facsimile: (415) 436-7234
    pamela.Johann@usdoj.gov

Attorneys for Defendant UNITED STATES
DEPARTMENT OF LABOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Defendant. | Case No. 22-cv-07182-SK<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

The parties, by and through their counsel, hereby stipulate as follows:

WHEREAS, on November 15, 2022, Plaintiffs filed a complaint under the Freedom of Information Act in the above-entitled action; and

WHEREAS, Defendant was served with the Complaint and an unsigned copy of the Summons on November 18, 2022;

WHEREAS, Plaintiffs have agreed that Defendant may have an additional 30 days to answer or otherwise respond to the complaint; and Defendant has agreed that the Summons will be deemed served as of November 18, 2022;

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND
No. 22-cv-07182-SK                                      1

1  WHEREAS, this change will not alter the date of any event or any deadline already fixed by Court order;

3  NOW THEREFORE, the parties hereby STIPULATE, pursuant to Local Rule 6-1(a), that the time within which Defendant shall answer or otherwise respond to the complaint shall be extended to January 18, 2023.

DATED: December 9, 2022                      Respectfully submitted,

                                             STEPHANIE M. HINDS
                                             United States Attorney

                                             */s/ Pamela T. Johann*
                                             PAMELA T. JOHANN
                                             Assistant United States Attorney

                                             Attorneys for Defendant


DATED: December 9, 2022                      THE CENTER FOR INVESTIGATIVE
                                             REPORTING

                                             */s/ D. Victoria Baranetsky*
                                             D. VICTORIA BARANETSKY

                                             Attorneys for Plaintiffs


## ATTESTATION

I, Pamela T. Johann, hereby attest under penalty of perjury that in compliance with Civil Local Rule 5-1(h)(3), I have obtained the concurrence in the filing of this document from D. Victoria Baranetsky.

                                             */s/ Pamela T. Johann*
                                             PAMELA T. JOHANN