STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36045
    San Francisco, California 94102
    Telephone: (415) 436-7025
    Facsimile: (415) 436-7234
    pamela.johann@usdoj.gov

Attorneys for Defendant UNITED STATES
DEPARTMENT OF LABOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Defendant. | Case No. 22-cv-07182-WHA<br><br>**UNITED STATES OF AMERICA'S ADR CERTIFICATION** |

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that she has:

1. Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).

2. Discussed with each other the available dispute resolution options provided by the Court and private entities; and

3. Considered whether this case might benefit from any of the available dispute resolution options.

| | | |
|---|---|---|
| 1 | Date: January 26, 2023 | |
| 2 | | _/s/ Emily S. Whitten_ |
| | | EMILY S. WHITTEN |
| 3 | | Office of the Solicitor |
| | | U.S. Department of Labor |
| 4 | | |
| 5 | Date: January 26, 2023 | STEPHANIE M. HINDS |
| | | United States Attorney |
| 6 | | |
| 7 | | _/s/ Pamela T. Johann_ |
| | | PAMELA T. JOHANN |
| | | Assistant United States Attorney |
| 8 | | |
| 9 | | Attorneys for Defendant UNITED STATES DEPARTMENT OF LABR |

Counsel further certifies that she has had a preliminary discussion regarding the selection of an ADR process with counsel for Plaintiff. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: January 26, 2023          STEPHANIE M. HINDS
                                United States Attorney

                                      _/s/ Pamela T. Johann_
                                PAMELA T. JOHANN
                                Assistant United States Attorney

                                Attorneys for Defendant UNITED STATES
                                DEPARTMENT OF LABOR

*In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.*