UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Defendant. | No. C 22-07182 WHA<br><br>**NOTICE RE INITIAL CASE MANAGEMENT CONFERENCE** |

The parties have submitted a joint case management statement for the initial case management conference scheduled for April 13, 2023 (Dkt. No. 23). At the end of that statement, the parties requested that the case management conference be continued once more. Such request is not a proper stipulation in accordance with Civil Local Rule 16-2(e), and in any event would be denied. This action was filed in November 2022. The initial case management conference has already been postponed twice. Counsel shall appear in person for the scheduled initial case management conference on April 13, 2023.

**IT IS SO ORDERED.**

Dated: April 11, 2023.

                                              _/s/ William Alsup_
                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE