United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR INVESTIGATIVE
REPORTING and WILL EVANS,

        Plaintiffs,

        v.

UNITED STATES DEPARTMENT OF
LABOR,

        Defendant.

No.  C 22-07182 WHA

**ORDER RE BELLWETHER
MOTION SCHEDULE**

The parties have submitted a proposed order laying out a schedule for the bellwether motions for summary judgment (Dkt. No. 26).  This order finds that schedule too protracted, and modifies it to the following:

1.  DOL's Motion for Summary Judgment to be filed by August 4, 2023.

2.  Plaintiffs' Cross-Motion and Opposition to be filed by October 5, 2023.

3.  DOL's Opposition and Reply to be filed by October 20, 2023.

4.  Plaintiff's Reply to be filed by November 3, 2023.

5.  Hearing: November 9, 2023, at 8:00 a.m.

**IT IS SO ORDERED.**

Dated:  April 24, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE