ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36045
    San Francisco, California 94102
    Telephone: (415) 436-7025
    Facsimile: (415) 436-7234
    pamela.johann@usdoj.gov

Attorneys for Defendant UNITED STATES
DEPARTMENT OF LABOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Defendant. | Case No. 22-cv-07182-WHA<br><br>**STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE FOR BELLWETHER SUMMARY JUDGMENT MOTION;** [PROPOSED] **ORDER** |

       On April 18, pursuant to the Court's instructions at the Case Management Conference held on April 13, 2023, and the Court's Minute Order, Dkt. No. 25, the parties submit a proposed order regarding a proposed briefing schedule for a bellwether summary judgment motion. The Court entered an order modifying that schedule, finding the parties' proposed schedule "too protracted." Dkt. No. 27.

       The Court's modified schedule provides two weeks and one day for Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment/Reply Brief. One of those days (October 9) is a federal holiday, and Department of Labor Counsel will be on leave and unavailable for most of the remainder of that week.

The parties understand that the Court holds hearings on civil law and motion on the second and fourth Thursdays of the month, and the fourth Thursday in November is Thanksgiving. The Court's modified schedule appears to be designed to permit a hearing on the cross-motions in November.

To provide sufficient time for Defendant to prepare its Opposition/Reply and to allow for a hearing on November 9, 2023, the parties propose the following modification to the Court's briefing schedule:

1. DOL's Motion for Summary Judgment to be filed by August 1, 2023
2. Plaintiffs' Cross-Motion and Opposition to be filed by October 2, 2023
3. DOL's Opposition and Reply to be filed by October 20, 2023
4. Plaintiff's Reply to be filed by November 3, 2023
5. Hearing:  November 9, 2023 at 8:00 a.m.

The parties respectfully request that the Court enter an order modifying the schedule for the bellwether motions for summary judgment accordingly.

DATED:  May 22, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Pamela T. Johann\**
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendant

DATED:  May 22, 2023

THE CENTER FOR INVESTIGATIVE REPORTING

*/s/ D. Victoria Baranetsky*
D. VICTORIA BARANETSKY

Attorneys for Plaintiffs

*\*The filer of this document hereby attests pursuant to Civil Local Rule 5-1(h)(3) that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to stipulation, and good cause appearing therefor, IT IS SO ORDERED. The schedule for the bellwether motions for summary judgment is modified as follows:

1. DOL's Motion for Summary Judgment to be filed by August 1, 2023
2. Plaintiffs' Cross-Motion and Opposition to be filed by October 2, 2023
3. DOL's Opposition and Reply to be filed by October 20, 2023
4. Plaintiff's Reply to be filed by November 3, 2023
5. Hearing: November 9, 2023, at 8:00 a.m.

Dated: May 24, 2023.

_____
HON. WILLIAM ALSUP
United States Senior District Judge