ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36045
    San Francisco, California 94102
    Telephone: (415) 436-7025
    Facsimile: (415) 436-7234
    pamela.johann@usdoj.gov

Attorneys for Defendant UNITED STATES
DEPARTMENT OF LABOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS, | Case No. 22-cv-07182-WHA |
| Plaintiffs, | **STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE FOR BELLWETHER SUMMARY JUDGMENT MOTION; [PROPOSED] ORDER** |
| v. | |
| UNITED STATES DEPARTMENT OF LABOR, | |
| Defendant. | |

      On May 24, 2023, pursuant to the parties' stipulated request to modify the briefing schedule for the bellwether summary judgment motion, the Court established a briefing schedule for the anticipated cross-motions, with the following dates:

      1.  Defendant's Motion for Summary Judgment to be filed by August 1, 2023

      2.  Plaintiffs' Cross-Motion and Opposition to be filed by October 2, 2023

      3.  Defendant's Opposition and Reply to be filed by October 20, 2023

      4.  Plaintiff's Reply to be filed by November 3, 2023

      5.  Hearing:  November 9, 2023, at 8:00 a.m.

1    Since the approval of that schedule, one of the Department of Labor ("DOL") attorneys with a

2 critical role in the ongoing evaluation of the contractors' objections and the preparation of DOL's

3 motion for summary judgment has been required to take immediate and unexpected medical leave for

4 the critical care of his daughter.  This medical emergency has necessitated his complete attention for

5 over two weeks, and he will need to continue to work on a part-time schedule for alternating weeks for

6 several months while his daughter recovers.  As a result, DOL will be unable to file its summary

7 judgment motion as anticipated on August 1 and has requested to modify the schedule so that its

8 opening brief would be filed on August 18, 2023.  Plaintiff has agreed to accommodate this request.

9    The parties have met and conferred about the remaining briefing schedule, which is complicated

10 by holidays and leave schedules.  The parties do not believe that a hearing on the existing hearing date

11 of November 9, 2023, will be possible given the new requested filing date.  Accordingly, they are

12 requesting a hearing date of December 14, 2023, and the following briefing schedule, which includes

13 modest enlargements of the time for DOL to file its opposition brief and CIR to file its reply to

14 accommodate leave schedules and holidays:

15    1.  Defendant's Motion for Summary Judgment to be filed by August 18, 2023

16    2.  Plaintiffs' Cross-Motion and Opposition to be filed by October 18, 2023

17    3.  DOL's Opposition and Reply to be filed by November 10, 2023

18    4.  Plaintiff's Reply to be filed by December 5, 2023

19    5.  Hearing:  December 14, 2023, at 8:00 a.m.

20    The parties respectfully request that the Court enter an order modifying the schedule for the

21 bellwether motions for summary judgment accordingly.

22 DATED:  July 7, 2023                    Respectfully submitted,

23                                         ISMAIL J. RAMSEY
                                           United States Attorney
24
                                           */s/ Pamela T. Johann*
25                                         PAMELA T. JOHANN
                                           Assistant United States Attorney
26
                                           Attorneys for Defendant
27

28

1   DATED:  July 7, 2023                    THE CENTER FOR INVESTIGATIVE
                                            REPORTING
2
                                            */s/ D. Victoria Baranetsky*
3                                           D. VICTORIA BARANETSKY

4                                           Attorneys for Plaintiffs

5

6   *The filer of this document hereby attests pursuant to Civil Local Rule 5-1(h)(3) that all signatories
    have concurred in the filing of this document.*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to stipulation, and good cause appearing therefor, IT IS SO ORDERED.  The schedule for the bellwether motions for summary judgment is modified as follows:

1.    DOL's Motion for Summary Judgment to be filed by August 18, 2023

2.    Plaintiffs' Cross-Motion and Opposition to be filed by October 18, 2023

3.    DOL's Opposition and Reply to be filed by November 10, 2023

4.    Plaintiff's Reply to be filed by November 5, 2023

5.    Hearing: December 14, 2023, at 8:00 a.m.

Dated: _____

_____
HON. WILLIAM ALSUP
United States Senior District Judge