1  D. VICTORIA BARANETSKY (SBN 311892)
   DARA GRAY (SBN 349865)
2  THE CENTER FOR INVESTIGATIVE REPORTING
   1400 65th Street, Suite 200
3  Emeryville, CA 94608
   Telephone: (510) 982-2890
4  Facsimile: (510) 849-6141
   Email: vbaranetsky@revealnews.org
5
   THERESE Y. CANNATA (SBN 88032)
6  AARON R. FIELD (SBN 310648)
   ZACHARY E. COLBETH (SBN 297419)
7  CANNATA O'TOOLE & OLSON LLP
   100 Pine Street, Suite 350
8  San Francisco, CA 94111
   Telephone: (415) 409-8900
9  Facsimile: (415) 409-8904
   Email: tcannata@cofolaw.com
10         afield@cofolaw.com
           zcolbeth@cofolaw.com
11
   Attorneys for Plaintiffs
12 THE CENTER FOR INVESTIGATIVE REPORTING and
   WILL EVANS
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 | THE CENTER FOR INVESTIGATIVE | Case No. 3:22-CV-07182
   | REPORTING and WILL EVANS,
18 |                              | **NOTICE OF APPEARANCE OF COUNSEL**
19 |       Plaintiffs,             |
20 |   v.                          |
21 |                              |
   | UNITED STATES DEPARTMENT OF   |
22 | LABOR,                        |
23 |       Defendant.              |

**NOTICE OF APPEARANCE OF COUNSEL**
CASE NO. 3:22-CV-07182

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Therese Y. Cannata of Cannata O'Toole & Olson LLP hereby enters her appearance as counsel for plaintiffs The Center for Investigative Reporting and Will Evans in this action. Pursuant to Rule 5 of the Federal Rules of Civil Procedure, all further notices and copies of pleadings, papers, and other material relevant to the above-entitled action should be directed to and served upon:

> Therese Y. Cannata
> CANNATA O'TOOLE & OLSON LLP
> 100 Pine Street, Suite 350
> San Francisco, CA 94111
> Telephone: (415) 409-8900
> Facsimile: (415) 409-8904
> Email: afield@cofolaw.com

Respectfully submitted,

DATED: August 18, 2023         CANNATA O'TOOLE & OLSON LLP

By: /s/ Therese Y. Cannata
    THERESE Y. CANNATA

Therese Y. Cannata
Aaron R. Field
Zachary E. Colbeth

Attorneys for Plaintiffs
THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS