1  D. VICTORIA BARANETSKY (SBN 311892)
   DARA GRAY (SBN 349865)
2  THE CENTER FOR INVESTIGATIVE REPORTING
   1400 65th Street, Suite 200
3  Emeryville, CA 94608
   Telephone:  (510) 982-2890
4  Facsimile:   (510) 849-6141
   Email:       vbaranetsky@revealnews.org
5
   THERESE Y. CANNATA (SBN 88032)
6  AARON R. FIELD (SBN 310648)
   ZACHARY E. COLBETH (SBN 297419)
7  CANNATA O'TOOLE & OLSON LLP
   100 Pine Street, Suite 350
8  San Francisco, CA 94111
   Telephone:  (415) 409-8900
9  Facsimile:   (415) 409-8904
   Email:       tcannata@cofolaw.com
10              afield@cofolaw.com
                zcolbeth@cofolaw.com
11
   Attorneys for Plaintiffs
12 THE CENTER FOR INVESTIGATIVE REPORTING and
   WILL EVANS
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17 THE CENTER FOR INVESTIGATIVE    | Case No. 3:22-CV-07182
   REPORTING and WILL EVANS,
18                                 | **NOTICE OF APPEARANCE OF COUNSEL**
19        Plaintiffs,
20     v.
21
   UNITED STATES DEPARTMENT OF
22 LABOR,
23        Defendant.
24

CANNATA O' TOOLE & OLSON LLP
ATTORNEYS AT LAW
100 PINE STREET, SUITE 350, SAN FRANCISCO CA, 94111
TEL: 415.409.8900 – FAX: 415.409.8904

**NOTICE OF APPEARANCE OF COUNSEL**
**CASE NO. 3:22-CV-07182**

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Aaron R. Field of Cannata O'Toole & Olson LLP hereby enters his appearance as counsel for plaintiffs The Center for Investigative Reporting and Will Evans in this action. Pursuant to Rule 5 of the Federal Rules of Civil Procedure, all further notices and copies of pleadings, papers, and other material relevant to the above-entitled action should be directed to and served upon:

> Aaron R. Field
> CANNATA O'TOOLE & OLSON LLP
> 100 Pine Street, Suite 350
> San Francisco, CA 94111
> Telephone: (415) 409-8900
> Facsimile: (415) 409-8904
> Email: afield@cofolaw.com

Respectfully submitted,

DATED: August 18, 2023            CANNATA O'TOOLE & OLSON LLP

By:   /s/ Aaron R. Field
      AARON R. FIELD

Therese Y. Cannata
Aaron R. Field
Zachary E. Colbeth

Attorneys for Plaintiffs
THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS