UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS, | ) ) ) | Case No. 22-cv-07182-WHA |
| Plaintiffs, | ) ) ) | **DECLARATION OF PATRICK F. McKAY, Ph.D., IN SUPPORT OF DEFENDANT** |
| v. | ) ) ) | **DEPARTMENT OF LABOR'S MOTION FOR SUMMARY JUDGMENT** |
| UNITED STATES DEPARTMENT OF LABOR, | ) ) ) | |
| Defendant. | ) ) ) ) | |

I, Patrick F. McKay, Ph.D., state as follows:

## I.    Qualifications

1.      My name is Patrick F. McKay. I am a Professor of Management at the College of Business, East Carolina University.  I have been asked by the United States Attorney's Office for the Northern District of California to provide an expert declaration in the case of *Center for Investigative Reporting v. U.S. Department of Labor*, No. 22-cv-07182-WHA, on issues relating to the use and value of EEO-1 data and the potential commercial harms to reporting firms should it be publicly released.

2.      I earned my PhD in Industrial-Organizational (I-O) Psychology from the University of Akron in 1999. I am a member of the Society for Industrial and Organizational Psychology, Academy of Management, and the Personnel/Human Resources Research Group. In 2013, I was recognized as a Fellow of the Society for Industrial and Organizational Psychology, a distinction given to researchers and practitioners who have made landmark contributions to the field of I-O Psychology. In addition, I have nearly 30 years of human resource consulting experience, completing projects such as test development and validation, test administration, statistical data analysis, and providing litigation support

to client companies. Moreover, I have provided professional development workshops, research talks, and keynote addresses to organizations and colleges/universities that include L'Oreal USA, Nestle Health Sciences, Andersen Windows, The US Navy, New Jersey Labor and Employment Relations Association (LERA), American Physical Therapists Association, Risk Management Society, Columbia University, Wharton School of Business at the University of Pennsylvania, Cornell University, Emory University, University of Chicago, Vanderbilt University, Texas A&M University, Virginia Polytechnic & State University, Indiana University, University of South Carolina, Baruch College, University of Texas-Arlington, Oregon State University, George Mason University, University of Konstanz (Germany), and others.

3.      I have taught in the organizational behavior and human resource management (OBHRM) domain, at the undergraduate, masters, and doctoral levels, for over 26 years. Subjects that I have taught of relevance to my declaration include Diversity in Organizations, Data-Based Decision-Making (a master's level statistics course), Human Resource Management, Industrial Psychology, Micro-Foundations in Human Resource Management Seminar, Multivariate Statistics, Organizational Behavior, Organizational Staffing, Thus, I have vast expertise in workforce diversity, human resource management, organizational behavior, recruitment, research methodology, statistical data analysis, and employee turnover. In addition, I conduct research on these topics and I have published 40 peer-reviewed articles in respected research journals such as the *Journal of Applied Psychology*, *Journal of Management*, *Organizational Behavior and Human Decision Processes*, *Organization Science*, and *Personnel Psychology*, and has published 11 invited book chapters and/or journal articles. Moreover, as evidence of the quality of my scholarship, I have received research awards from the Academy of Management's Gender and Diversity in Organizations Division including the 2007 *Dorothy Harlow Distinguished Paper Award* and the 2009 *Saroj Parasuraman Outstanding Publication Award*. An additional marker of my stature in the OBHRM domain is my appointment to serve as Associate Editor for the *Personnel Psychology* (2017-2020) and *International Journal of Human Resource Management* (2014-2016). Currently, I am an Associate Editor for the *Journal of Management*. The above expertise and qualifications render me a credible source of information regarding the potential commercial harms to companies required to publicly release their EEO-1 workforce data.

4.      Details of my qualifications are provided in my curriculum vitae, attached as Exhibit A.

5.      I am being compensated at my usual rate of $200 per hour for my services in connection with this matter.

**II.      Scope of Work**

6.      I was asked to provide opinions on the information contained in EEO-1 reports and the potential commercial harms to organizations that can result from the public release of their EEO-1 workforce data. As I outline below, the primary harms that could result from release of the EEO-1 data include hampered employee recruitment and signaling of human resource management effectiveness to competitors. In the following sections, I define the basic concepts involved in each category of harm, and present evidence to substantiate the potential for commercial harm to firms whose EEO-1 workforce information is publicized.

*Hampered Employee Recruitment*

7.      Human resource management (HRM) involves an organization's effort to acquire, deploy, and retain a qualified workforce, thus allowing a firm to pursue and achieve its strategic objectives. A key component of a company's HRM system is recruitment, or the process of generating potential applicants' interest in job openings, persuading them to apply, maintaining their interest in the job, and convincing to accept the job if offered (Barber, 1998; Breaugh, 2013).[1] Job seekers, the targets of a company's recruitment efforts, are motivated to secure jobs with companies who fit with their qualifications, needs, and values.

8.      Because job seekers often lack complete information about companies and job openings, they look to organizational characteristics as signals of what a company is like as an employer (Rynes et al., 1991). Such signals include the behavior of organizational recruiters at a job fair, the advertised duties of a job, and the extent of workforce demographic diversity depicted in photos on a company website. The latter characteristic, demographic diversity, refers to extent that company's workforce contains a variety of racial-ethnic, gender, age, and other demographic groups (Harrison & Klein, 2007).

---

[1] Full citations for all references cited herein are listed in Exhibit B to this Declaration.

9.     Organizational research has shown that potential job applicants make inferences about organizations based upon their workforce diversity (Avery et al., 2013; Walker et al., 2012). This is especially true for firms who target racial-ethnic minority and female applicant groups, as members of these groups are especially attuned to extent of diversity among a company's employees. Women and minority job seekers infer that a company is more amenable to diversity and less likely to discriminate against them if its workforce is diverse in terms of race-ethnicity and gender (McKay, forthcoming). Accordingly, research has shown that women and minorities, and Whites who express a desire to interact with others different from themselves, are more likely to pursue employment with organizations with more- versus less-diverse workforces (Avery, 2003; Avery et al. 2004; DePatie et al., 2022; Kroeper et al., 2022; Walker et al., 2012).

10.     Based upon the above, I believe that it is reasonably foreseeable that disclosure of companies' EEO-1 reports will both harm their commercial interests and set back their diversity efforts. Such reporting will undermine the recruitment success of companies whose reports show evidence of low diversity among racial-ethnic minorities and women. This is likely because as noted above minority and female job seekers use the extent of racial-ethnic and gender diversity, respectively, as a signal of an organization's stance on workforce diversity (Avery, 2003; DePatie et al., 2022; Walker et al., 2012). However, as I expound upon later, this assumption is erroneous as there is little relationship between the extent of racial-ethnic and gender diversity and an organization's climate for diversity. Owing to the above assumption, potential minority and female job applicants will be less likely to apply to companies whose EEO-1 report data shows low racial-ethnic and gender diversity, respectively. This is especially troubling owing to the requirement that firms provide five (5) years of EEO-1 data. Notably, this harm is problematic to the affected firms for a number of reasons.

11.     First, workforce diversity is associated with enhanced performance in organizations with strategic initiatives aligned with diversity (e.g., innovation; Richard et al., 2004) and have a work climate that is supportive of diversity (Gonzalez & DeNisi, 2009). In fact, my colleagues and I have a body of work showing that business units that highly value diversity (e.g., maintain favorable diversity climates) enjoy higher employee sales performance (McKay et al., 2008), sales growth (McKay et al., 2009), and customer satisfaction ratings (McKay et al, 2011). Key contextual factors such as a

company's strategy and climate for diversity are not borne out in raw EEO-1 data, which could result in misconceptions about a company's stance on diversity and harm their recruitment success.

12.     Second, company's representation of racial-ethnic minority and female employees in occupational specialties is bound by the local/regional supply of qualified workers. Location/regional labor supply represents an additional contextual feature that will not be taken into account upon the public release of a company's raw EEO-1 workforce data. Consequently, readers of the data could make the erroneous assumption that low racial-ethnic and/or gender representation in an occupational specialty means that a company is disparaging to minorities and women, respectively; however, the possibility exists that there is a low supply of workers from the occupation in the local labor market, thus precluding an organization from hiring a large share of workers from such underrepresented groups. As an example, nationally, Blacks and Hispanics tend to be underrepresented in professional occupations relative to their White and Asian counterparts (Economic Policy Institute, 2021). Likewise, Blacks, Hispanics, and women are underrepresented in science, technical, engineering, and mathematics (STEM) fields as well (Porter & Serra, 2020; Wynn & Correll, 2018). A layperson viewing a company's EEO-1 workforce data may reach the false conclusion that Blacks and Hispanics face barriers to employment in a company's professional or technician jobs, instead of realizing that there is a relatively dearth supply of Black and Hispanic professional and technical workers to hire from the labor market.

13.     Third, there is an erroneous assumption, including among job applicants, that racial-ethnic and/or gender diversity is associated with an enhanced climate for diversity, such that a diverse company is more welcoming and inclusive of traditionally underrepresented group such as women and racial-ethnic minorities. Yet, research shows that there is a weak relationship between workforce diversity and diversity climate (Kossek et al., 1996; McKay et al., 2008). Thus, the presentation of raw EEO-1 data may unfairly damage companies with low racial-ethnic and gender diversity by dissuading minority and female job seekers and others (e.g., Whites who value diversity) from applying for jobs with such companies. Anecdotally, there is evidence of companies that have lost discrimination lawsuits becoming champions for diversity after discrimination lawsuits and/or consent decrees (e.g., Denny's and Cracker Barrel). Hence, it is highly conceivable for organizations with low diversity to have targeted recruitment initiatives in place designed to improve the representation of racial-ethnic

minorities and women, and other targeted groups such as people with disabilities (McKay, forthcoming). In sum, it is my view that companies should be able to pursue diversity recruitment initiatives unencumbered by the unnecessary, and potentially misleading public reporting of their EEO-1 workforce data. Moreover, requiring companies to publicly disclose their raw EEO-1 workforce data may have the unintended effect of undermining their ability to attract and hire a diverse workforce.

***Signaling Of Human Resource Management System Effectiveness to Competitors***

14.    The public release of companies' EEO-1 workforce data poses several commercial disadvantages to firms. These include allowing competing firms to see a company's employee headcount, calculate the company's turnover rate, poach its employees, and estimate headcount–company performance relationships.

### *Employee Headcount*

15.    The public release of companies' EEO-1 workforce data may adversely affect their commercial interests by providing a signal of their human resource management effectiveness to competitors. A company's *employee headcount*, particularly among those in its core workforce (i.e., employees who are central to a company's production of goods and services such as engineers in an engineering firm), is a key indicator of the human resources a company has at its disposal in pursuing its business objectives (Noe et al., 2022). Companies that have a greater number of qualified workers tend to have higher labor productivity than firms that have a lower number of qualified workers (Della Torre et al., 2018). An important function in human resource management (HRM) is human resource (HR) planning, which is undertaken to determine if a company has a sufficient quality and quantity of labor in a given year to produce goods and provide services central to an organization's operation. HR planning is part of a firm's overall HRM strategy and strategic plans consist of short-term (1-2 years) or long-term planning cycles (3-5 years). Consequently, a company's monitoring of employee headcount is not a singular event, but part of a company's overall HRM strategy to ensure that it has the necessary human talent to conduct its business effectively over time. Also, monitoring a competitor's prior staffing patterns could be useful for a company's long-term HR planning. In analysis of employee headcount data, a company is viewed as understaffed when it has too few employees to effectively provide goods and services. Alternatively, an overstaffed company has a stockpile of talent that it can deploy to cover

sudden increases in business and/or engage in research and development activities designed to produce new products and services. Regarding the former, understaffing is a sign of HRM system ineffectiveness as a company has failed to retain the labor needed to operate the business (Noe et al., 2022). Concerning the latter, an overstaffed company may signal to a competing organization a ripe opportunity to recruit personnel in key occupational domains (e.g., engineers) where they currently have labor shortages.

16.     Importantly, the public release of five (5) years of a company's EEO-1 workforce data may signal to a competing company the number of workers the reporting company employs in key occupational areas. In fact, the ten (10) job category functions correspond to existing sources of job analytic information including the Dictionary of Occupational Titles (DOT) as well as the Occupational Network (O*NET; https://www.onetonline.org/). Accordingly, a competing company can draw such inferences by deducing which of the 10 job category contains a company's core workers. For an engineering firm, a company could easily surmise that its engineers are counted either within the professional or technician job categories. This core category analysis is easily accomplished, especially for individuals who have background in job analyses, job placement, and related fields. If multi-year EEO-1 workforce data shows reductions in professionals and technicians in a company, this could be indicative of potential understaffing of engineers. In response, the competing firm may ramp up its recruitment of engineers in an effort to produce new products and services, thus allowing it to capture a greater share of the product market than the focal organization and other firms in the industry.

### Turnover Rate

17.     An additional indicator of a company's HRM effectiveness is its turnover rate (Noe et al., 2022). *Turnover rate* refers to the percentage of employees who leave an organization in a given period, usually calculated on an annual basis. Research indicates that turnover rate, as well as reductions in force such as downsizing (i.e., a company's purposeful dismissal of workers due to a reduction in demand for its products and services), are associated with reduced labor productivity and company financial performance (Della Torre et al., 2018; Guthrie & Dutta, 2008). Publicly releasing a company's EEO-1 workforce data across a five-year period will provide competing firms with the necessary data to calculate the reporting company's total turnover rate, as well as that per the 10 job categories. Moreover, the five-year reporting period will allow competing firms to calculate a reporting company's trend in

1    turnover rate over time, thus offering a useful indicator of a company's HRM system effectiveness.

2    Owing to estimates of turnover costs equaling 93% to 200% of a leaver's yearly salary (Cascio, 2000), a

3    company with a relatively high turnover rate over time can be considered to have a poorly-functioning

4    human resource management system compared to a company with a lower turnover rate. In sum, high

5    turnover is a signal of staffing problems in an organization, and poor HRM functioning has a negative

6    influence on a company's competitive position within an industry (Jiang et al., 2012).  This non-public

7    information would be valuable to a competitor because it provides a signal of an organization's inability

8    to retain the talent necessary to remain competitive in its market niche. Owing to knowledge that a

9    competitor is struggling to retain talent, a rival company assumes less risk in devising and implementing

10   means to better attract, hire, and ultimately, stockpile key talent from the relevant labor market (e.g., pay

11   above market wages, offer special hiring incentives, etc.). By doing so, a firm could seize competitive

12   advantage in the market relative to other companies in its industry.

13          18.     Related to the turnover rate concern above, the public release of a company's EEO-1

14   workforce data may prompt a competing firm to recruit employees from a reporting firm with a high

15   turnover rate. This possibility may be bolstered for firms that are suffering labor shortages in jobs key to

16   its operation. The commercial threat to reporting firms is further amplified by the rise in organizations'

17   use of human resource (HR) analytics systems. HR analytics systems utilize data mining (i.e., the use of

18   software to extract text-based and/or quantitative data) to access existing company data (e.g., turnover

19   rate) to determine whether such factors are predictive of important company outcomes such as

20   profitability, customer satisfaction, labor productivity, etc. (Cho et al., 2023; Gelbard et al., 2018;

21   Madhani, 2023). However, the data mining capabilities of HR analytic systems may also allow third-

22   parties such as competing firms to scrape a company's website for information about company

23   performance (e.g., earnings, profitability), as well as third-party websites (e.g., Market Beat;

24   https://www.marketbeat.com/stocks/) that provide such information. (Bennett, 2017; Qin et al., 2023).

25   Consequently, a competing company could then pair a competitor's performance data with its publicly

26   released, corporate EEO-1 workforce information. These two sets of data could be used to conduct

27   statistical analyses aimed at discovering possible relationships between a competitor's employee

28   headcounts and corporate performance (as discussed further in paragraph 21 of my declaration).

19.     As an example of the potential harm to companies of data mining, Bennett (2017) reported that the LinkedIn professional networking organization sued HiQ Labs, a people analytics firm. LinkedIn accused HiQ Labs of using its Skill Mapper software (a data mining tool) to scrape the profiles of LinkedIn members whose work credentials matched HiQ Lab client organizations' job openings without authorization. The Skill Mapper software also was programmed to flag the LinkedIn profiles of individuals who were prone to leaving their jobs. The case raises an important issue with respect to data security among companies who may be required to publicly disclose five (5) years of their EEO-1 workforce data. As noted earlier, the five-year reported period allows easy calculation of a reporting company's overall turnover rate over time, as well as the rates within the 10 job categories. Furthermore, armed with data that a reporting company has a trend of high turnover, a competing firm may solicit data scraping services from a vendor of such services (or do so in-house with information technology personnel) to download all of the LinkedIn profiles of individuals within particular occupational specialties, and those possessing the desired level of work experiences, reported skills on their profile, etc. Accordingly, a competing firm may use the downloaded LinkedIn profiles to contact potential job recruits, especially those in high-demand work domains such as knowledge workers (e.g., technicians, engineers, etc.). Absent the reported EEO-1 workforce data, a competing firm would lack direct evidence that a firm is experiencing turnover problems, thus reducing the likelihood of strategic poaching of its key human resource talent.

### Estimation of Employee Headcount–Company Performance Relationship

20.     A final potential harm that could occur to companies that publicly report their EEO-1 workforce data is to allow competing firms to estimate employee-headcount–company performance relationships. Human resource management research has demonstrated that HRM systems differentiate firms in terms of overall company performance (Combs et al., 2006; Jiang et al., 2012). Typically, a company's HRM system operation is internal in nature, thus precluding competing companies from attempts to duplicate the HRM system of a successful organization; however, by requiring companies to public report their EEO-1 workforce data, competing organizations may use the data as means to learn the workings of a successful company's HRM system.

21.     As an example, a firm could estimate a company's employee occupational mix by calculating the proportion of workers classified within each of the 10 job categories. Then, to the extent that organizational performance data is publicly available in databases (e.g., COMPUSTAT), published reports (e.g., shareholder reports), or can be scraped from online media publications (e.g., Financial Times, Bloomberg, etc.), a competing firm could estimate statistically how the relative proportions of workers in each job category relates to company performance data such as stock share prices, earnings, sales revenue, profits, etc. Similar analyses could be examined with respect to corporate turnover rates, thus allowing a competitor firm to estimate the effects of turnover rates, overall or by job category, on corporate performance. Such analyses would be particular powerful if data are compiled for multiple companies within a particular industry across the five years of EEO-1 workforce data.

22.     In sum, the public release of companies' EEO-1 workforce data raises the possibility that competing firms may attempt to glean and mimic a firm's HRM system operation to increase their competitiveness with successful companies. In highly competitive business environments, a company's investment in building effective HRM systems is a pivotal source of competitive advantage over other companies. Thus, it is against a company's interest to allow competing firms to copy its approach to HRM, and the public release of a company's EEO-1 workforce data may assist competitor firms' effort to duplicate the HRM system of a successful organization. Ultimately, human resource management in organizations is prefaced upon an organization's unique way of managing and structure human talent, such that it distinguishes it from competitors, and allows it achieve greater success in its market environment. Thus, retaining the privacy of EEO-1 workforce data prevents a company from disclosing the details of its HRM system that is crucial to business success.

**III.    Conclusion**

23.     Based upon my research and the evidence presented in my summary declaration, it is my opinion that requiring the public release of organizations' EEO-1 workforce data would be harmful to the companies and bad policy. The public release of the data will expose reporting firms to commercial harms including hampered recruitment and provide signals of a firms' human resource system effectiveness in terms of employee headcounts, turnover rates, and statistical estimation of employee headcount–company performance relationships. As such, the harms above may not only reduce

companies' ability to successfully recruit a demographically-diverse workforce, but also to compete fairly with other companies within their industries.

       I declare under penalty of perjury that the foregoing is true and correct.

Executed this __17__ day of August, 2023, at __Kinston, North Carolina__

*Patrick F. McKay*
_____
PATRICK F. McKAY, PhD.

# Exhibit A

**Patrick F. McKay, Ph.D.**
Professor of Management
College of Business
Bate Building, Room 3106A
East Carolina University
Greenville, NC 27858
Phone: (252) 328-1263
Email: mckaypa22@ecu.edu

## EDUCATION

Ph.D.  University of Akron, Akron, OH, May 15, 1999
      Major: Industrial/Organizational Psychology
      Dissertation title: ***Stereotype threat and its effects on the cognitive ability test performance of African-Americans: The development of a theoretical model***.

M.A.  University of Akron, Akron, OH, December 14, 1996
      Major: Industrial/Organizational Psychology
      Thesis title: ***A task-specific information processing test and personality: The possibility of incremental validity***?

B.S.  Fayetteville State University, Fayetteville, NC, May 12, 1993
      (Magna cum Laude)
      Major:  Psychology
      Minor:  Sociology

## ACADEMIC APPOINTMENTS

8/22–Present  **Professor of Management**, College of Business, East Carolina University, Greenville, NC.

7/19–12/21  **Stanley and Franny Wang Professor of Human Resource Management**, Fox School of Business, Temple University, Philadelphia, PA.

7/12–7/19  **Professor of Human Resource Management**, School of Management and Labor Relations, Rutgers University, Piscataway, NJ.

7/07–7/12  **Associate Professor of Human Resource Management** (with tenure), School of Management and Labor Relations, Rutgers University, Piscataway, NJ.

8/01–7/07  **Assistant Professor of Organizations and Strategic Management** (Promoted to Associate Professor with tenure), Sheldon B. Lubar School of Business, University of Wisconsin-Milwaukee, Milwaukee, WI.

8/99–5/01      **Assistant Professor of Psychology**, University of North Carolina at Wilmington, Department of Psychology, Wilmington, NC

## PROFESSIONAL EMPLOYMENT

7/94–6/99      **Human Resource Consultant**, Barrett & Associates, Akron, OH.

## AWARDS AND HONORS

**Fellow**, 2013, Society for Industrial-Organizational Psychology, Division 14 of the American Psychological Association.

> This award acknowledges a scholar (or practitioner) who has made a noteworthy contribution to the field of industrial-organizational psychology.

**Saroj Parasuraman Outstanding Publication Award**, 2009, Gender and Diversity in Organizations division of the Academy of Management for the article, *Mean racial-ethnic differences in work performance: The moderating role of diversity climate* (McKay, P. F., Avery, D. R., & Morris, M. A.) published in ***Personnel Psychology***.

> The award recognizes the published research article judged to have the highest potential to significantly impact understanding of gender and diversity within organizations.

**Assurant Health Research Fellow Award**, 2007, Sheldon B. Lubar School of Business, University of Wisconsin-Milwaukee

> The award included two years ($11,000 per year) of summer research and travel support.

**Dorothy Harlow Distinguished Paper Award**, 2007, from the Gender and Diversity in Organizations division of the Academy of Management conference for the paper, *The interaction of subordinates' and managers' diversity climates on store unit sales performance* (McKay, P. F., Avery, D. R., and Morris, M. A.).

**Business Advisory Council Scholarly Achievement Award for Junior Faculty**, 2006, Sheldon B. Lubar School of Business, University of Wisconsin-Milwaukee ($5,000.00 honorarium received)

**Gold Star Teaching Award**, 2006 (Spring Semester), Sheldon B. Lubar School of Business, University of Wisconsin-Milwaukee

**Gold Star Teaching Award**, 2004 (Spring Semester), Sheldon B. Lubar School of Business, University of Wisconsin-Milwaukee

**PEER-REVIEWED PUBLICATIONS AND IN-PRESS ARTICLES** (asterisked names denote current or former doctoral students)

40. Avery, D. R., Rhue, L. A., & McKay, P. F. (2023). Setting the stage for success: How participation diversity can help teams leverage racioethnic diversity. *Journal of Management*, *49,* 1312–1343.

39. Holmes IV, O., *Jiang, K., Avery, D. R, McKay, P. F., Oh, I., & Tillman, C. J. (2021). A meta-analysis integrating 25 years of diversity climate research. *Journal of Management*, *47,* 1357–1382.

38. Zhang, L., Goldberg, C. B., & McKay, P. F. (2020). From new hires to their supervisors: The influence of newcomer race/ethnicity on the leader-member exchange conveyance. *Journal of Occupational and Organizational Psychology*, *93,* 767–789.

37. Hall, E. V., Avery, D. R., McKay, P. F., Blot, J. F., & Edwards, M. (2019). Composition and compensation: The moderating effect of individual and team performance on the relationship between black team member representation and salary. *Journal of Applied Psychology*, *104,* 448–463.

36. Richard, O. C., McKay, P. F., *Garg, S., & *Pushovit, S. (2019). The impact of supervisor-subordinate racial-ethnic and gender dissimilarity on mentoring quality and turnover intentions: Do positive affectivity and communal culture matter? *International Journal of Human Resource Management*, *30,* 3138–3165.

35. David, E. M., Avery, D. R., Witt, L. A., Tonidandel, S., Brown, L., McKay, P. F., & Crepeau, L. (2019). Helping misfits to commit: How justice climate attenuates the effects of personality dissimilarity on organizational commitment. *Journal of Business & Psychology*, *34,* 503–517.

34. Rubino, C., Avery, D. R., McKay, P. F., Moore, B. L., Wilson, D. C., Van Driel, M. S., Witt, L. A., & McDonald, D. P. (2018). And justice for all: How organizational justice climate deters sexual harassment. *Personnel Psychology*, *71,* 519–544.

33. *Ameri, M., Schur, L., Adya, M., *Bentley, S., McKay, P. F., & Kruse, D. (2018). The disability employment puzzle: A field experiment on employer hiring behavior. *Industrial and Labor Relations Review*, *71,* 329–364.

32. Richard, O. C., Stewart, M. M., McKay, P. F., & Sackett, T. W. (2017). The impact of store-unit–community racial diversity congruence on business unit performance. *Journal of Management*, *43,* 2386–2403.

    Study was the subject of the *NJ Biz* news article, "A diverse workforce can pay off for retailers, study finds", December 8, 2016.

31. Avery, D. R., McKay, P. F., & Volpone, S. D. (2016). Blaming the building: How venue quality influences consumer bias against stigmatized leaders. *Journal of Applied Psychology, 101,* 1111–1121.

30. Hernandez, M., Avery, D. R., Tonidandel, S., Hebl, M. R., Smith, A. N., & McKay, P. F. (2016). The role of proximal social contexts: Assessing stigma-by-association effects on leader appraisals. *Journal of Applied Psychology, 101,* 68–85.

29. Avery, D. R., McKay, P. F., Volpone, S. D., & Malka, A. (2015). Judging companies by the company they keep: A stigma-by-association approach to customer patronage. *Organizational Behavior and Human Decision Processes, 127,* 85–102.

28. David, E., Avery, D. R., Witt, L. A., & McKay, P. F. (2015). A time-lagged investigation of the impact of coworker behavior on the effects of demographic dissimilarity. *Journal of Organizational Behavior, 36,* 582–606.

27. *Jiang, K., *Hong, Y., McKay, P. F., Avery, D. R., Wilson, D. C., & Volpone, S. D. (2015). Saying "no" to sexual harassment: Enhancing employee engagement through anti-sexual harassment practices. *Human Resource Management, 54,* 1–21.

26. King, J. E., McKay, P. F., & Stewart, M. M. (2014). Religious bias and stigma: Attitudes toward working with a Muslim co-worker. *Journal of Management, Spirituality and Religion, 11,* 98–122.

25. Avery, D. R., Volpone, S. D., Stewart, R. W., Luksyte, A., Hernandez, M., McKay, P. F., & Hebl, M. R. (2013). Examining the draw of diversity: How diversity climate perceptions affect job pursuit intentions. *Human Resource Management, 52,* 175–194.

24. *Jiang, K., Liu, D., McKay, P. F., Lee, T. W., & Mitchell, T. R. (2012). When and how is job embeddedness predictive of turnover? A meta-analytic investigation. *Journal of Applied Psychology, 97,* 1077–1096.

    Article was a finalist for the Academy of Management Human Resources Division's 2013 Scholarly Achievement Award.

23. Avery, D. R., McKay, P. F., & Hunter, E. M. (2012). Demography and disappearing merchandise: How older workforces influence retail shrinkage. *Journal of Organizational Behavior, 33,* 105–120.

22. Avery, D. R., McKay, P. F., Tonidandel, S., Volpone, S. D., & Morris, M. A. (2012). Is there method to the madness? Examining how racioethnic matching influences retail store productivity. *Personnel Psychology, 65,* 167–199.

21. Avery, D. A., Volpone, S. D., McKay, P. F., King, E. B., & Wilson, D. C. (2012). Is relational demography relative? How employment status influences effects of supervisor-subordinate demographic similarity. *Journal of Business and Psychology, 27,* 83–98.

20. Volpone, S. D., Avery, D. R., & McKay, P. F. (2012). Linkages between racioethnicity, appraisal reactions, and employee engagement. *Journal of Applied Social Psychology, 42,* 252–270.

19. Stewart, R. W., Volpone, S. D., Avery, D. R., & McKay, P. F. (2011). You support diversity, but are you ethical? Examining the interactive effects of diversity and ethical climate perceptions on turnover intentions. *Journal of Business Ethics*, *100,* 581–593.

18. McKay, P. F., Avery, D. R., Liao, H., & Morris, M. A. (2011). Does diversity climate lead to customer satisfaction? It depends on the service climate and business unit demography. *Organization Science, 22,* 788–803.

17. Avery, D. R., McKay, P. F., Wilson, D. C., Volpone, S. D., & Killham, E. (2011). Does voice go flat? How tenure diminishes the impact of voice. *Human Resource Management, 50,* 147–158.

16. McKay, P. F., Avery, D. R., & Morris, M. A. (2009). A tale of two climates: Diversity climate from subordinates' and managers' perspectives and their role in store unit sales performance. *Personnel Psychology, 62,* 767–791.

   Article summarized by Madigan, J., & Giberson, T. in the "Good Science-Good Practice" Forum (2010, April), *The Industrial-Organizational Psychologist, 47,* 127–132.

15. Wilson, D. C., Moore, D. W., McKay, P. F., & Avery, D. R. (2008). Affirmative action programs for women and minorities: Expressed support affected by question order. *Public Opinion Quarterly, 72,* 514–522.

14. Tonidandel, S., Avery, D. R., Bucholtz, B., & McKay, P. F. (2008). An alternative explanation for the asymmetrical effects in relational demography research. *Personnel Psychology*, *61,* 617–633.

13. McKay, P. F., Avery, D. R., & Morris, M. A. (2008). Mean racial-ethnic differences in work performance: The moderating role of diversity climate. *Personnel Psychology, 61,* 349–374.

This article was selected for the 2009 Saroj Parasuraman Award by the Gender and Diversity in Organizations division of the Academy of Management. The award recognizes the published research article judged to have the highest potential to significantly impact understanding of gender and diversity within organizations.

The article has been the subject of two media stories:

> Minority Sales Personnel Have Better Results in Workplaces with Supportive Diversity Climates (2008, November 15). Clif Boutelle, SIOP Public Relations. Retrieved from http://www.siop.org/Media/News/minority_sales.aspx

> Rutgers Research: Improve Diversity and Reap Fiscal Benefit (2008, November 13). Fredda Sacharow, Rutgers University Media Relations. Retrieved from http://news.rutgers.edu/medrel/news-releases/2008/11/rutgers-research-imp-20081113

12. Avery, D. R., McKay, P. F., & Wilson, D. C. (2008). What are the odds? How demographic similarity affects the prevalence of perceived employment discrimination. *Journal of Applied Psychology, 93,* 235–249.

11. Avery, D. R., McKay, P. F., & Wilson, D. C. (2007). Engaging the aging workforce: The relationship between perceived age similarity, satisfaction with coworkers, and employee engagement. *Journal of Applied Psychology, 92,* 1542–1556.

10. Avery, D. R., McKay, P. F., Wilson, D, C, & Tonidandel, S. (2007). Unequal attendance: The relationships between race, organizational diversity cues, and absenteeism. *Personnel Psychology, 60,* 875–902.

9. McKay, P. F., Avery, D. R., Tonidandel, S., Morris, M. A, Hernandez, M., & Hebl, M. (2007). Racial differences in employee retention: Are diversity climate perceptions the key? *Personnel Psychology, 60,* 35–62.

> Article summarized by Madigan, J., & Dickson, M. W. in the "Good Science-Good Practice" Forum (2007, October), *The Industrial-Organizational Psychologist, 45,* 67–70.

> Article reprinted as an Executive Summary (December, 2007) in *The Business Journal of Hispanic Research, 1,* 108–113.

> Article was a finalist for the Academy of Management Human Resources Division's 2007 Scholarly Achievement Award.

8. McKay, P. F., & Avery, D. R. (2006). What has race got to do with it? Unraveling the role of racioethnicity in job seekers' reactions to site visits. *Personnel Psychology, 59,* 395–429.

7. McKay, P. F., & McDaniel, M. A. (2006). A re-examination of Black-White Mean differences in work performance: More data, more moderators. *Journal of Applied Psychology, 91,* 538–554.

6. Avery, D. R. & McKay, P. F. (2006). Target practice: An organizational impression management approach to attracting minority and female job applicants. *Personnel Psychology, 59,* 157–187.

    Abstracted in *HR Professional***'s** "Research Forum"

5. McKay, P. F., & Avery, D. R. (2005). Warning! Diversity recruitment could backfire. *Journal of Management Inquiry, 14,* 330–336.

4. McKay, P. F., Doverspike, D., Bowen-Hilton, D., & McKay, Q. D. (2003). The effects of demographic variables and stereotype threat on Black/White differences in cognitive ability test performance. *Journal of Business and Psychology, 18,* 1–14.

3. McKay, P. F., Doverspike, D., Bowen-Hilton, D., & Martin, Q. D. (2002). Stereotype threat effects on the Raven Advanced Progressive Matrices scores of African-Americans. *Journal of Applied Social Psychology, 32,* 767–787.

2. McKay, P. F., & Doverspike, D. (2001). African-Americans' test-taking attitudes and their effect on cognitive ability test performance: Implications for public personnel management selection practice. *Public Personnel Management, 30,* 67–75.

1. Doverspike, D., Taylor, M. A., Shultz, K. S., & McKay, P. F. (2000). Responding to the challenge of a changing workforce: Recruiting nontraditional demographic groups. *Public Personnel Management, 29,* 445–459.

## **INVITED PEER-REVIEWED REVISIONS**

Hall Birch, A., Avery, D. R., Gelfand, M. J., & McKay, P. F. [Title withheld to preserve blind review]. *Organization Science*.

## **PAPERS UNDER FIRST REVIEW** (asterisked names denote current or former doctoral students)

Gu, P., Triana, M., Richard, O. C., Avery, D. R., McKay, P. F., & Stewart, M. M. [Title withheld to preserve blind review]. *Journal of Management*.

**WORKING PAPERS** (asterisked names denote current or former doctoral students)

McKay, P. F., Alipour, K., & Karriker, J. H.  [Title withheld to preserve blind review]. Target journal: ***Academy of Management Journal***.

McKay, P. F., & Avery, D. R. [Title withheld to preserve blind review]. Target journal: ***Journal of Management***.

McKay, P. F., Avery, D. R., *Son, E., *Rosado-Solomon, E., *Pustovit, S., & *Agolli, A. [Title withheld to preserve blind review]. Target Journal: ***Personnel Psychology***.

**RESEARCH IN PROGRESS** (asterisked names denote current or former doctoral students)

McKay, P. F., Avery, D. R., & Alipour, K. Race-ethnicity and site visits: The impact of diversity cues, social identity, and location perceptions on job choice.

Hoobler, J. M., Ragozzino, R., Blevins, D., & McKay, P. F. The effect of entrepreneur gender and race-ethnicity on investors' venture capital contributions: A study of Kickstarter.

Waldman, D., Opoku, S., Wright, P. M., & McKay, P. F. Organizational diversity strategies and their effects on business outcomes.

**NON-REFEREED ARTICLES/BOOK CHAPTERS**

McKay, P. F. (forthcoming). Targeted recruitment of racial-ethnic minorities: A research review. In J. Slaughter, D. G. Allen, & S. Highhouse (Eds.), ***Essentials of Employee Recruitment: Individual and Organizational Perspectives***. New York: Routledge.

Avery, D. R., McKay, P. F., Roberson, Q. M., & Thomas, K. M. (2023). R.E.A.L. (Racialized Experiences in Academic Life) talk: A curated conversation with four Black fellows. ***Journal of Business and Psychology***, *38,* 7–23.

McKay, P. F. (2020). Winning and losing at the same time. Invited viewpoint essay on Black Lives Matter in ***Equality, Diversity and Inclusion: An International Journal***, *39,* 761-767.

McKay, P. F., & Avery, D. R. (2015). Diversity climate in organizations: Current wisdom and domains of uncertainty. In M. R. Buckley, J. R. B. Halbesleben, & A. R. Wheeler (Eds.), ***Research in Personnel and Human Resource Management*** (pp. 191–233). Bingley, UK: Emerald Publishing.

Goldberg, C. B., & McKay, P. F. (2015). Diversity and LMX.  In T. N. Bauer & B. Erdogan (Eds.), ***Handbook of leader-member exchange*** (pp. 381-396). London, UK: Oxford University Press.

Avery, D. R., McKay, P. F., & Volpone, S. D. (2013). Diversity staffing: Inclusive personnel recruitment and selection practices. In Q. M. Roberson (Ed.), *Handbook of diversity in the workplace* (pp. 282–299). London, UK: Oxford University Press.

Colella, A., McKay, P. F., Daniels, S., & Signal, S. (2012). Employment discrimination. In S. Koslowski (Ed.), *Oxford handbook of organizational psychology* (Vol. 2, pp. 1034–1102). London, UK: Oxford University Press.

Avery, D. R., McKay, P. F., & Roberson, Q. M. (2012). The new deal: The impact of diversity on employee psychological contracts. In L. Shore, J. Shapiro, & L. Tetrick (Eds.), *Essays in employee-organization relationships* (pp. 509–532). New York: Wiley.

Avery, D. R., & McKay, P. F. (2010). Doing diversity right: An empirically based approach to effective diversity management. In G. Hodgkinson & J. K. Ford (Eds.). *International review of industrial and organizational psychology* (pp. 227–252). London, UK: Wiley.

McKay, P. F. (2009). Perspectives on adverse impact in work performance: What we know and what we could learn more about. In J. L. Outtz (Ed.), *Adverse impact: Implications for organizational staffing and high stakes selection* (pp. 249–270). New York: Routledge.

McKay, P. F., & Davis, J. L. (2007). Traditional selection methods as resistance to diversity in organizations. In K. M. Thomas (Ed.), *Diversity resistance in organizations: Manifestations and solutions* (pp. 151–174). Boca Raton, FL: Taylor & Francis.

Avery, D. R., & McKay, P. F. (2007, April). How our similarity makes us different: A minority perspective on the community impact on work-family balance. *The Industrial-Organizational Psychologist, 45,* 85–90.

**PUBLISHED PROCEEDINGS** (asterisked names denote current or former doctoral students)

Avery, D. R., Rhue, L., & McKay, P. F. (2019, August). The role of structure in the racioethnic heterogeneity-performance linkage. *Academy of Management Conference Best Papers Proceedings*.

*Pustovit, S, McKay, P. F., & Avery, D. R. (2018, August). Examining the effects of sex, relative human capital, and sex composition on voluntary turnover. *Academy of Management Conference Best Papers Proceedings*.

McKay, P. F., Avery, D. R., *Son, E., *Rosado-Solomon, E., & *Pustovit, E. (2017, August). Can cooperation help explain the diversity–business performance relationship? *Academy of Management Conference Best Papers Proceedings*.

Avery, D. R., McKay, P. F., & Volpone, S. D., (2015, August). Are Black leaders "color safe"? The impact of leader race on organizational stigma. *Academy of Management Conference Best Papers Proceedings*.

Richard, O. C., McKay, P. F., *Garg, S., & Taylor, E. C. (2012, August). Positive affectivity, clan culture, and supervisor-subordinate demographic similarity effects. ***Academy of Management Conference Best Papers Proceedings***.

Richard, O. C., Stewart, M. M., McKay, P. F., & Sackett, T. (August, 2012). Employee relations-oriented diversity and store unit effectiveness: Does community matter? ***Academy of Management Conference Best Papers Proceedings***.

King, J. E., Stewart, M., & McKay, P. F. (2010, August). Religiosity, religious identity, and bias toward workplace others. ***Academy of Management Conference Best Papers Proceedings***.

King, J. E., Stewart, M., Williamson, I, & McKay, P. F. (2009, June). Social identity theory and religious bias toward workplace others. ***Eastern Academy of Management Best Paper Proceedings***, 1140-1489. Rio de Janeiro, Brazil.

McKay, P. F., Avery, D. R., & Morris, M. A. (2007, August). The interaction of subordinates' and managers' diversity climates on store unit sales performance. ***Academy of Management Conference Best Papers Proceedings***.

**CONFERENCE PRESENTATIONS** (asterisked names denote current or former doctoral students)

Avery, D. R., Rhue, L., & McKay, P. F. (2019, August). The role of structure in the racioethnic heterogeneity-performance linkage. Paper presented as part of the symposium *Race & ethnicity in organizations* at the annual Academy of Management Conference, Boston, MA.

*Pustovit, S, McKay, P. F., & Avery, D. R. (2018, August). Examining the effects of sex, relative human capital, and sex composition on voluntary turnover. Paper presented at the annual Academy of Management Conference, Chicago, IL

McKay, P. F., Avery, D. R., *Son, E., *Rosado-Solomon, E., & *Pustovit, E. (2017, August). Can cooperation help explain the diversity–business performance relationship? Manuscript presented at the annual Academy of Management Conference, Atlanta, GA.

*Rosado-Solomon, E., McKay, P. F., & Avery, D. R. (2017, April). Untangling diversity climate effects on physical well-being. Manuscript presented at the annual Society for Industrial and Organizational Psychology Conference, Orlando, FL.

*Pustovit, S., McKay, P. F., & Avery, D. R. (2017, April). Relative human capital and racioethnic disparities in voluntary turnover. Manuscript presented at the annual Society for Industrial and Organizational Psychology Conference, Orlando, FL.

Avery, D. R., Gelfand, M. J., & McKay, P. F. (2016, August). State level tightness-looseness moderates the impact of diversity climate on firm performance. Paper presented as part of the symposium, *Connecting culture and context: Insights from organizational culture theory and research*, at the annual Academy of Management Conference, Anaheim, CA.

Avery, D. R., McKay, P. F., & Volpone, S. D., (2015, August). Are Black leaders "color safe"? The impact of leader race on organizational stigma. Paper presented at the annual Academy of Management Conference, Vancouver, BC.

*Chen, Y., Fulmer, I. S., McKay, P. F., & Avery, D. R. (2015, April). Racial differences in performance-pay relationships: The role of diversity climate. Manuscript presented at the annual Society for Industrial and Organizational Psychology Conference, Philadelphia, PA.

Avery, D. R., Rubino, C., Tonidandel, S., & McKay, P. F. (2014, April). Putting diversity in context: The role of racioethnic representativeness. Manuscript presented at the annual Society for Industrial and Organizational Psychology Conference, Honolulu, HI.

David, E., Brown, L., Avery, D. R., McKay, P. F., Tonidandel, S., Crepeau, J. J., van Driel, M., McDonald, D. P., & Witt, L. A. (2013, April). Deep-level dissimilarity and emotional exhaustion: Exploring potential moderator variables. Manuscript presented at the annual Society for Industrial and Organizational Psychology Conference, Houston, TX.

Richard, O. C., Stewart, M. M., McKay, P. F., & Sackett, T. (August, 2012). Employee relations-oriented diversity and store unit effectiveness: Does community matter? Paper presented as part of the *Diversity climate* Divisional Roundtable Paper Session at the annual Academy of Management Conference, Boston, MA.

Richard, O. C., McKay, P. F., *Garg, S., & Taylor, E. C. (2012, August). Positive affectivity, clan culture, and supervisor-subordinate demographic similarity effects. Paper presented as part of the Gender and Diversity in Organization Discussion Paper session, *Diversity dimensions/ethnicity*, at the annual Academy of Management Conference, Boston, MA.

*Jiang, K., Liu, D., McKay, P. F., Lee, T. W., & Mitchell, T. R. (2012, April). When and how is job embeddedness predictive of turnover? Paper presented at the annual Society for Industrial and Organizational Psychology Conference, San Diego, CA.

Roberson, Q. M., Avery, D. R., & McKay, P. F. (2012, April). Managing diversity means managing differently: Diversity in POS. Paper presented as part of the symposium, *New directions in the employee–organization relationship for the 21st century*, at the annual Society for Industrial and Organizational Psychology Conference, San Diego, CA.

Avery, D. R., McKay, P. F., Volpone, S. D., & Malka, A. A. (2012, April). Do customers discriminate too? How stigmatized personnel influence patronage. Paper presented as part

of the symposium, *Novel perspectives on employment discrimination*, at the annual Society for Industrial and Organizational Psychology Conference, San Diego, CA.

*Jiang, K., & McKay, P. F. (2010, August). Engaged employees speak up when team performance suffers. Paper presented as part of the symposium, *Speaking up and speaking out in teams*, at the annual Academy of Management Conference, Montreal, ON.

King, J. E., Stewart, M., & McKay, P. F. (2010, August). Religiosity, religious identity, and bias toward workplace others. Paper presented as part of the symposium, *Inequalities and biases in the workplace*, at the annual Academy of Management Conference, Montreal, ON.

McKay, P. F., Avery, D. R., *Jiang, K., & *Rogers, S. E. (2010, April). Diversity cues: Their influence on applicants' job acceptance intentions. Paper presented as part of the symposium, *Recruitment and adverse impact: Vocational interests, advertisements, and job acceptance*, at the annual Society for Industrial and Organizational Psychology Conference, Atlanta, GA.

Avery, D. A., Volpone, S. D., Stewarts, R. W., Luksyte, Aleksandra, Hernandez, M., McKay, P. F., & Hebl, M. R. (2010, April). The draw of diversity: Diversity climate affects job pursuit intentions. Paper presented as part of the symposium, *Diversity in a changing workplace: Policies and climate*, at the annual Society for Industrial and Organizational Psychology Conference, Atlanta, GA.

Waite, E., Avery, D. R., & McKay, P. F. (2010, April). Does diversity drive employees crazy? The relationship between organizational demographics and employee mental health. Paper presented at the meeting of the European Academy of Occupational Health Psychology, Rome, Italy.

McKay, P. F., *Hong, Y., *Jiang, K., Avery, D. R., & Wilson, D. C. (2009, August). Saying "no" to sexual harassment: Anti-sexual harassment activities and their relationships with work attitudes and psychological well-being. Paper presented as part of the symposium, *Removing the guesswork from diversity management: An analysis of diversity policies and implications*, at the annual Academy of Management Conference, Chicago, IL.

Avery, D. R., McKay, P. F., Tonidandel, S., Volpone, S. D., & Morris, M. A. (2009, August). Demographic representativeness. Paper presented as part of the symposium, *The future of diversity research: The tension between pragmatic and social justice arguments*, at the annual Academy of Management Conference, Chicago, IL.

King, J. B., Williamson, I. O., Stewart, M. M., & McKay, P. F. (2009, June). Social identity theory and religious bias toward workplace others. Manuscript presented at the annual Eastern Academy of Management-International Conference, Rio de Janeiro, Brazil.

Avery, D. R., McKay, P. F., Tonidandel, S., Volpone, S. D., & Morris, M. A. (2009, June). Demographic representativeness: Extending the business case for diversity. Manuscript presented at the Hospitality Industry Diversity Institute's "Best Practices and Research Initiatives Conference," Conrad N. Hilton College of Hotel and Restaurant Management, University of Houston, Houston, TX.

Volpone, S. D., Avery, D. R., & McKay, P. F. (2009, June). Appraising the appraisal system: Linkages between racioethnicity, appraisal reactions, and engagement. Manuscript presented at the Hospitality Industry Diversity Institute's "Best Practices and Research Initiatives Conference," Conrad N. Hilton College of Hotel and Restaurant Management, University of Houston, Houston, TX.

McKay, P. F., Avery, D. R., *Castellano, W. G., & Morris, M. A. (2009, April). Model of the perceived organizational value for diversity-voluntary turnover relationship. Manuscript presented at the annual Society for Industrial and Organizational Psychology Conference, New Orleans, LA.

Volpone, S., Avery, D. R., McKay, P. F., King, E. B., & Wilson, D. C. (2009, April). Withdrawal of full- and part-time employees: Examining supervisor-subordinate. Manuscript presented at the annual Society for Industrial and Organizational Psychology Conference, New Orleans, LA.

Avery, D. R., Volpone, S., & McKay, P. F. (2009, April). The impact of mixed messages on diversity recruitment. Manuscript presented as part of the symposium, *Evidence-based diversity management: Strategies for managing diversity organizations*, at the annual Society for Industrial and Organizational Psychology Conference, New Orleans, LA.

McKay, P. F., Avery, D. R., Liao, H., & Morris, M. A. (2008, August). Race matters even more: How minority representation moderates diversity climate effects on customer satisfaction. Manuscript presented as part of the symposium, *How and when can organizations reap the benefits of diversity? Some new questions, some new answers*, at the annual Academy of Management Conference, Anaheim, CA.

Avery, D. R., McKay, P. F., Wilson, D. C., & Volpone, S. D. (2008, August). Attenuating the effect of seniority on intent to remain: The role of perceived inclusiveness. Manuscript presented at the annual Academy of Management Conference, Anaheim, CA.

McKay, P. F., Avery, D. R., & Wilson, D. C. (2008, April). To stay or not to stay? How race moderates the community satisfaction-overall job attitudes interactive relationship with place attachment. Manuscript presented as part of the symposium, *The diversity of organizational diversity: Generalizing findings across diverse group*s, at the annual Society for Industrial and Organizational Psychology Conference, San Francisco, CA.

Avery, D. R., Volpone, S. D., & McKay, P. F. (2008, April). Engaging workforce 2000: Linkages between racioethnicity, appraisals perceptions, and engagement. Manuscript presented at the annual Society for Industrial and Organizational Psychology Conference, San Francisco, CA.

McKay, P. F., Avery, D. R., & Morris, M. A. (2007, August). The interaction of subordinates' and managers' diversity climates on store unit sales performance. Manuscript presented at the annual Academy of Management Conference, Philadelphia, PA. Manuscript received the Dorothy Harlow Distinguished Paper Award from the Gender and Diversity in Organizations division.

McKay, P. F., Avery, D. R., & Morris, M. A. (2007, August). Racial differences in employee sales performance: The moderating role of diversity climate. Manuscript presented at the annual Academy of Management Conference, Philadelphia, PA.

McKay, P. F., & Outtz, J. L. (2007, April). Institutional racial environment and racial differences in law school performance. Manuscript presented at the annual Society for Industrial and Organizational Psychology Conference, New York, NY.

Avery, D. R., McKay, P. F., & Wilson, D. C. (2007, April). How age, workgroup age composition, and satisfaction with older and younger coworkers affect employee engagement. Manuscript presented at the annual Society for Industrial and Organizational Psychology Conference, New York, NY.

Tonidandel, S., Avery, D. R., Bucholtz, B., & McKay, P. F. (2007, April). How far off is Euclidean distance? Artifacts in relational demography. Manuscript presented at the annual Society for Industrial and Organizational Psychology Conference, New York, NY.

Avery, D. R., McKay, P. F., & Wilson, D. C. (2007, April). What are the odds: How demographic similarity affects the likelihood of experiencing employment discrimination. Manuscript presented as part of the symposium, *Individual and organizational strategies for the reduction of discrimination*, at the annual Society for Industrial and Organizational Psychology Conference, New York, NY.

McKay, P. F., Avery, D. R., & Wilson, D. C. (2006, August). Perceived workplace discrimination and racial differences in positive non-work-to-work spillover. Manuscript presented at the annual Academy of Management Conference, Atlanta, GA.

McKay, P. F., Avery, D. R., Morris, M. A., Hernandez, M., & Hebl, M. R. (2006, May). Diversity climate perceptions and racial differences in managerial retention. Manuscript presented at the annual Society for Industrial and Organizational Psychology Conference, Dallas, TX.

Avery, D. R., McKay, P. F., Hernandez, M., Hebl, M. R., & Morris, M. A. (2006, May).  The draw of diversity: how diversity climates affect job pursuit. Manuscript presented at the annual Society for Industrial and Organizational Psychology Conference, Dallas, TX.

McDaniel, M. A., McKay, P. F., & Rothstein, H. R. (2006, May). Publication bias and racial effects on job performance: The elephant in the room. Manuscript presented at the symposium *Publication bias in I/O Psychology: The elephant in the room* at the annual Society for Industrial and Organizational Psychology Conference, Dallas, TX.

McDaniel, M.A., McKay, P.F., & Rothstein, H. (2005, May). Publication bias in personnel psychology: The elephant in the room. Paper presented at the Twelfth European Congress of Work and Organizational Psychology, Istanbul, Turkey.

McKay, P. F., Curtis, J. R., Snyder, D., & Satterwhite, R. (2005, April). Panel ratings of tape-recorded interview responses: Interrater reliability? Racial differences? Paper presented at the annual Society for Industrial and Organizational Psychology Conference, Los Angeles, CA.

McKay, P. F., & McDaniel, M. A.  (2005, April). Cognitive loading of criteria and racial differences in job performance. Manuscript presented at the annual Society for Industrial and Organizational Psychology Conference, Los Angeles, CA.

Avery, D. R., & McKay, P. F. (2004, August). One size doesn't fit all: An accommodative approach to targeted recruitment." Manuscript presented at the annual Academy of Management Conference, New Orleans, LA.

McKay, P. F., & McDaniel, M. A. (2003, April). A Re-examination of Black-White differences in job performance. Manuscript presented at the annual Society for Industrial and Organizational Psychology Conference, Orlando, FL.

McKay, P. F.  (2002, August). Traditional selection methods as resistance to diversity in organizations. Presented as part of the "Diversity Resistance in Organizations" symposium at the annual Academy of Management Conference, Denver, CO.

McKay, P. F., & Gonzalez, J. A. (2002, August). The reformation-recruitment-retention model for building a diverse labor force. Presented at the "Meeting Ourselves and Others: Perspectives in Diversity Research and Diversity Practices" Conference, Göteborg, Sweden.

McKay, P. F., Doverspike, D., Bowen-Hilton, D., & McKay, Q. D. (2002, April). An application of stereotype threat theory to personnel selection. Manuscript presented at the annual Society for Industrial and Organizational Psychology Conference, Toronto, Canada.

McKay, P. F., Doverspike, D., Bowen-Hilton, D., & Martin, Q. D.  (1999, April). Stereotype threat effects on the Raven's Scores of African-Americans. Manuscript presented at the annual Society for Industrial and Organizational Psychology Conference, Atlanta, GA.

## GRANTS AWARDED

**DiversityInc Foundation**. 2011. Project title: Diversity management and the competitive advantage: The linkages between human resource practices, diversity climate, and organizational performance. Award: $100,000

**National Science Foundation (NSF)**, **RU FAIR ADVANCE Mini-Grant**. 2010. Project title: The effects of diversity climate on work attitudes and retention among Rutgers University faculty. Principal investigator: Patrick F. McKay. Award: $7,250

**School of Management and Labor Relations Internal Grant**. 2009. Project title: Race and site visit reactions: Effects on organizational attraction and job pursuit intentions (Tentative title). Rutgers University. Award: $6,000.

**Summer Research Initiative**, 2000. Project title: A task-specific information processing test and conscientiousness: The possibility for incremental validity? University of North Carolina at Wilmington. Award: $3,000.00

**Charles L. Cahill Award for Faculty Research**, 2000. Project title: A task-specific information processing test and conscientiousness: The possibility for incremental validity?  University of North Carolina at Wilmington. Award: $2,500.00

## PROFESSIONAL MEMBERSHIPS

Academy of Management
Society of Industrial and Organizational Psychology
American Psychological Association
Personnel/Human Resources Research Group (PHRRG)

## PROFESSIONAL SERVICE

**Associate Editor**:

*Journal of Management* (July 2023–present)
*Personnel Psychology* (2017–2020)
*International Journal of Human Resource Management* (2014–2016)

**Editorial Board Membership**:

*Academy of Management Review* (2009–2016)
*International Journal of Human Resource Management* (2013–2014)

*Journal of Applied Psychology* (2009–2015; 2020–2021)
*Journal of Management* (2007–2016)
*Organizational Behavior and Human Decision Processes* (2010–2016)
*Personnel Psychology* (2010–2016; 2020–2021)

**Special Feature Editorial Board Membership**:

*Journal of Applied Psychology* (2020-2021), Guest Editor, Special Issue "Racism in Organizations."

*Journal of Business and Psychology* (2011-2012), Special Feature "The 50th anniversary of the Civil Rights Act: The evolution of research, practice, and legal perspectives on employment discrimination."

**Ad hoc Reviewing**:

*Academy of Management Journal*
*Organization Science*
*Strategic Management Journal*
*Journal of International Business Studies*
*Group & Organization Management*
*British Journal of Industrial Relations*
*Human Resource Management Review*
*Human Relations*
*Psychological Bulletin*
*Personality and Social Psychology Bulletin*
*Public Opinion Quarterly*
*Journal of Managerial Psychology*
*Journal of Business Ethics*
*Journal of Business and Psychology*
*Applied Psychology: An International Review*
*Assessment*
Annual conference of the Society for Industrial-Organizational Psychology
Annual meeting of the Academy of Management

**Committees and Other Professional Organization Activities**:

2023-Present, Member, Society for Industrial-Organizational Psychology (SIOP) Fellowship Committee.

2021 (August), Panelist, "Effective Research" Human Resource Division's New Faculty Consortium, annual Academy of Management Conference (Online).

2021 (August), Panelist, "Research in the Wild: Best Practices and Recommendations for Conducting High-Quality Field Research" Professional Development Workshop, Human Resource Division, annual Academy of Management Conference (Online).

2021 (August), Panelist, Organizational Behavior (OB) Mid-Career Professional Development Workshop, Organizational Behavior Division, annual Academy of Management Conference (Online).

2021 (April), Panelist, "Teaching Cultural Differences in Cognitive Test Scores: Challenges and Best Practices" workshop, annual Society for Industrial-Organizational Psychology Conference (Online).

2020–2021, Member, D & I Taskforce for the Society for Industrial-Organizational Psychology.

> The taskforce wrote a report entitled "Diversifying I-O Graduate Education" to provide guidance on how master's and PhD programs can increase the racial-ethnic diversity of their study populations.

2020–2021, Member, American Psychological Association's Racism Taskforce for the Industrial-Organizational Psychology Division 14.

> The taskforce drafted guidelines for organizations on how to better ensure equal employment opportunities.

2014–2019, Member, Executive Committee of the Gender and Diversity in Organizations (GDO) division of the Academy of Management
> Committee role: 2018-2019, Past Division Chair
> Committee role: 2017-2018, Division Chair
> Committee role: 2016-2017, Division Chair-Elect
> Committee role: 2015-2016, Program Chair
> Committee role: 2014-2015, Professional Development Workshop Chair

2019 (August), Discussant, *The Black experience: A multi-perspective view of Black employee experiences in the workplace*, a symposium presented at the annual Academy of Management Conference, Boston, MA

2019 (August), Panelist, *An expert panel discussion on the future of research on climates for diversity and inclusion*, Gender and Diversity in Organizations (GDO) division, annual Academy of Management Conference, Boston, MA

2019 (August), Discussant, Publishing Diversity Research Workshop, Gender and Diversity in Organizations (GDO) division, annual Academy of Management Conference, Boston, MA

2019 (August), Panelist, *Everything you wanted to know from the chair and TPR committee about tenure*, Human Resources Division New Faculty Consortium, annual Academy of Management Conference, Boston, MA

2019 (August), Panelist, *HR Research Roundtable Forum*, Human Resources Division, annual Academy of Management Conference, Boston, MA

2019 (August), Presenter, *Constructing a publishable paper: How to frame your story* workshop at annual Management Doctoral Student Association Conference, Boston, MA

2019 (August), Presenter, *Getting tenure & beyond* workshop at annual Management Doctoral Student Association Conference, Boston, MA

2019 (April), Panelist, *Authentically different*: *Merging authenticity with diversity management* panel discussion at the annual Society for Industrial-Organizational Psychology Conference, National Harbor, MD

2018 (August), Discussant, Publishing Diversity Research Workshop, Gender and Diversity in Organizations (GDO) division, annual Academy of Management Conference, Chicago, IL

2018 (August), Panelist, *Everything you wanted to know from the chair and TPR committee about tenure*, Human Resources Division New Faculty Consortium, annual Academy of Management Conference, Chicago, IL

2018 (August), Panelist, *HR Research Roundtable Forum*, Human Resources Division, annual Academy of Management Conference, Chicago, IL

2018 (August), Presenter, *Research methods* workshop at annual Management Doctoral Student Association Conference, Chicago, IL

2018 (April), Presenter, Recruiting diversity: The potential differential impact of interviews. Paper presented in the *Recruiting diversity: The potential differential impact of interviews* symposium at the annual Society for Industrial-Organizational Psychology Conference, Chicago, IL

2018 (April), Panelist, *Collecting EEO demographic data: Measurement challenges, solutions, and opportunities* panel discussion at the annual Society for Industrial-Organizational Psychology Conference, Chicago, IL

2016 (August), Discussant, Publishing Diversity Research Workshop, Gender and Diversity in Organizations (GDO) division, annual Academy of Management Conference, Anaheim, CA

2016 (August), Panelist, *Finding successful research collaborations* workshop at Gender and Diversity in Organizations Division Doctoral Consortium, annual Academy of Management Conference, Anaheim, CA

2016 (August), Panelist, *Responding to editors and reviewers*, Human Resources Division New Faculty Consortium, annual Academy of Management Conference, Anaheim, CA

2016 (August), Presenter, *Job search panel: What search committees are really looking for*, annual Management Doctoral Student Association Conference, Anaheim, CA

2016 (August), Presenter, *The art of constructing a publishable paper* workshop at annual Management Doctoral Student Association Conference, Anaheim, CA

2016 (August), Presenter, *Nailing the campus visit & job talk: What to do and what not to do* workshop at the annual Management Doctoral Student Association Conference, Anaheim, CA

2015 (August), Discussant, Publishing Diversity Research Workshop, Gender and Diversity in Organizations (GDO) division, annual Academy of Management Conference, Vancouver, BC

2015 (August), Presenter, *Fostering research collaborations*. Gender and Diversity in Organizations Division Doctoral Consortium, annual Academy of Management Conference, Philadelphia, PA

2015 (August), Presenter, *Mastering the fundamentals: Learning about research* workshop at the annual Management Doctoral Student Associate Conference, Philadelphia, PA

2015 (August), Presenter, *The art of publishing* workshop at the annual Management Doctoral Student Associate Conference, Philadelphia, PA

2014 (August), Presenter, *Moving forward with engagement*. Symposium presented at the annual Society for Industrial-Organizational Psychology Conference, Philadelphia, PA

2014 (August), Presenter, *Developing a scholarly profile*. Human Resource Division Middle-Stage Doctoral Student Professional Development Workshop, annual Academy of Management Conference, Philadelphia, PA

2014 (August), Discussant, Publishing Diversity Research Workshop, Gender and Diversity in Organizations (GDO) division, annual Academy of Management Conference, Philadelphia, PA

2014 (August), Participant, *Diversity and inclusion connections cafe*. Academy of Management's Diversity and Inclusion Theme Committee, annual Academy of Management Conference, Philadelphia, PA

2013 (August), Host, *Diversity and inclusion connections cafe*. Academy of Management's Diversity and Inclusion Theme Committee, annual Academy of Management Conference, Buena Vista, FL

2013 (August), Presenter, *Diversity and inclusion in the academy: A town hall meeting*. Academy of Management's Diversity and Inclusion Theme Committee, annual Academy of Management Conference, Buena Vista, FL

2013 (August), Presenter, *How can I begin a program of research when I'm just learning about the field?* Human Resource Division Pre-Dissertation Doctoral Student Professional Development Workshop, annual Academy of Management Conference, Buena Vista, FL

2013 (August), Presenter, *Career concerns: Getting tenure, changing schools, and other things that keep us awake at night*. Human Resource Division Junior Faculty Consortium, annual Academy of Management Conference, Buena Vista, FL

2013 (August), Presenter, *Diversity and inclusion in AOM: Survey results, best practices, and action plan*. Academy of Management's Diversity and Inclusion Theme Committee, annual Academy of Management Conference, Buena Vista, FL

2013 (April), Presenter, *Master collaboration*: *Three successful academic-practitioner collaborations*.  Special Event presentation, annual Society for Industrial and Organizational Psychology Conference, Houston, TX

2012 (August), Organizer, Human Resources Division Junior Faculty Consortium, annual Academy of Management Conference, Boston, MA

2012 (August), Presenter, Human Resources (HR) Division Pre-Dissertation doctoral Student Professional Development Workshop, annual Academy of Management Conference, Boston, MA

2012 (August), Discussant, Coalition for Faculty Diversity Publishing Workshop, Gender and Diversity in Organizations (GDO) division, annual Academy of Management Conference, Boston, MA

2012 (August), Panelist, *The p-factor: Pubbing gone wild, how to be crazy productive publishers*. Showcase panel discussion as part of the 16th annual conference of the PhD Project Management Doctoral Students Association, "Building and Extending Our Mission and Legacy," Boston, MA

2012 (April), Panelist, Theme Track: *Narrowing the science–practice gap for workplace discrimination*, annual Society for Industrial and Organizational Psychology Conference, San Diego, CA

2011 (August), Presenter, Human Resources (HR) Division Pre-Dissertation doctoral Student Professional Development Workshop, annual Academy of Management Conference, San Antonio, TX

2011 (August), Discussant, Coalition for Faculty Diversity Publishing Workshop, Gender and Diversity in Organizations (GDO) division, annual Academy of Management Conference, San Antonio, TX

2011–2014, Member, Executive Committee of the Human Resources (HR) Division, Academy of Management
 Committee roles:
 2013-2014, Chair, Member Communications Committee
 2012-2013, Member, Member Communications Committee
 2011-2012, Member, Member Communications Committee

2010–2014, Metrics Chair, Diversity and Inclusion Theme Committee, Academy of Management

2010 (August), Discussant, Coalition for Faculty Diversity Publishing Workshop, Gender and Diversity in Organizations (GDO) division, annual Academy of Management Conference, Montreal, ON

2010 (August), Panelist, "Moving Toward Diversity 2.0? Exploring the 'State of the Art' of Our Diversity Pedagogies" Symposium, Gender and Diversity in Organizations (GDO) division, annual Academy of Management Conference, Montreal, ON

2009–2013, Member, Executive Committee of the Gender and Diversity in Organizations (GDO) division of the Academy of Management
 Committee roles:
 2012, Chair, Student Transnational Research Award Committee
 2012, Member, Dorothy Harlow Distinguished Paper Award
 2011, Chair, Saroj Parasuraman Award Committee
 2011, Member, Sage Scholarship Committee

2009 (August), Discussant, Coalition for Faculty Diversity Publishing Workshop, Gender and Diversity in Organizations (GDO) division, annual Academy of Management Conference, Chicago, IL

2009, Member, Dorothy Harlow Distinguished Paper Award Committee, Gender and Diversity in Organizations (GDO) Division, annual Academy of Management Conference, Chicago, IL

Doing diversity right. Workshop delivered (with Derek R. Avery) during the Friday Lecture Series at the Annual Conference of the Society for Industrial and Organizational Psychology, San Francisco, CA, April 11, 2008.

2006, Member, Strategic Planning Committee, Society for Industrial-Organizational Psychology

2006–2007, Member, Executive Sub-Committee of the Committee for Ethnic-Minority Affairs, Society for Industrial-Organizational Psychology

2002, Panelist, *Finding your network doctoral consortium*, Gender and Diversity in Organizations (GDO) division, annual Academy of Management Conference, Denver, CO

**External Tenure and Promotion Reviews**

Florida International University
Georgia Institute of Technology
Temple University
Ulsan National Institute of Science and Technology (UNIST)
University of Houston
University of Memphis
Virginia Polytechnic & State University
Franklin and Marshall College

## UNIVERSITY SERVICE

**University-Level**:

2017-2019, Faculty Mentor, Program for Early Career Excellence, Rutgers University

2016–2017, Member, Rutgers University Middle States Accreditation Self-Study

2010–2011, Member, President's Council on Institutional Diversity & Equity, Rutgers University

2010–2012, Member, Graduate School Council, Rutgers University

2008, June 2–6, Rutgers University Faculty Traveling Seminar

2005–2006, Member, Search Committee, Human Resources Director, University of Wisconsin-Milwaukee

2002–2005, Member, Leadership Committee, University of Wisconsin-Milwaukee Task Force on Racioethnicity

2000–2001, Member, Faculty Senate, University of North Carolina at Wilmington

1999–2000, Member, African-American Faculty of the University of North Carolina at Wilmington, University of North Carolina at Wilmington

**School/Department-Level**:

2022-Present, Member, Professional Development Committee, College of Business, East Carolina University.

2022–Present, Member, Management Advisory Committee, College of Business, East Carolina University.

2020–2021, Member, Fox School of Business "Faculty Return to Campus" Survey Committee, Fox School of Business, Temple University.

2020–2021, Co-chair, Diversity, Equity, and Inclusion (DEI) Council, Fox School of Business, Temple University.

2020 (Fall), Member, Promotion and Tenure Committee, Management and Information Systems (MIS) department, Fox School of Business, Temple University.

2020 (Summer), Member, Promotion and Tenure Guidelines Finishing Committee, Fox School of Business, Temple University.

2015–2019, Co-Director, Industrial Relations-Human Resources Doctoral Program, School of Management and Labor Relations, Rutgers University

2015, Chair, Human Resource Management Tenure-Track Faculty Search Committee, Human Resource Management Department, School of Management and Labor Relations, Rutgers University

2011–2014, Department Chair, Human Resource Management Department, School of Management and Labor Relations, Rutgers University

2011, Member, Assistant Professor of Human Resource Management Search Committee, Department of Human Resource Management, School of Management and Labor Relations, Rutgers University

2010–2011, Director, Industrial Relations-Human Resources Doctoral Program, School of Management and Labor Relations, Rutgers University

2009–2019, Member, Preliminary Examination Committee, School of Management and Labor Relations, Rutgers University

2009 (Fall Semester), Member, Appointment & Promotion Committee, School of Management and Labor Relations, Rutgers University

2009–2010, Member, Center for Human Resource Strategy Committee, Department of Human Resource Management, School of Management and Labor Relations, Rutgers University

2009–Present, Member, Doctoral Program Committee, Department of Human Resource Management, School of Management and Labor Relations, Rutgers University

2009–2010, Member, Assistant Professor of Human Resource Management Search Committee, Department of Human Resource Management, School of Management and Labor Relations, Rutgers University

2008–2009, Member, Senior Lecturer Search Committee, Department of Human Resource Management, School of Management and Labor Relations, Rutgers University

2008–2009, Director, Human Resource Management Minor Degree Program, Department of Human Resource Management, School of Management and Labor Relations, Rutgers University

2008–2009, Member, Assistant Professor of Human Resource Management Search Committee, Department of Human Resource Management, School of Management and Labor Relations, Rutgers University

2008–2009, Member, Diversity and Inclusion in the Workplace Graduate Certificate Committee, School of Management and Labor Relations, Rutgers University

2008–2009, Member, Bachelor of Science in Labor Studies and Employment Relations Program's Direct Admissions Sub-Committee, School of Management and Labor Relations, Rutgers University

2008–2009, Member, PhD. Program Re-Design Sub-Committee, Department of Human Resource Management, School of Management and Labor Relations, Rutgers University

2007–2008, Member, Inclusive Organizations Institute Development Committee, School of Management and Labor Relations, Rutgers University

2004–2007, Member, Doctoral Preliminary Exam Committee, Sheldon B. Lubar School of Business, University of Wisconsin-Milwaukee

2003–2007, Member, Undergraduate Program Committee (Student Grievance Subcommittee), University of Wisconsin-Milwaukee

2002–2003, Member, Masters of Science Program Committee, University of Wisconsin-Milwaukee

2001, Committee Member, Southern Association of Colleges and Schools Self-Study, Department of Psychology, University of North Carolina at Wilmington

2001, Member, Assistant Professor of Developmental Psychology Search Committee, Department of Psychology, University of North Carolina at Wilmington

## **INVITED PRESENTATIONS AND APPEARANCES**

### **Keynote Address**

Diversity climate is key to diversity management. Keynote address given for the Society for Diversity and Inclusion Initiative's (SODI) *Convening: Sparking Innovations* Conference at the University of Chicago, Chicago, IL, September 11-12, 2018.

What is GDO's role in promoting diversity management in institutions of higher learning? Plenary address given for the Gender and Diversity in Organizations Division at the annual the Academy of Management Conference, Anaheim, CA, August 8, 2016.

Diversity climate is greater than the sum of its diversity. Invited keynote address given at the annual Workplace Diversity: Practice and Research Conference, *Changing organization cultures to increase diversity, inclusion, and performance*, School of Management, George Mason University, June 10-11, 2010.

**Invited Outside Presentations and Appearances**:

Wilting under the spotlight: The darling effect and its influence on performance success. Research presentation to the Management Department Speaker Series at the University of South Carolina, Columbia, SC, March 17, 2023.

Putting climate in context: The cascading effect of managerial cooperative climate on business-establishment financial performance in racioethnically-diverse contexts. Research presentation (online) for the Distinguished Speaker Series, Department of Management, University of Texas-Arlington, Arlington TX, May 14, 2021.

Panelist, World Trade Resource's JustTalk Series II Session 3, "Exploring the Dimensions of Diversity Through Data and People: Transforming Our WORKPLACE." May 13, 2021.

Putting climate in context: The cascading effect of managerial cooperative climate on business-establishment financial performance in racioethnically-diverse contexts. Research presentation (online) for the Industrial-Organizational Psychology Colloquium, Texas A&M University, Bryan, TX, March 12, 2021.

Race-ethnicity and the applicant-employer interface. Research presentation (online) for the James Weldon Johnson Institute's Colloquium Series on Race, College of Arts and Sciences, Emory University, Atlanta, GA, February 15, 2021.

The benefits of pro-diversity work climates. Workshop delivered (online) to the American Physical Therapists Association, December 18, 2020.

The risk of diversity mismanagement. Presentation delivered (online) to the annual RIMS the Risk Management Society conference, November 5, 2020.

Climate first: The cascading effect of managerial cooperative climate on business-unit financial performance in racioethnically-diverse contexts. Research presentation (online) for the Brown Bag Speaker Series, Industrial-Organizational Psychology doctoral program, George Mason University, Fairfax, VA, September 22, 2020.

Overcoming social Identification: The effects of cooperation and organizational tenure on the demographic diversity-financial performance relationship. Research seminar series speaker at the College of Business, Oregon State University, Corvallis, OR, May 4, 2018.

Why can't we get along? Group/intergroup factors and diversity Management. Diversity and inclusion workshop delivered to Andersen Windows, Inc., North Brunswick, NJ, June 27, 2018.

Managing diversity effectively. Invited presentation delivered to Nestle Health Sciences, Bridgewater, New Jersey, February 27, 2018.

Racial-ethnic differences in the performance–pay relationship: The role of diversity climate. Invited presentation delivered to University of Konstanz "Diversity Research Seminar." Konstanz, Germany, June 18, 2015.

Racial-ethnic differences in the performance–pay relationship: The role of diversity climate. Invited presentation delivered to the University of Connecticut, Industrial-Organizational Psychology department's "Brown Bag Seminar." Storrs, CT, September 19, 2014.

The business case for diversity. Invited presentation given as part of the "Reflections on Diversity: Defining Moments" co-sponsored by the American Conference on Diversity and L'Oreal USA, L'Oreal USA New Jersey Headquarters, Berkeley Heights, NJ, June 6, 2013.

Panelist, *Caucus New Jersey with Steve Adubato* television broadcast, "Workplace Diversity." Public Broadcasting System, Fairfield, NJ, February 13, 2013.

Institutionalizing real diversity and inclusion practices for top results. Invited presentation given (with Joseph Santana of Joe Santana Consulting) at the Workplace Diversity: Practice and Research Conference, *Diversity culture and climate*, School of Management, George Mason University, Fairfax, VA, June, 23, 2012.

Diversity recruitment and retention. Invited workshop presented at "Diversity Day" training program at the Lakehurst Naval Air Station, Lakehurst, NJ, May 25, 2011.

Beyond ability: The effects of institutional context and perceived racial discrimination on racial-ethnic differences in law school performance. Invited presentation for the Human and Social Capital Seminar Series, Wharton School, University of Pennsylvania, March 24, 2011.

Recruiting and retaining a diversity faculty: The role of diversity climate. Invited workshop delivered at Raritan Valley Community College, March 2, 2010.

Making the business case for diversity. Invited presentation to Edwards, Angell, Palmer, & Dodge, LLP, February 17, 2010.

Recruiting and retaining a diversity faculty: The role of diversity climate. Invited workshop delivered at Raritan Valley Community College, October 2, 2009.

Racial-ethnic mean differences in performance: Going beyond the "deficit hypothesis."  Invited presentation to the Industrial-Organizational Psychology Club, Department of Psychology, University of Akron, May 1, 2009.

Diversity climate effects on work and organizational performance. Invited speaker for the Zicklin School of Business Department of Management's "Thursday Seminar" Series, Baruch College, November 6, 2008.

Diversity climate is greater than the sum of its diversity. Invited research presentation given for the Social and Organizational Psychology doctoral colloquium, Teacher's College, Columbia University, October 7, 2008.

It's cheaper to keep them: A model of the diversity climate perceptions-voluntary turnover relationship. Invited research presentation to the annual meeting of the Personnel/Human Resources Research Group (PHRRG), A. B. Freeman School of Business, Tulane University, February 22, 2008.

Diversity climate effects on job/firm performance. Invited research presentation to the annual meeting of the New Jersey Labor and Employment Relations Association (LERA), Sheraton Hilton Hotel, Edison, NJ, February 4, 2008.

Racial-ethnic differences in performance: The role of diversity management. Invited research presentation to the ILRHR 960 Workshop in Human Resource Studies doctoral seminar, Cornell University, School of Industrial and Labor Relations, February 23, 2007.

**Internal, University-Level Presentations and Appearances**

Wilting under the spotlight: The darling effect and its influence on performance success. Research presentation during Industrial-Organizational Psychology Brown Bag Series, East Carolina University, Greenville, NC, March 29, 2023.

Engaging race at work. Served as panelist at part of the Fox School of Business' *Research Connect* series, Temple University, October 13, 2020.

Dissecting diversity. I was interviewed on a podcast for the Fox School of Business *Catalyst* series, Temple University, June 22, 2020.

A human resource management system for diversity management. Presentation delivered during the Human Resource Management Department's *Research Seminar Series*, School of Management and Labor Relations, Rutgers University, May 5, 2015.

Navigating the maze of publishing research.  Invited presentation to the Center for Urban Entrepreneurship & Economic Development, School of Business, Rutgers University, October 26, 2011.

Beyond ability: The effects of institutional context and perceived racial discrimination on racial-ethnic differences in law school performance. Invited presentation to the Management & Global Business Seminar, School of Business, Rutgers University, October 26, 2011.

The business case for diversity. Invited presentation to Rutgers University for Faculty Advancement and Institutional Re-Imagination (RU FAIR) National Science Foundation (NSF) Advance, May 5, 2010.

Mean racial-ethnic differences in employee sales performance: The moderating role of diversity climate. Invited research presentation for the "Forum on Race and Ethnicity," sponsored by the Center for Race & Ethnicity, Rutgers University, October 5, 2007.

2005 (Fall Semester), Guest Speaker, Success Team Committee, Peer Outreach & Mentoring, "Becoming a Student" presentation, University of Wisconsin-Milwaukee.

2000 (Summer), Invited Lecture, "Preparing Now for Competition Later." Protégés and Leaders Program, Office of Campus Diversity, University of North Carolina at Wilmington.

2000, Invited Lecture, "Discussion of Careers in Psychology." Taking Your Place Institute, Marine Quest Youth Program, University of North Carolina at Wilmington.

**Internal, School/Departmental-Level Presentations and Professional Development Workshops**

A human resource management system for management. Presentation delivered for the Human Resource Management Department's *Research Seminar*, Rutgers University School of Management and Labor Relations, Rutgers University, May 4, 2015.

Recruiting and retaining a diverse workforce: The role of diversity climate. Presentation delivered to the Masters in Labor and Employment Relations Introductory Seminar, Rutgers University School of Management and Labor Relations, Rutgers University, October 14, 2014.

Recruiting and retaining a diverse workforce: The role of diversity climate. Presentation delivered to the Masters in Labor and Employment Relations Introductory Seminar, Rutgers University School of Management and Labor Relations, Rutgers University, October 8, 2013.

Diversity initiatives for HR professionals. Professional development workshop delivered for Rutgers University's Center for Management Development, Rutgers University School of Management and Labor Relations, Rutgers University, April 30, 2013.

The business case for diversity. Presentation delivered to the State Advisory Committee, School of Management and Labor Relations, Rutgers University, April 29, 2013.

Diversity initiatives for HR professionals. Professional development workshop delivered for Rutgers University's Center for Management Development, Rutgers University School of Management and Labor Relations, Rutgers University, October 31, 2011.

Recruiting and retaining a diverse workforce: The role of diversity climate. Presentation delivered to the Masters in Labor and Employment Relations Introductory Seminar, Rutgers University School of Management and Labor Relations, Rutgers University, March 3, 2011.

Beyond ability: The effect of institutional racial environment on racial-ethnic differences in law school performance.  Invited presentation to the School of Management and Labor Relations' Research Forum, Rutgers University, September, 9, 2010.

Diversity initiatives for HR professionals. Professional development workshop delivered for Rutgers University's Center for Management Development, Rutgers University School of Management and Labor Relations, Rutgers University, December 4, 2009.

Diversity initiatives for HR professionals. Professional development workshop delivered for Rutgers University's Center for Management Development, Rutgers University School of Management and Labor Relations, Rutgers University, April 1, 2009.

Diversity climate is greater than the sum of its diversity. Invited research presentation given as part of the "Building Inclusive Organizations" symposium sponsored by the Alumni and Friends of School of Management and Labor Relations, Rutgers University, May 16, 2008.

Diverse organizations and diversity markets. Invited research presentation (with Niki T. Dickerson) delivered to the Industrial Relations/Human Resource Dialogue, School of Management and Labor Relations, Rutgers University, April 22, 2008.

Managing diversity in the workplace. Professional development workshop delivered for Rutgers University's Center for Management Development to the Ocean County Social Services Department, Toms River, NJ, March 20, 2008.

Diversity climate effects on job/firm performance. Invited research presentation to the Alumni and Friends of the School of Management and Labor Relations, Rutgers University, January, 17, 2008.

Diversity climate effects on job/firm performance. Invited research presentation to the State Advisory Council for the School of Management and Labor Relations, Rutgers University, November 15, 2007.

It's not just a numbers game: Diversity climate and its role in job/firm performance. Invited research presentation for the "Corporate Forum," sponsored by the Center for Women and Work, Rutgers University, November 2, 2007.

2007 (Spring Semester), Delivered the "People: Our Most Important Asset" presentation during the Sheldon B Lubar School of Business's Open House, on behalf of the Bachelor's in Business Administration Human Resources Management major program, University of Wisconsin-Milwaukee.

Mean racial-ethnic differences in sales performance: The moderating role of diversity climate. Presented at the Research Seminar Series, Sheldon B. Lubar School of Business, University of Wisconsin-Milwaukee, February 16, 2007.

2006 (Spring Semester), Delivered the "People: Our Most Important Asset" presentation during the University of Wisconsin-Milwaukee, Sheldon B Lubar School of Business's Open House, on behalf of the Bachelor's in Business Administration Human Resources Management major program.

2007, 2006, 2005 Moderator, Delta Sigma Pi and Kohl's Department Stores "A Business Symposium" panel discussion, University of Wisconsin-Milwaukee.

2006, 2005, Delivered the "People: Our Most Important Asset" presentation during the, Sheldon B. Lubar School of Business's Open House, on behalf of the Bachelor's in Business Administration Human Resources Management major program, University of Wisconsin-Milwaukee.

2005 (Summer), Instructor of Human Resource Management workshop, Future Leaders Program, School of Business Administration, University of Wisconsin-Milwaukee.

Race, place, and work attitudes: The interactive effects of race and perceived quality of community amenities on workplace satisfaction? Presented at the Research Seminar Series, Sheldon B. Lubar School of Business, University of Wisconsin-Milwaukee, October 21, 2005.

Panel ratings of tape-recorded interview responses: Interrater reliability? Racial differences? Presented at the Research Seminar Series, Sheldon B. Lubar School of Business, University of Wisconsin-Milwaukee, March, 10, 2005.

A Re-examination of Black-White differences in job performance. Presented at the Masters of Human Resources Labor Relations Lunchtime Forum, Bolton Hall, University of Wisconsin-Milwaukee, December 3, 2003.

Validity of an information processing test and conscientiousness in predicting task performance. Presented at the Research Seminar Series, Sheldon B. Lubar School of Business, University of Wisconsin-Milwaukee, October 10, 2002.

## PUBLIC SERVICE

2001, Invited Lecture, "The Natural Man," The Men's Symposium, Men Teaching Other Men the Virtues of a Changing Society, Cumberland Union Free Will Baptist Church, Linden, NC

## COURSES TAUGHT

Organizational Behavior (Masters; online)
Human Resource Management (Undergraduate; online and face-to-face)
Managerial Negotiations (Undergraduate)
Organizational Staffing and Career Management (Undergraduate)
Diversity in Organizations (2015, Undergraduate summer course, Konstanz, Germany)
Micro Foundations in Human Resource Management Seminar (Doctoral)
Data-Based Decision-Making (Statistics Course; Masters)
Human Resource Strategy I (Masters)
Managing Workforce Flow (Masters)
Selected Problems: Diversity (Masters)
Staffing/Human Resources (Undergraduate and Masters)
Staffing Organizations (Masters)
Industrial Psychology (Undergraduate and Masters)
Psychological Tests and Measurement (Undergraduate)
Introduction to Psychology (Undergraduate)
Multivariate Statistics (Doctoral)

## RESEARCH AND INTERNSHIP SUPERVISION

**Doctoral Dissertations**:

Member, Dissertation Committee, Eugene Song, "The impact of changes in organizational gender diversity on employee- and organizational outcomes" Rutgers University, School of Management and Labor Relations. Successfully defended October, 2022.

Member, Dissertation Committee, Emily Rosado Solomon, "The big effects of small talk in the workplace" Rutgers University, School of Management and Labor Relations. Successfully defended April, 2019

Co-chair, Dissertation Committee, Sasha Pustovit, "Whose actions speak louder than words? The role of referents in the turnover contagion process" Rutgers University, School of Management and Labor Relations.  Successfully defended March, 2019.

Co-chair, Dissertation Committee, Sargam Garg, "Impact of HR practices and idiosyncratic deals on employee outcomes: Does employee HR practice saliency matter?" Rutgers University, School of Management and Labor Relations. Successfully defended May, 2017.

Co-chair, Dissertation Committee, Kyongji Han, "To experience is to believe: HRM experience and LMX as the antecedences of HR attribution and its consequences." Rutgers University, School of Management and Labor Relations. Successfully defended December, 2016.

Member, Dissertation Committee, Sean E. Rogers, "Status, work design, job satisfaction, and career development: An analysis of paid and volunteer interns," Rutgers University, School of Management and Labor Relations. Successfully defended August, 2013.

Member, Dissertation Committee, Kaifeng Jiang, "Bridging the gap between reality and perception: Managers' role in shaping employees' perceptions of high performance work systems," Rutgers University, School of Management and Labor Relations.  Successfully defended April, 2013.

Member, Dissertation Committee, Mark James, "Rainbow barrier behaviors: Scale development and validation," University of Wisconsin-Milwaukee, Sheldon B. Lubar School of Business. Successfully defended August, 2009.

Member, Dissertation Committee, Jeff Vanevenhoven, "A cross cultural examination of the environment - A current taxonomy of perceived uncertainty sources," University of Wisconsin-Milwaukee Sheldon B. Lubar School of Business. Successfully defended June, 2008.

**Master's Thesis**:

2016, Chair, Emily Rosado-Solomon, "Examining the relationship between gender and well-being: The roles of diversity climate, gender identity, and family identity salience," School of Management and Labor Relations, Rutgers University. Successfully defended May, 2016.

2016, Chair, Sasha Pustovit, "Overcoming group disparities in performance and turnover and minorities: The effects of relative human capital, diversity climate, perceived voice," School of Management and Labor Relations, Rutgers University. Successfully defended May, 2016.

2015, Chair, Eugene Son, "How organization's reward strategies affect employees' job satisfaction: The mediated moderation model," School of Management and Labor Relations, Rutgers University. Successfully defended May, 2015.

2014, Member, Yan Chen, "The hidden costs of heterogeneity in HR system use," School of Management and Labor Relations, Rutgers University. Successfully defended May, 2014.

2014, Member, Mason Ameri, "The disability employment puzzle: A field experiment on employer hiring behavior," School of Management and Labor Relations, Rutgers University. Successfully defended May, 2014.

2011, Member, Sargam Garg, "HR saliency and its influence on psychological climate, job satisfaction and organizational commitment: An employee level study," School of Management and Labor Relations, Rutgers University. Successfully defended May, 2011.

2009, Committee Chair, Sean Rogers, "Is all the world of work a stage? Identity management behavior and career outcomes among demographic minority professional workers," School of Management and Labor Relations, Rutgers University. Successfully defended May, 2009.

2009, Committee Chair, Kaifeng Jiang, "When do employees voice in teams? Moderating role of team context: Perceived team supports, trust in leadership, employee engagement, and voice behavior," School of Management and Labor Relations, Rutgers University. Successfully defended May, 2009.

2001, Member, Kelli A. McAmis, "The importance of self-efficacy in substance abuse treatment: Early treatment predictors of abstinence self-efficacy," Department of Psychology, University of North Carolina at Wilmington. Successfully defended May, 2001.

**Graduate Independent Research Projects**:

2009, Rick Hall, "A case study: The role of the human resources organization in the Company A and Company B merger." Masters of Human Resource Management Independent Study, Rutgers University School of Management and Labor Relations.

2009, Stefanie Rall, "How companies increase the successfulness of their 360 degree feedback process: A case study." Masters of Human Resource Management Independent Study, Rutgers University School of Management and Labor Relations.

2008, Karen D'Mello, "Turnover audit: The cost of turnover." Masters of Human Resource Management Independent Study, Rutgers University School of Management and Labor Relations.

2008, Rashmi Bhan, "Diversity and inclusion." Masters of Human Resource Management Independent Study, Rutgers University School of Management and Labor Relations.

2007, Barjinder Singh, "How diversity climate shapes employee behaviors: Assessing the role of organizational attitudes, gender and race," Doctoral Independent Study Project, University of Wisconsin-Milwaukee Sheldon B. Lubar School of Business.

2005, Mark A. Winters, "Effects of employment motivation on work attitudes," Masters Independent Study Project, University of Wisconsin-Milwaukee Sheldon B. Lubar School of Business.

2004, Randy A. Spahos, "Social support, person-environment fit, organizational attitudes, and employee turnover," University of Wisconsin-Milwaukee Sheldon B. Lubar School of Business.

**Internships**

Supervised 30+ Undergraduate Human Resource Major Internships, Sheldon B. Lubar School of Business, University of Wisconsin-Milwaukee (2001–2007).

# Exhibit B

# References

Avery, D. R. (2003). Reactions to diversity in recruitment advertising - Are differences black and white? *Journal of Applied Psychology, 88*, 672-679.

Avery, D. R., Hernandez, M., & Hebl, M. R. (2004). Who's watching the race? Racial salience in recruitment advertising. *Journal of Applied Social Psychology, 34*, 146-161.

Avery, D. R., Volpone, S. D., Stewart, R. W., Luksyte, A., Hernandez, M., McKay, P. F., & Hebl, M. M. R. (2013). Examining the draw of diversity: How diversity climate perceptions affect job-pursuit intentions. *Human Resource Management*, *52,* 175-193.

Barber, A. E. (1998). *Recruiting employees: Individual and organizational perspectives*. Thousand Oaks, CA: Sage.

Bennett, D. (2017, November 20). Big brother vs. little brother. *Bloomberg Businessweek*, 60-65.

Breaugh, J. A. (2013). Employee recruitment. *Annual Review of Psychology, 64,* 389-416.

Cascio, W. F. (2000). Managing a virtual workplace. *Academy of Management Executive, 14,* 81-90.

Cho, W., Choi, S., & Choi, H. (2023). Human resources analytics for public personnel management: Concepts, cases, and caveats. *Administrative Sciences, 13,* 41.

Combs, J., Liu, Y., Hall, A., & Ketchen, D. (2006). How much do high-performance work practices matter? A meta-analysis of their effects on organizational performance. *Personnel Psychology, 59,* 501-528.

Cox, T. H., Jr. (1994). *Cultural diversity in organizations: Theory, research, and practice*. San Francisco: Berrett-Koehler.

Della Torre, E., Zatzick, C. D., Sikora, D., & Solari, L. (2018). Workforce churning, human capital disruption, and organizational performance in different technological contexts. *Human Resource Management Journal, 28,* 112-127.

DePatie, T. P., Sachdeva, A., Shahani-Denning, C., Grossman, R., & Nolan, K. P. (2022). Enhancing the representation of women: How gender diversity signals and acknowledgment affect attraction to men-dominated professions. *Personnel Assessment and Decisions, 8,* 37-59.

Economic Policy Institute Current Population Survey Extracts, Version 1.0.15 (2021). Retrieved August 18, 2023 from https://microdata.epi.org.

Gelbard, R., Ramon-Gonen, R., Carmeli, A., Bittmann, R. M., & Talyanski, R. (2018). Sentiment analysis in organizational work: Towards an ontology of people analytics. *Expert Systems*, *35,* e122289.

Gonzalez, J. A., & DeNisi, A. S. (2009). Cross-level effects of demography and diversity climate on organizational attachment and firm effectiveness. *Journal of Organizational Behavior*, *30,* 21-40.

Guthrie, J. P., & Datta, D. K. (2008). Dumb and dumber: The impact of downsizing on firm performance as moderated by industry conditions. *Organization Science*, *19,* 108-123.

Handlesman J., Elgin, S., Estrada, M., Hays, S., Johnson, T. et al. (2022). Achieving STEM diversity: Outdated teaching methods amount to discrimination. *Science*, *376,* 1057-1059.

Harrison, D. A., & Klein, K. J. (2007). What's the difference? Diversity constructs as separation, variety, or disparity in organizations. *Academy of Management Review*, 32, 1199-1228.

Jiang, K., Lepak, D. P., Hu, J., & Baer, J. C. (2012). How does human resource management influence organizational outcomes? A meta-analytic investigation of mediating mechanisms. *Academy of Management Journal, 55,* 1264-1294.

Joshi, A., & Roh, H. (2009). The role of context in work team diversity research: A meta-analytic review. *Academy of Management Journal, 52,* 599-627.

Kochan, T., Berzukova, K., Ely, R., Jackson, S., Joshi, S. A., Jehn, K., & Thomas, D. (2003). The effects of diversity on business performance: Report of the Diversity Research Network. *Human Resource Management, 42,* 3-21.

Kossek, E. E., Zonia, S. C., & Young, W. (1996). The limitations of organizational demography: Can diversity climate be enhanced in the absence of teamwork? In M. N. Ruderman, M. W. Hughes-James, & S. E. Jackson (Eds.), *Selected research on work team diversity* (pp. 121-154). Washington, DC: American Psychological Association.

Kroeper, K. M., Williams, H. E., & Murphy, M. C. (2022). Counterfeit diversity: How strategically misrepresenting gender diversity dampens organizations' perceived sincerity and elevates women's identity threat concerns. *Journal of Personality and Social Psychology*: *Interpersonal Relations and Group Processes, 122,* 399-426.

Madhani, P. M. (2023). Human resource analytics: Leveraging human resources for enhancing business performance. *Compensation & Benefits Review, 55,* 31-45.

McKay, P. F. (forthcoming). Targeted recruitment of racial-ethnic minorities: A research review. In J. Slaughter, D. G. Allen, & S. Highhouse (Eds.), *Essentials of employee recruitment: Individual and organizational perspectives*. New York: Routledge.

McKay, P. F., Avery, D. R., & Morris, M. A. 2008. Mean racial-ethnic differences in work performance: The moderating role of diversity climate. ***Personnel Psychology**, 61,* 349-374.

McKay, P. F., Avery, D. R., & Morris, M. A. (2009). A tale of two climates: Diversity climate from subordinates' and managers' perspectives and their role in store unit sales performance. ***Personnel Psychology**, 62,* 767-791.

McKay, P. F., Avery, D. R., Liao, H., & Morris, M. A. (2011). Does diversity climate lead to customer satisfaction? It depends on the service climate and business unit demography. ***Organization Science**, 22,* 788-803.

Noe, R. A., Hollenbeck, J. R., Gerhart, B., & Wright, P. M. (2022). ***Fundamentals of human resource management*** (9th edition). New York, NY: McGraw-Hill.

Porter, C., & Serra D. (2020). Gender differences in the choice of major: The importance of female role models. ***American Economics Journal: Applied Economics**, 12,* 226-254.

Qin, H., Koong, K., Wen, H., & Liu, L. (2023). Mapping business analytics skillsets with industries: Empirical evidence from online job advertisements. ***Journal of Business Analytics**, 6,* 167-179.

Richard, O. C., Barnett, T., Dwyer, S., & Chadwick, K. (2004). Cultural diversity in management, firm performance, and the moderating role of entrepreneurial orientation dimensions. ***Academy of Management Journal**, 47,* 255-266.

Rynes, S. L., Bretz, R. D., & Gerhart, B. (1991). The importance of recruitment in job choice: A different way of looking. ***Personnel Psychology**, 44*, 487-521.

van Dijk, H., van Engen, M. L., & van Knippenberg, D. (2012). Defying conventional wisdom: meta-analytical examination of the differences between demographic and job-related diversity relationships with performance. ***Organizational Behavior and Human Decision Making Processes**, 119,* 38-53.

Walker, H. J., Feild, H. S., Berneth, J. B., & Becton, J. B. (2012). Diversity cuse on recruitment website: Investigating the effects on job seekers' information processing. ***Journal of Applied Psychology**, 97,* 214-244.

Wynn, A. T., & Correll, S. J. (2018). Puncturing the pipeline: Do technology companies alienate women in recruiting sessions? ***Social Studies of Science**, 48,* 149-164