UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE CENTER FOR INVESTIGATIVE
REPORTING and WILL EVANS,

        Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
LABOR,

        Defendant.

Case No. 22-cv-07182-WHA

**DECLARATION OF MICHELE HODGE IN
SUPPORT OF DEFENDANT UNITED STATES
DEPARTMENT OF LABOR'S MOTION FOR
SUMMARY JUDGMENT**

I, Michele Hodge, declare as follows:

1.      I am the current Acting Director of the Office of Federal Contract Compliance Programs ("OFCCP") within the Department of Labor ("DOL" or "Department"). I am familiar with, and routinely administer, Executive Order 11246 ("EO 11246"), the standards and regulations promulgated thereunder, and related enforcement programs.

2.      I have worked for OFCCP since April 1986, primarily in the enforcement area. Prior to my tenure as Acting Director, from April 2023 to present, I served as the Deputy Director of OFCCP, where I led the agency to achieve its mission to enforce equal employment opportunity laws, protect workers, and promote equity and diversity by expanding access to quality jobs and advancement opportunities for all workers, especially those who have been historically underrepresented. Before becoming the Deputy, I served as the Regional Director for OFCCP's Mid-Atlantic region from 2011 to 2021, where I worked to ensure that those who do business with the federal government fulfill their affirmative action and nondiscrimination obligations to promote equal employment opportunity. All of these positions involve the review and understanding of EEO-1 data as it pertains to OFCCP's enforcement initiatives. In summary, over the last 37 years I have been substantively involved in the

operation of OFCCP's enforcement programs, including the collection and use of EEO-1 data in the context of OFCCP compliance evaluations.  The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

## I.     BACKGROUND

3.     OFCCP is a subdivision of the United States Department of Labor.  In 1978, Congress consolidated equal employment opportunity ("EEO") contract compliance programs across the government into OFCCP at DOL. OFCCP administers three legal authorities requiring equal employment opportunity in the employment practices of federal contractors: EO 11246, Section 503 of the Rehabilitation Act of 1973, and the Vietnam Era Veterans' Readjustment Assistance Act of 1974. OFCCP's overall mission is to ensure equal employment opportunity and protect workers from discrimination on the bases protected by these laws: race, color, religion, sex, sexual orientation, gender identity, national origin, disability, and status as a protected veteran. E.O. 11246 § 201(1); 29 U.S.C. § 793; 38 U.S.C. § 4212.  Each of these legal authorities have implementing regulations at 41 C.F.R. Chapter 60, promulgated through notice and comment rulemaking, setting forth non-discrimination and other equal employment opportunity standards ("OFCCP standards") that contractors must follow, as well as recordkeeping regulations detailing the personnel action and other employment-related records that federal contractors must maintain. 41 C.F.R. Chapter 60, et seq.; 41 C.F.R. §§ 60-1.12, 60-300.80, 60-741.80. OFCCP standards set forth equal employment opportunity requirements to protect workers from unlawful discrimination by federal contractors in all industries.

4.     OFCCP carries out its mission by scheduling a certain number of federal contractor establishments for compliance evaluations, which generally consist of comprehensive analysis and evaluation of the hiring and employment practices of the contractor, its written affirmative action program, and the results of the efforts taken by contractors to ensure equal employment opportunity, consistent with EO 11246 and its implementing regulations. *See* 41 C.F.R. § 60-1.20(a). These compliance reviews also evaluate compliance with Section 503 of the Rehabilitation Act of 1973 and with the Vietnam Era Veterans' Readjustment Assistance Act (VEVRAA). 41 CFR 60-741.60; 41 CFR

60-300.60. OFCCP schedules contractors for compliance evaluations through the use of a scheduling methodology that is made available to the public. *See* most recent methodology, OFCCP, Methodology for Developing the Supply and Service Scheduling List FY 2023, Release – 1, https://www.dol.gov/sites/dolgov/files/OFCCP/scheduling/files/SL23R1-SS-Methodology.pdf (last visited August 17, 2023). This methodology meets the criteria for a neutral administrative plan that complies with the Fourth Amendment's protections against unreasonable searches.  After a contractor has been identified through this methodology, the agency sends an OMB-approved scheduling letter to the contractor with a list of requested information and data for OFCCP to review and analyze off-site. During the course of the compliance evaluation, OFCCP may seek follow-up information and data to review off-site, and may also conduct an on-site review of the contractor's establishment if it needs to obtain further information, such as personnel interviews, at the contractor's premises. While the exact number varies, in recent years, OFCCP has typically conducted between 1,000 to 3,000 of these compliance evaluations per year.

5.      There are two circumstances in which OFCCP may file an enforcement action against a contractor.  The first, colloquially referred to as an "access" case, is a situation in which the contractor has refused to provide access to some portion, or all, of the data, information, employees, and/or premises that OFCCP has requested during the course of the compliance evaluation. Such complaints are filed by DOL's Office of the Solicitor (SOL) before the Department's Office of Administrative Law Judges (OALJ). While SOL can file certain "access cases" under expedited hearing procedures, such cases typically take months, and sometimes much longer, to fully litigate. Accordingly, having to go through an "access case" can significantly prolong the length and efficacy of OFCCP's compliance evaluations.  SOL has had to file multiple access cases over the past several years; a listing is attached to this Declaration. *See* Ex. A. The second type of enforcement action is for a substantive violation of OFCCP's legal authorities, including whether the contractor has engaged in unlawful discrimination and/or other violations of the EO 11246 Equal Opportunity Clause.  These complaints are also filed in the first instance before the OALJ.

## II.    EEO-1 REPORTS

6.    The EEO-1 report is a mandatory annual data collection that requires all private sector employers with 100 or more employees, and federal contractors with 50 or more employees meeting certain criteria, to submit demographic workforce data, including data by race/ethnicity, sex, and job categories. *See* EEOC, EEO-1 Component 1 Data Collection, https://www.eeoc.gov/data/eeo-1-data-collection (last visited August 17, 2023). A sample EEO-1 form is attached hereto. *See* Ex. B.

7.    The raw statistical data contained in these reports is extremely sensitive information because it reflects both the personal demographic data of employees and the workforce allocation strategies of employers. Additionally, the workforce data contained in the EEO-1 reports may qualify as "confidential statistical data" as defined by the Trade Secrets Act. 18 U.S.C. § 1905.

8.    Pursuant to DOL's regulations, each prime contractor and first-tier subcontractor must file EEO-1 reports annually if they have 50 or more employees and a contract, subcontract, or purchase order of $50,000 or more. 41 C.F.R. § 60-1.7. OFCCP regularly receives, usually on an annual basis, EEO-1 report data for all entities that self-identify as federal contractors in response to Question C(3) of their EEO-1 report submissions.

9.    To avoid duplication of efforts and reduce the administrative burden on companies, EEOC and OFCCP jointly developed the EEO-1 form, and created the Joint Reporting Committee ("JRC") to administer the EEO-1 reporting system in a manner that establishes a single data collection to meet the statistical needs of both agencies. The EEO-1 data collection is thus a joint initiative of EEOC and OFCCP, *see* 41 C.F.R. § 60-1.7(a)(1), but EEOC is the agency that administers the EEO-1 report and is functionally responsible for collecting the data through a submission portal accessed through the EEOC website, EEOC Data Collection, https://www.eeocdata.org (last visited August 17, 2023). OFCCP typically receives the EEO-1 data of federal contractors from EEOC at least a year after the reports are filed, after EEOC has had the opportunity to check the data for errors and assemble it for transmittal to OFCCP.

10.    The EEO-1 data submission portal is currently closed because the filing period for the next EEO-1 report has not yet commenced.  A true and correct copy of the 2019 and 2020 EEO-1

1  Component 1 Data Collection User's Guide (containing screen captures of the filing process) is attached

2  hereto. *See* Ex. C.

3      11.    Accurate EEO-1 report information is important to the mission of OFCCP in several

4  ways. First, EEO-1 data is one of the sources OFCCP uses to confirm whether an entity is a federal

5  contractor, and thus an entity over which OFCCP has jurisdiction. This is integral to OFCCP developing

6  its scheduling lists of contractors to review.  Further, while the EEO-1 data, and in particular the Type 2

7  consolidated EEO-1 data, cannot alone form the basis for a finding of discrimination, even in its

8  aggregated form it can allow OFCCP, using its expertise in comprehension of this data, to see where

9  underutilization of particular demographic groups exists, which may be the result of discrimination. This

10  can assist the agency in determining whether there is a need for further evaluation, and in focusing its

11  scheduling of compliance reviews to better review these potential problem areas.

12  **III.    CONFIDENTIALITY OF EEO-1 REPORTS.**

13      12.    The EEOC, the agency that administers the EEO-1 report and is functionally responsible

14  for collecting the data, is prohibited from publicly disclosing EEO-1 forms under Title VII, 42 U.S.C.

15  § 2000e-8(e), which states:

16
17      It shall be unlawful for any officer or employee of the Commission to make public in any manner whatever any information obtained by the Commission pursuant to its authority under this section prior to the

18  institution of any proceeding under this subchapter involving such information. Any officer or employee of the Commission who shall make

19  public in any manner whatever any information in violation of this subsection shall be guilty, of a misdemeanor and upon conviction thereof,

20  shall be fined not more than $1,000, or imprisoned not more than one year.

21  42 U.S.C. § 2000e-8(e). The EEOC's regulations implementing the FOIA statute incorporate the

22  statutory prohibition against disclosure. 29 C.F.R. § 1610.17(f). The EEOC "takes extensive measures to

23  protect the confidentiality and integrity of EEO-1 data in its possession" and maintains "a robust cyber

24  security and privacy program" to protect the data.  *See* Agency Information Collection Activities; Notice

25  of Submission for OMB Review, Final Comment Request: Revision of the Employer Information

26  Report (EEO-1), 81 Fed. Reg. 45479, 45492 (July 14, 2016) ("Final Notice")*.*  It transmits the database

27  of EEO-1 reports subject to OFCCP jurisdiction to OFCCP "on an encrypted storage device." *Id*.  EEO-

28

1  data is then securely stored by OFCCP upon receipt, and access is limited to a small number of staff.

2       13.    While there is not a parallel statutory prohibition criminalizing disclosure of EEO-1 data

3  by OFCCP, the existence of the statutory prohibition against disclosure by the agency that collects the

4  data, and the congressional intent reflected in this provision, inform OFCCP's treatment of the data as

5  confidential, and create an expectation of confidentiality by contractors, which submit the EEO-1 form

6  only once through the EEOC website.  OFCCP understands the important confidentiality concerns and

7  expectation of privacy animating the Title VII provision, and treats the EEO-1 reports as confidential to

8  the maximum extent permitted by law.  That commitment is reiterated in multiple public-facing

9  representations.  *See* Final Notice at 45491.

10       14.    This commitment to maintaining the EEO-1 reports' confidentiality is explicitly

11  conveyed to submitters through the EEOC data collection website.  The EEOC EEO-1 Instruction

12  Booklet during the relevant period specifically states in paragraph 4: "All reports and any information

13  from individual reports are subject to the confidentiality provisions of Section 709(e) of Title VII and

14  may not be made public by the EEOC prior to the institution of any proceeding under Title VII

15  involving the EEO-1 data. Any EEOC employee who violates this prohibition may be found guilty of a

16  criminal misdemeanor and could be fined or imprisoned."  Attached to this Declaration is a true and

17  correct copy of the EEO-1 Instruction Booklet accessible on the EEOC website during the relevant

18  period. See Ex. D.

19       15.    EEO-1 submitters are also assured that their EEO-1 filings will be kept confidential

20  when submitting their information via the EEO-1 reporting system. Ex. C at 36.  The sample EEO-1

21  form accessed through a link in the Instruction Booklet contains a further assurance of confidentiality:

22  "All reports and information obtained from individual reports will be kept confidential as required by

23  Section 709(e) of Title VII."  Ex. B at 2.

24       16.    OFCCP, via the JRC, also explicitly assured all EEO-1 submitters with federal contracts

25  that their reports would be treated as confidential.  The Instruction Booklet expressly informed

26  submitters that OFCCP "will protect the confidentiality of the EEO-1 data to the maximum extent

27  possible consistent with FOIA and the Trade Secrets Act."  OFCCP also notified submitter that it "will

28

notify contractors of any Freedom of Information Act (FOIA) requests that are made to obtain any of the data provided on the EEO-1 reports." Ex. D. ¶ 4 at 4.

17.     Consistent with these assurances and the backdrop of strict confidentiality expressed in Title VII, OFCCP treats the EEO-1 reports as confidential and has never released an EEO-1 report except where it has determined that disclosure would be required by law.

18.     In addition, OFCCP has a longstanding practice of notifying contractors of any FOIA requests to disclose their EEO-1 reports and giving them an opportunity to object to disclosure. Specifically, pursuant to Executive Order 12600's requirement of predisclosure notification for confidential commercial information and DOL's implementing regulations, 29 C.F.R. § 70.26, OFCCP has routinely provided federal contractors notice of any request for the disclosure of their EEO-1 reports because it believes the documents contain confidential information that is potentially protectable from disclosure. *See* Ronald Reagan, Executive Order 12600--Predisclosure notification procedures for confidential commercial information, June 23, 1987, https://www.archives.gov/federal-register/codification/executive-order/12600.html.  Pursuant to these requirements, OFCCP provides notice to contractors and will not disclose their EEO-1 reports until after they have had an opportunity to object.  If a contractor objects to disclosure, OFCCP evaluates any claims by the contractor that the release of such data is exempt from FOIA disclosure, and, if it accepts the objections as legally sufficient, it declines to release the data.[1]

19.     As demonstrated by the thousands of objections filed by contractors in response to the current FOIA requests, many contractors have long proceeded under the understanding that this information would be held confidentially by the agencies that collect the information, including OFCCP. This understanding is supported by OFCCP's prior recent responses to FOIA requests for EEO-1 Type 2

---

[1] OFCCP has records dating back as early as 2002 that confirm this practice. Prior to 2009, OFCCP was organized under the Employment Standards Administration (ESA). On November, 8, 2009, the ESA was abolished and the four major program components of ESA – the Office of Federal Contract Compliance Programs, the Office of Labor Management Standards, the Office of Workers' Compensation Programs and the Wage and Hour Division – became stand-alone programs reporting directly to the Secretary of Labor. *See* Department of Labor, Wage and Hour Division Historical Summary, https://www.dol.gov/agencies/whd/about/history (last visited August 17, 2023). Due to compliance with records retention schedules, earlier records no longer exist or are difficult to locate.

1  data, in which OFCCP has declined to release the data based on representations in contractor objections

2  when OFCCP has found the objections to be legally sufficient.  OFCCP has only released EEO-1 data in

3  response to FOIA requests where it has determined that the information does not fall within a FOIA

4  exemption, and it has never released EEO-1 data outside of a FOIA request.[2]

5  **IV.    FORESEEABLE HARM**

6          20.    OFCCP reasonable foresees that releasing the requested EEO-1 data over the objections

7  of submitters who treat this commercial data as private and submitted it to the government under an

8  assurance and expectation of privacy would result in multiple harms to both the federal contractor

9  objectors and OFCCP's mission.

10         21.    Based on OFCCP's expertise in this area, the objections received and evaluated by

11  OFCCP, consultation with experts, and discussion with an employer association, OFCCP reasonably

12  foresees that release of the objectors' data would cause commercial or financial harm to the contractors

13  whose data is released, including, but not limited to:

14             a.    Competitors gaining knowledge of business plans that companies have invested

15                  substantial resources in developing, refining, and implementing to gain a

16                  competitive advantage, including sensitive staffing plans that are revealed by the

17                  EEO-1 reports, such as the ratio of managers to sales workers.  Submitters will

18                  lose the competitive edge afforded by their confidential workforce structure

19                  strategies.

20             b.    Providing competitors information that would allow them to draw additional

21                  conclusions about the submitters' commercial operations from the multiple years

22                  of data that would be released, which they could not draw from one year of data.

23                  Changes and trends in workforce numbers in specific categories would provide

24

25
_____

26      [2] In 2018, DOL agreed to settle a lawsuit filed by CIR seeking the EEO-1 reports of several
    companies by withdrawing its assertion that the documents were protected from disclosure under

27  Exemption 4.  *Center for Investigative Reporting, et al. v. Department of Labor*, No. 18-cv-2008-JCS.
    DOL's decision in that case was informed by the heightened substantial competitive harm standard

28  required for application of Exemption 4 at that time.

insight into a company's operations, forecasting, and strategic plans. The commercial harm that would result from this multi-year analysis is a significant source of concern among submitters.

c.  Providing an inaccurate or incomplete picture of the scope of the Diversity, Equity, Inclusion, and Accessibility efforts that contractors are undertaking, as EEO-1 numbers do not reflect the full actions of the contractor. Public criticism of contractors that laypeople do not believe are diverse enough based solely on EEO-1 statistics may cause fewer diverse workers to want to work for that contractor, thus making it harder for them to recruit and maintain a diverse workforce.

d.  Increased scrutiny by the public and other organization and officials, and the use and misinterpretation of the raw EEO-1 data to draw inferences about DEI initiatives that can be used to damage the commercial interests of the company. Contractors are increasingly aware of and concerned about public backlash, boycotts, lawsuits, and lost revenue resulting from this scrutiny, which have been widely reported on in recent months. *See, e.g.*, Theo Francis and Lauren Weber, "The Legal Assault on Corporate Diversity Efforts Has Begun," *The Wall Street Journal* (Aug. 8, 2023), https://www.wsj.com/articles/diversity-equity-dei-companies-blum-2040b173 (last visited August 17, 2023) ("The pressure leaves employers vulnerable to litigation for either going too far or not far enough in addressing barriers to equity and inclusion, lawyers say."); J. Edward Moreno, "Fall in Bud Light Sales Puts Dent in Beer Maker's Earnings," *The New York Times* (Aug. 3, 2023), https://www.nytimes.com/2023/08/03/business/bud-light-sales-decline.html ("Retail sales of Bud Light fell as much as 42 percent in some U.S. metro areas in the four weeks that ended on July 22.");; Michael King, "How Chick-Fil-A Became a Target for Going "Woke," *CBS News* (June 2, 2023) https://www.cbsnews.com/atlanta/news/how-chick-fil-a-became-a-target-for-going-woke/.

e.    Infringement of the privacy of workers who self-identified with a promise of confidentiality, particularly for small companies with few people in certain EEO categories, wherein it may be possible to discern the EEO characteristics of a particular employee.  This may lead to fewer employee self-identifications, which would make it harder for contractors to evaluate their own EEO/DEIA efforts, and may harm employer-employee relations due to a perceived breach of trust.

22.    OFCCP also reasonably foresees the potential for significant harm to the agency in many different ways in the event that OFCCP is required to disclose all federal contractor Type 2 EEO-1 data. Each of these potential harms would interfere with OFCCP being able to perform the mission for which it is appropriated funds and affect the efficiency and effectiveness of the agency's operations.

23.    Disclosure of this data would likely harm relations between OFCCP and the regulated community, which has already expressed many concerns about the OFCCP's ability to keeps company data confidential as a result of these FOIA requests.[3]  OFCCP reasonably foresees that some contractors, who submitted their EEO-1 reports with the expectation of confidentiality and objected to their release, will blame OFCCP if it is unable to protect these sensitive reports from public disclosure.

24.    Due to limited resources, OFCCP only conducts a few thousand establishment reviews each year, although EEO-1 data reveals that there are well over 100,000 contractor establishments in a given year.  Therefore, to fulfill its mission, OFCCP also must rely on contractors' proactive compliance with their equal employment opportunity obligations, which requires some degree of contractor cooperation.  To ensure that contractors are aware of their equal employment opportunity obligations, and thus to facilitate contractor cooperation and compliance, OFCCP conducts numerous compliance

---

[3] Federal contractors are not alone in their concerns. OFCCP recently received correspondence from Representative Virginia Foxx with regard to EEO-1 data specifically and the confidentiality of contractor-provided information and data generally as well as OFCCP's handling of the FOIA request, in which she expresses "serious concerns" that OFCCP did not provide federal contractors with sufficient notice of the FOIA request, suggests that "OFCCP's failures could result in disclosing employers' and employees' sensitive, confidential information" and further asserts that "OFCCP may not have the authority to make such disclosures." *See* Foxx Correspondence, Ex. E. OFCCP anticipates that, should it not be able to protect employers' and employees' sensitive, confidential information, it will see an increase in oversight requests from Congress.

assistance events each year both out of its National Office and in its regional offices. For example, in June 2023, OFCCP collaborated with the Virginia Ship Repair Association, which consists of federal contractors, to provide information on what to expect during an OFCCP compliance review and the types of documentation requested during a review. This presentation occurred at the request of the VA Ship Repair Association. Also in June 2023, OFCCP hosted a webinar highlighting construction contractors' equal employment and affirmative action obligations. Invitations were sent to contractors on the Corporate Scheduling Announcement List and those who registered to receive email notifications from the agency. OFCCP meets regularly with regional Industry Liaison Groups to discuss recent developments within OFCCP and provide information and promising practices for complying with OFCCP's legal authorities. And in August 2023, top officials from OFCCP attended the four-day annual National Industry Liaison Groups conference in Phoenix, where they participated on panels to educate contractors as to obligations under OFCCP's authorities and made themselves available for questions throughout the conference. OFCCP reasonably foresees that disclosure of this data would harm the cooperative relationship it has built with federal contractors, through substantial and sustained efforts, leading to direct harm to the mission of OFCCP.

25.     OFCCP further reasonably foresees that disclosure of the data would lead to a portion of the federal contractors being much more reluctant to provide any data requested by OFCCP that the company believes is confidential. OFCCP's compliance efforts involve requests for substantial amounts of information from contractors in addition to the EEO-1 reports. Contractors may ultimately refuse to provide such data, forcing OFCCP to file "access" cases to compel the production of this information. Any increase in the number of access cases OFCCP has to file compromises its mission, as it forces the agency to spend significant time and resources on ancillary matters, in turn delaying OFCCP's ability to identify, address and remedy discrimination in contractors' workplaces.

26.     Another likely outcome of an order compelling the production of this information is that some number of contractors will decline to bid for federal contracts in the future, as this would be the only way to keep their EEO-1 information from being disclosed. Such an outcome is harmful in two different ways. First, it would decrease the number of entities over which OFCCP has jurisdiction, and

1    thus there would be fewer entities that would be required to comply with OFCCP's affirmative and

2    equal employment obligations.  This includes the analyses and other actions OFCCP requires so that

3    contractors can proactively find and address discrimination and other obstacles to equal employment

4    opportunity. Second, if federal contracting agencies have fewer entities willing to bid on federal

5    contracts, the logical result would be a negative impact on the efficiency of federal contracting, as there

6    would be less competition and fewer federal contractors to choose from.

7

8         Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and

9    correct hereto.  Executed this 17th day of August, 2023.

10

11

12         *Michele Hodge*

13         MICHELE HODGE
           Acting Director
14         Office of Federal Contract Compliance
           Programs
15         U.S. Department of Labor
           200 Constitution Ave., NW
16         Washington, DC 20210

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

# OFCCP Access Complaints Filed

| Case Name | Description | Filing Date(s) |
|---|---|---|
| Entergy Services, Inc. | Refusal to provide access to or supply any records and information for compliance review. (DOJ/CRLM) | 7/17/2014 |
| Convergys | Expedited filing for refusal to give access to or supply AAPs and supporting data for compliance review. (Dallas RSOL & Atlanta RSOL) | 12/5/2014 12/10/2015 |
| Google | Refusal to provide access to a variety of employment records related to its compensation practices and contact inform for current and former employees and applicants. (San Francisco RSOL) | 12/29/2016 |
| Baker DC | Expedited filing against construction contractor for refusal to provide records and allow on-site access (Philadelphia RSOL) | 1/13/2017 |
| Oracle | Access case in part for denying access to key documents during the OFCCP investigation, including refusing to provide pay equity analyses. (San Francisco RSOL) | 1/17/2017 |
| AccuWeather | Expedited filing for refusal to give access to OFCCP to investigate a complaint alleging discrimination and hostile work environment based on sexual orientation. (Philadelphia RSOL) | 2/x/2017 |
| Rosemount, Inc. | Refusal to provide support data related to employment activity (applicants, hires, promotions, and terminations), compensation data, and AAPs. (Chicago RSOL) | 9/9/2022 |
| Ad Hoc, LLC | Refusal to provide AAPs and supporting documentation. (Philadelphia RSOL) | 5/23/2023 |

# Exhibit B

Standard Form 100
REV. 01/2008

O.M.B.No. 3046-0007
FORM APPROVAL: www.reginfo.gov/public/do/PRAMain
100-214

**Joint Reporting Committee**
- **Equal Employment Opportunity Commission**
- **Office of Federal Contract Compliance Programs (Labor)**

# EQUAL EMPLOYMENT OPPORTUNITY

## EMPLOYER INFORMATION REPORT EEO—1

---

### Section A—TYPE OF REPORT
Refer to instructions for number and types of reports to be filed.

1. Indicate by marking in the appropriate box the type of reporting unit for which this copy of the form is submitted (MARK ONLY ONE BOX).

    (1) ☐ Single-establishment Employer Report

    Multi-establishment Employer:
    (2) ☒ Consolidated Report (Required)
    (3) ☒ Headquarters Unit Report (Required)
    (4) ☒ Individual Establishment Report (submit one for each establishment with 50 or more employees)
    (5) ☒ Special Report

2. Total number of reports being filed by this Company (Answer on Consolidated Report only) _____

### Section B—COMPANY IDENTIFICATION (To be answered by all employers)

|  | OFFICE USE ONLY |
|---|---|
| 1. Parent Company | |
| a. Name of parent company (owns or controls establishment in item 2) omit if same as label | a. |
| Address (Number and street) | b. |
| City or town    State    ZIP code | c. |
| 2. Establishment for which this report is filed. (Omit if same as label) | |
| a. Name of establishment | d. |
| Address (Number and street)  City or Town  County  State  ZIP code | e. |
| b. Employer identification No. (IRS 9-DIGIT TAX NUMBER) ☐☐☐☐☐☐☐☐☐ | f. |
| c. Was an EEO–1 report filed for this establishment last year? ☐ Yes ☐ No | |

### Section C—EMPLOYERS WHO ARE REQUIRED TO FILE (To be answered by all employers)

| ☐ Yes ☐ No | 1. Does the entire company have at least 100 employees in the payroll period for which you are reporting? |
|---|---|
| ☐ Yes ☐ No | 2. Is your company affiliated through common ownership and/or centralized management with other entities in an enterprise with a total employment of 100 or more? |
| ☐ Yes ☐ No | 3. Does the company or any of its establishments (a) have 50 or more employees AND (b) is not exempt as provided by 41 CFR 60–1.5, AND either (1) is a prime government contractor or first-tier subcontactor, and has a contract, subcontract, or purchase order amounting to $50,000 or more, or (2) serves as a depository of Government funds in any amount or is a financial institution which is an issuing and paying agent for U.S. Savings Bonds and Savings Notes? If the response to question C–3 is yes, please enter your Dun and Bradstreet identification number (if you have one): ☐☐☐☐☐☐☐☐☐ |

NOTE: If the answer is yes to questions 1, 2, or 3, complete the entire form, otherwise skip to Section G.

SF 100 – Page 2

## Section D-EMPLOYMENT DATA

Employment at this establishment – Report all permanent full- and part-time employees including apprentices and on-the-job trainees unless specifically excluded as set forth in the instructions. Enter the appropriate figures on all lines and in all columns. Blank spaces will be considered as zeros.

| Job Categories | | Number of Employees (Report employees in only one category) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Race/Ethnicity | | | | | | | | | | | | | |
| | | Hispanic or Latino | | Not-Hispanic or Latino | | | | | | | | | | | | Total Col A - N |
| | | | | Male | | | | | | Female | | | | | | |
| | | Male | Female | White | Black or African American | Native Hawaiian or Other Pacific Islander | Asian | Aamerican Indian or Alaska Native | Two or more races | White | Black or African American | Native Hawaiian or Other Pacific Islander | Asian | American Indian or Alaska Native | Two or more races | |
| | | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
| Executive/Senior Level Officials and Managers | 1.1 | | | | | | | | | | | | | | | |
| First/Mid-Level Officials and Managers | 1.2 | | | | | | | | | | | | | | | |
| Professionals | 2 | | | | | | | | | | | | | | | |
| Technicians | 3 | | | | | | | | | | | | | | | |
| Sales Workers | 4 | | | | | | | | | | | | | | | |
| Administrative Support Workers | 5 | | | | | | | | | | | | | | | |
| Craft Workers | 6 | | | | | | | | | | | | | | | |
| Operatives | 7 | | | | | | | | | | | | | | | |
| Laborers and Helpers | 8 | | | | | | | | | | | | | | | |
| Service Workers | 9 | | | | | | | | | | | | | | | |
| TOTAL | 10 | | | | | | | | | | | | | | | |
| PREVIOUS YEAR TOTAL | 11 | | | | | | | | | | | | | | | |

1. Date(s) of payroll period used: _____ (Omit on the Consolidated Report.)

## Section E - ESTABLISHMENT INFORMATION (Omit on the Consolidated Report.)

1. What is the major activity of this establishment? (Be specific, i.e., manufacturing steel castings, retail grocer, wholesale plumbing supplies, title insurance, etc. Include the specific type of product or type of service provided, as well as the principal business or industrial activity.)

## Section F - REMARKS

Use this item to give any identification data appearing on the last EEO-1 report which differs from that given above, explain major changes in composition of reporting units and other pertinent information.

## Section G - CERTIFICATION

Check one
1 ☐ All reports are accurate and were prepared in accordance with the instructions. (Check on Consolidated Report only.)
2 ☐ This report is accurate and was prepared in accordance with the instructions.

| Name of Certifying Official | Title | Signature | Date |
|---|---|---|---|
| Name of person to contact regarding this report | Title | Address (Number and Street) | |
| City and State | Zip Code | Telephone No. (including Area Code and Extension) | Email Address |

All reports and information obtained from individual reports will be kept confidential as required by Section 709(e) of Title VII.
WILLFULLY FALSE STATEMENTS ON THIS REPORT ARE PUNISHABLE BY LAW, U.S. CODE, TITLE 18, SECTION 1001

# Exhibit C



# 2019 & 2020
# EEO-1 Component 1
# Data Collection User's Guide

## Multi-Establishments



**June, 2021**



# EEO-1 Component 1
## Data Collection

## Table of Contents

What Is The EEO-1 Component 1 Filing? ..................................................................................................................... 4

Who Needs To File? ................................................................................................................................................... 5

Getting Started .......................................................................................................................................................... 6

Login to Begin Filing Your Report ............................................................................................................................. 7

Company List and Filing Instructions ....................................................................................................................... 8

Your Company List ..................................................................................................................................................... 9

Company Dashboard Overview ............................................................................................................................... 10

Verify Company Information .................................................................................................................................... 11

Provide NAICS Code ................................................................................................................................................ 12

Review Company Information .................................................................................................................................. 13

Update Contact Information .................................................................................................................................... 14

EEO-1 Component 1 Filing Requirements ............................................................................................................... 15

Provide DUNS ........................................................................................................................................................... 16

Confirm Company Information ................................................................................................................................ 17

Company Dashboard – File EEO-1 Component 1 Reports ....................................................................................... 18

Establishment List Overview ................................................................................................................................... 19

Add Establishment from Establishment List ........................................................................................................... 20

Add New Establishment Details ............................................................................................................................... 21

Establishment List .................................................................................................................................................... 22

Verify Establishment Information ............................................................................................................................ 23

Verify Establishment EIN ......................................................................................................................................... 24

Provide Establishment NAICS Code ........................................................................................................................ 25

Select Establishment Workforce Snapshot Pay Period ........................................................................................... 26



Enter Employee Data and Submit Report .................................................................................................................... 27

Comments ................................................................................................................................................................... 28

Establishment List Completed Report ........................................................................................................................ 29

Establishment List All Reports Completed.................................................................................................................. 30

Company Dashboard – Review and Certify Report ..................................................................................................... 31

Download Uncertified Reports .................................................................................................................................... 32

Review Uncertified Report .......................................................................................................................................... 33

Enter Optional Comments Before Certifying  Report .................................................................................................. 34

Certify EEO-1 Component 1 Report............................................................................................................................ 35

Company Dashboard – Certified Report...................................................................................................................... 36

Downloading Certified Reports ................................................................................................................................... 37

Certified Report PDF .................................................................................................................................................. 38

Establishment List- Report Types Overview ............................................................................................................... 39

Type 6 and Reconciliation Reports: Establishment List.............................................................................................. 40

Type 6 and Reconciliation Reports: Establishment Information .................................................................................. 41

Type 6 and Reconciliation Reports: Establishment Information Comments................................................................. 42

Type 6 and Reconciliation Reports: Company Dashboard with Reconciliation Report ............................................... 43

Type 6 and Reconciliation Reports: Reconciliation Report in Establishment List ....................................................... 44

Type 6 and Reconciliation Reports: Reconciliation Report ......................................................................................... 45

Type 6 and Reconciliation Reports: Reconciliation Report Completed and Return to Dashboard............................... 46

Type 6 and Reconciliation Reports: Reconciliation Report Complete.......................................................................... 47

Significant Establishment Deletions Warning .............................................................................................................. 48

Establishment Deletion Warning Additional Action Needed........................................................................................ 49

Troubleshooting FAQs................................................................................................................................................. 50



Additional Resources ................................................................................................................................ 55

**EEO-1 Component 1**
**Data Collection**



## What Is The EEO-1 Component 1 Filing?

The EEO-1 Component 1 report is a mandatory annual data collection that requires all private sector employers with 100 or more employees, and federal contractors with 50 or more employees meeting certain criteria, to submit demographic workforce data, including data by race/ethnicity, sex and job categories. The filing by eligible employers of the EEO-1 Component 1 Report is required under section 709(c) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-8(c), and 29 CFR 1602.7-.14 and 41 CFR 60-1.7(a). Employers can find additional eligibility information at https://eeocdata.org/eeo1.

- Employers meeting the reporting thresholds have a legal obligation to submit annual workforce data on their employees by race/ethnicity, sex and job category.

- The data include seven race/ethnicity categories and 10 job categories.

- EEO-1 Component 1 data are used by the EEOC to investigate charges of employment discrimination against employers and to provide information about the employment status of minorities and women.

- Please see the 2019 and 2020 EEO-1 Component 1 Instruction Booklet for additional information.

     Return to Table of Contents

**EEO-1 Component 1
Data Collection**



## Who Needs To File?

The following employers are required to file the EEO-1 Component 1 Report annually:

a.  Private employers (who are subject to Title VII of the Civil Rights Act of 1964, as amended) with 100 or more employees; OR

b.  Private employers subject to Title VII who have fewer than 100 employees and are owned or affiliated with another company, or there is centralized ownership, control or management (such as central control of personnel policies and labor relations) so that the group legally constitutes a single enterprise, and the entire enterprise employs a total of 100 or more employees.

c.  Federal contractors who (1) are not exempt as provided for by 41 CFR 60-1.5; (2) have 50 or more employees; (3) are prime contractors or first-tier subcontractors; and (4) have a contract, subcontract, or purchase order amounting to $50,0000 or more; OR

d.  Federal contractors that serve as depositories of Government funds in any amount; or are financial institutions which are issuing and paying agents for U.S. savings bonds and savings notes.



# EEO-1 Component 1
## Data Collection

## Getting Started

Navigate to https://eeocdata.org/eeo1 to start your EEO-1 Component 1 Report. All companies start the 2019 and 2020 EEO-1 Component 1 Data collection by selecting "Get Started." If your company has never filed an EEO-1 Component 1 Report, you will need to register your company in the EEO-1 Component 1 Online Filing System. Returning filers will use their Company ID and Passcode that was sent via the U.S. mail to create a User Account associated with their company. After you have created a User's Account and associated your company with this account, select "Continue" to begin filing.

## 2019 & 2020 EEO-1 Data Collection

The Employer Information Report EEO-1 Component 1, or the EEO-1 Component 1 Report, is open. The deadline to submit and certify the EEO-1 Component 1 Report is Monday July 19, 2021. Organizations can file their information through the new EEO-1 Component 1 Online Filing System.

**Get Started**      **Continue**

> Once you have a User Account and associate your company with this account, use the "Continue" button to return to the EEO-1 Component 1 Online Filing System to login.

> Click "Get Started" to begin the registration process. See the 2019 and 2020 EEO-1 Component 1 Data Collection User's Guide: Returning Filer Account Creation if you are a returning filer or the 2019 and 2020 EEO-1 Component 1 Data Collection User's Guide: New Filer Registration if your company has never filed the EEO-1 Component 1 Report in the past for additional guidance on this process.

# EEO-1 Component 1
## Data Collection



## Login to Begin Filing Your Report

**U.S. Equal Employment Opportunity Commission**    **EEO-1**    LOG IN →

### Welcome to the EEO-1 Component 1 Online Filing System

Enter your Username and Password to access the Online Filing System. Your Username is the email address you used to create an account. If you do have a Username and Password, click "Create Account" below.

**Username**
(This should be your email as established in registration, not your Company ID. Click "Create Account" to register.)

ExampleCompany321@gmail.com

**Password**    Forgot Password?

••••••••••••    👁

**Begin**

Create Account

OMB Control Number: 3046-0049
Expiration Date: 06/30/2023

Have a Question?

Enter your Username (email address) and Password that you created in the Registration process, then select "Begin." This will take you to your Company List to begin the filing process.

If logging in for the first time, you must first create a User Account. Selecting "Create Account" will begin the process described in the 2019 and 2020 EEO-1 Component 1 Data Collection User's Guide: Returning Filer Account Creation or the 2019 and 2020 EEO-1 Component 1 Data Collection User's Guide: New Filer Registration.

# EEO-1 Component 1
**Data Collection**



## Company List and Filing Instructions

**Your Company List**

To begin filing the EEO-1 Component 1 Report for a company, select your company below.

Click on "Have a Question" to view top FAQs, Fact Sheets, and additional resources.

**Instructions, Data File Upload and Other Information**

If at any point you need help filing your report, click the links here to view Data File Upload Instructions, FAQs, User's Guides, and Fact Sheets and FAQs on EEO-1 Component 1 topics.

You must file and certify your 2019 report prior to filing your 2020 report. Important EEO-1 Component 1 Online Filing Dates:

- Data collection begins April 26, 2021.
- The deadline to submit 2019 and 2020 reports is August 23, 2021.

The system is continuously being improved, with new features added on a flow basis. If you encounter an issue, please contact the Filer Support Team at FilerSupport@eeocdata.org or 1-855-EEOC-035 (1-855-336-2035). Thank you for your patience as we continue to improve the online filing system.

Before filing, you will be required to confirm company information. You must confirm this information even if you have not had any changes since the 2018 filing.

Companies must report acquisitions, mergers, and spinoffs that occurred between January 1, 2019 and December 2020 to the Filer Support Team prior to proceeding with filing. The team will update the records accordingly to ensure accurate reporting.

The Online Filing System saves your information as you progress through the steps. If you need to leave the Online Filing System and come back later, click "Save and Continue Later" before logging out. Without clicking "Save and Continue Later" the data on the last page you left off on may not be saved.

There are two ways to file 2019 and 2020 EEO-1 Component 1 Reports. 1) Filers can use the online form to enter data into a secure data entry form. 2) Filers can also upload data files. The format of the uploaded data file(s) must follow the file layout(s) set forth in the EEOC-approved specifications. Please visit the public website to view the file layouts and instructions.

- Single-Establishment Data File Upload Instructions
- Multi-Establishment Data File Upload Instructions

Please refer to the FAQs, User's Guides, and Fact Sheets for additional guidance on the online filing system. These are available on the Filer Support Page.

Have a Question?

Select the drop down to view instructions and additional information on the EEO-1 Component 1 Reporting process.

**EEO-1 Component 1**
**Data Collection**



## Your Company List

You will begin by completing the 2019 EEO-1 Component 1 Report by clicking on the Record below. Once the 2019 Report is certified, the 2020 report will display on this screen.

> All companies associated with your User account will be displayed here. Most filers will only see one company.

> Select "Instructions, Data File Upload, and Other Information", to view instructions and additional information on the EEO-1 Component 1 Reporting process.

> Select your company to continue or begin the Filing Process. Only 2019 appears at first. 2020 will appear here when 2019 is complete.

**ur Company List**

mponent 1 Report for a company, select your company below.

| Instructions, Data File Upload and Other Information | ⌄ |

**This page only lists the headquarters or parent companies for all companies associated with your account.**

Most filers will only see one company on their company list. You do not add or edit establishments on this page. To add establishments or make changes to a multi-establishment company or commonly owned and centrally managed entities, please select your company to continue to the EEO-1 Component 1 Dashboard. Parent companies with subsidiaries can add and edit commonly owned entities after selecting the Company below.

| COMPANY ID ⇕ | COMPANY NAME ⇕ | REPORT YEAR ⇕ | STATUS ⇕ | CITY ⇕ | STATE ⇕ | NO. EMPLOYEES ⇕ | NO. LOCATIONS ⇕ | |
|---|---|---|---|---|---|---|---|---|
| JH98667 | Example Company | 2019 | Incomplete | Rockville | MD | 0 | 3 | → |

**Filing for Multiple Companies?**

If you are responsible for filing for companies not included on your list, please use their Company ID and Passcode to **Link** **Register a New Company** to add a company that has never filed before.

| 🔗 Link an Existing Company | ➕ Register a New Company |

> Filers can link additional existing companies to their User account by clicking here and entering the Company ID and Passcode. The new companies will then appear in the list below. Do not add establishments here. Adding and removing establishments is completed within the company record.

> Select "Register a New Company" to add a new company to your account. Do not use this to add establishments. Adding and removing establishments is completed within the company record. View the 2019 and 2020 EEO-1 Component 1 Data Collection User's Guide: How to File for Multiple Companies for support in this process.



## EEO-1 Component 1
### Data Collection

## Company Dashboard Overview

### Company Dashboard
### Example Company - 2019

Rockville , MD 20850

Your company dashboard displays steps for completing your EEO-1 Component 1 Report. The current step will be highlighted and listed as active. After completion, the status will change to "Complete" and you will be able to move to the next pending task.

Select "Back to Company List" to return to the list of your companies, or "Historic Data" to view your previously filed reports.

← Back to Company List                    ↺ Historic Data (Prior EEO-1 Reports)

**Instructions**    ^

- Step 1) Confirm Company and Contact Information: Begin by confirming the company EIN, NAICS code, and company contacts including identifying the certifying official. Then, answer four questions to confirm the company is required to file a report.
- Step 2) File/Upload EEO-1 Component 1 Reports: Next, file EEO-1 Component 1 Report data on employees for all establishment locations by using the data entry grid or data file upload. Note: Single-Establishment filers can use the data entry grid or upload data files after selecting the workforce snapshot pay period while Multi-Establishment filers can upload directly from the Establishment Listing screen.
- Step 2b) Reconciliation Report (if applicable): If you submitted a Type 6 Establishment List Report you will have to submit a Reconciliation Report. The Reconciliation Report collects employee demographic details of all employees included in your Type 6 Establishment List Report.
- Step 3) Review EEO-1 Component 1 Reports: After filing EEO-1 Component 1 Reports you can preview PDF reports for each establishment location prior to certifying.
- Step 4) Certify EEO-1 Component 1 Reports: Enter information on the certifying official and primary contact for this report. After confirming that all reports are accurate, certify 2019 EEO-1 Component 1 Reports.

Certification of the 2019 and 2020 EEO-1 Component 1 Report(s) is mandatory. Without certifying your report, your company will receive a notification of failure to file letter.

Selecting the drop down will display the steps for completing and certifying your EEO-1 Component 1 Report. You can select this to review the instructions at any time.

Complete the following steps to certify your EEO-1 Component 1 Reports.

📇 Confirm Company & Contacts
Begin by confirming the company EIN, NAICS code, and company contacts including identifying the certifying official.    | Active | →
Then, answer four questions to confirm the company is required to file a report.

To begin, select "Confirm Company & Contacts". You can click anywhere in the box to proceed.

Steps will remain "Pending" until the step above is marked as Complete. When you complete the "Confirm Company & Contacts" step, for example, the "File/Upload EEO-1 Component 1 Reports" step will become active.

📄 File/Upload EEO-1 Component 1 Reports    | ⟳ Pending |

📄 Review EEO-1 Component 1 Reports    | ⟳ Pending |

🖫 Certify EEO-1 Component 1 Reports    | ⟳ Pending |

# EEO-1 Component 1
## Data Collection



## Verify Company Information

Review the Company ID, Name, and Employer Identification Number (EIN) for 2019. Make sure this information matches your 2019 records. If any of these changed in 2020, you will update those on the 2020 EEO-1 Component 1 Report.

Company List › Example Company - 2019 › Confirm Company and Contact Information

### Company Information

Please review your company information for 2019. Enter/update any information if applicable.

If filing by File Upload, ensure the information for the Company Headquarters in this series of screens is complete and accurate. This information will NOT be updated from the contents of the upload file.

Note - Required fields are marked with an asterisk *

Company ID:    JH97237
Company Name:    Example Company
EIN ❗:    83-6999989

**If the EIN displayed above is correct, click the "Next" button to proceed to the next screen. If incorrect, enter and re-enter the correct information below and click the "Next" button to proceed.**

EIN ❗*
836999989

Re-enter EIN*
836999989

Please do not enter dashes

[ Next ]

[ Save & Continue Later ]

161-101

If the EIN displayed on the screen is wrong, enter the correct number in the EIN fields and Re-enter the number to verify.

Select "Next" to proceed.

Select "Save & Continue Later" to save and return to your Company Dashboard. You must select "Next" or "Save & Continue Later" to save any entered information.

# EEO-1 Component 1
## Data Collection



## Provide NAICS Code

Enter your North American Industry Classification System (NAICS) code and then re-enter to verify

NAICS (North American Industry Classification System) code is the standard used by Federal statistical agencies in classifying business establishments for the purpose of collecting, analyzing, and publishing statistical data related to the U.S. business economy.

If you do not know your NAICS code, visit https://www.census.gov/naics/ to find the option that best describes your establishment's industry.

---

**EEO-1**    ☰ EXAMPLE.FILER@GMAIL.COM  ↦

Company List › Example Company - 2019 › Confirm Company and Contact Information

### Company Information

Please review your company information for 2019. Enter/update any information if applicable.

Note - Required fields are marked with an asterisk *

| | |
|---|---|
| **Company ID:** | JG00733 |
| **Company Name:** | Example Company |
| **EIN** ❶: | 83-9999999 |
| **NAICS Code** ❶: | |
| **NAICS Description:** | |

**The NAICS Code above is missing and required. Please enter and re-enter the NAICS Code below and click the "Next" button to proceed."**

NAICS Code ❶ (######)*          Re-enter NAICS Code*
711130                                         711130

Do not enter dashes

- **Note 1** - If the company is a PEO, the correct NAICS Code is 561330.
- **Note 2** - NAICS Codes starting with 92 (public administration) are not allowed. Data collection is for private employers and not for organizations that are classified as public administration. If you are an entity that is more closely linked to State and Local Governments, you should be filing the EEO-4 Report. Please stop this EEO-1 filing process and contact the Filing Support Team for further clarification and guidance.
- **Note 3** - If you need to find a NAICS Code, visit https://www.census.gov/naics/

[ Back ]    [ Next ]                          [ Save & Continue Later ]

161-162

---

Help text icons appear throughout the Online Filing System to offer additional details and guidance on entering data and answering questions. Click on the icon to reveal or hide the text.

Click the "Next" button to continue

# EEO-1 Component 1
## Data Collection



## Review Company Information

Take the time to carefully review the company information. You can update your Company Name and Address. If your NAICS or EIN is incorrect, select "Back" to re-enter the information.

We strongly suggest adding your company URL. It is optional but will help us track company changes over time to keep you up to date on future data collections.

Review and update the address for your company's headquarters (HQ). When updating the HQ address, suggested addresses will be provided.

If your company has added or deleted establishments since your last filing, update that information here. You will need to add or delete establishments in your Establishment List to match this number. If you are now a Single-Establishment company, enter 1 here. You will receive a warning requesting additional information and require that you contact the EEO-1 Component 1 Filer Support Team to provide additional information before you can proceed. See pages 48 and 49 for additional information on the deletion warning screens.

Click the "Next" button to continue or "Save & Continue Later" to return to the Company Dashboard.

### Company Information

Company List › Example Company - 2019 › Confirm Company and Contact Information

Please review your company information for 2019. Enter/update any information if applicable.

Note - Required fields are marked with an asterisk *

Company ID: JG28160
Company Name: Example Company
EIN: 83-9999999
NAICS Code: 711130
NAICS Description: Musical Groups and Artists

Company Name*
Example Company

Company Website URL

Number of historical Establishment locations on file*
3

Number of Establishment locations filing in 2019 including company HQ location*
3

**Address for Headquarters**

Address (Number and Street)*
111 Test Street

Address 2

Please do not enter a PO Box here.

If applicable please enter PO Box here.

City*
Rockville

State*
Maryland

Zip*
20850

Back    Next    Save & Continue Later

161-932



# EEO-1 Component 1
## Data Collection

## Update Contact Information

Use this page to add additional contacts. It is recommended to have at least one secondary contact. All contacts will receive a notification when the Report is certified. Entering additional contacts here will not automatically provide them with accounts. If additional contacts need accounts, provide them with your Company ID and Passcode and provide them with instructions from the 2019 and 2020 EEO-1 Component 1 Data Collection User's Guide:  Returning Filer Account Creation, if needed.

### Contact Information

Please provide or edit company contact information. This includes anyone who may need to access this company's online filing system. Please make sure the Certifying Official is included in this list.

Note - Required fields are marked with an asterisk *

| First Name* | Last Name* | Title* | Phone* | Email* | Is Primary | Certifying | Deactivate |
|---|---|---|---|---|---|---|---|
| First | Last | HR Director | 555-555-5555 | ExampleFiler@gmail.com | ☑ | | ☐ |
| Example | Contact | Report Contact | 555-555-5555 | ExampleContact@example.com | ☐ | ☑ | |
| | | | | | ☐ | ☐ | Add |

Back    Next

161-108

The primary contact will receive emails and other updates related to the EEO-1 Component 1 Report. The contact person serves as your company's contact for all EEO-1 Component 1 Report matters.

Identify the contact that is the Certifying Official. This can be any employee in your company tasked with certifying that your submitted Report is accurate.

Select Deactivate to remove a contact that should no longer have access to the system.

# EEO-1 Component 1 Data Collection



## EEO-1 Component 1 Filing Requirements

Company List › Example Company - 2019 › Confirm Company and Contact Information

### Company Information

Answer the additional questions below to determine if your Company is required to file the EEO-1 report for 2019.

The filing by eligible employers of the EEO-1 Component 1 Report is required under section 709(c) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-8(c), and 29 CFR 1602.7-.14 and 41 CFR 1.7(a). Employers can find additional eligibility information in the EEO-1 Component 1 Instruction Booklet.

**Note - all questions are required**

Company ID:     JH97237
Company Name:   Example Company

|  | Yes | No |
|---|---|---|
| In 2019, did the company or any of its establishments have 50 or more employees, have a federal contract, subcontract or purchase order amounting to $50,000 or more AND was not exempt as provided for by 41 CFR 60-1.5? | ● | ○ |
| In 2019, did the company or any of its establishments have 50 or more employees, serve as depositories of Government funds in any amount; or are financial institutions which are issuing and paying agents for U.S. Savings Bonds and savings notes? | ● | ○ |
| In 2019, did the company employ 100 or more employees? | ● | ○ |
| In 2019, was the company affiliated through common ownership and/or centralized management with other entities in an enterprise with a total employment of 100 or more? | ● | ○ |

Back    Next         Save & Continue Later

161-109

**If you answer "Yes" to any of these questions it means you are required to complete the EEO-1 Component 1 Report for the given year and should proceed to file your EEO-1 Component 1 Report.**

**If you answer "No" to all of these questions, your company is not required to complete the EEO-1 Component 1 Report for the given year. Select "Next" to confirm you are ineligible. You will then be directed to the Certification page to certify this selection.**

**If you answer "Yes" and indicate you were a Federal Contractor or Subcontractor or served as a depository of government funds or issuing and paying agent for U.S. Savings Bonds and saving notes, you will be directed to a page to provide your company's Dun and Bradstreet Number (DUNS).**



# EEO-1 Component 1
## Data Collection

## Provide DUNS

Only companies that are designated as a Federal Contractor or Subcontractor AND are not exempt as provided for by 41 CFR 60-1.5 or serve as depositories of Government funds in any amount or are financial institutions which are issuing and paying agents for U.S. Savings Bonds and savings notes will see this page to enter a company Dun and Bradstreet Number (DUNS).

**U.S. Equal Employment Opportunity Commission**

EEO-1    EXAMPLECOMPANY898@GMAIL.COM

Company List › Example Company - 2019 › Confirm Company and Contact Information

### Company Information

On the previous screen, you indicated the Company is a Federal Contractor. If the Company has a DUNS Number, please enter in the field below.

DUNS:

(9 digits only = no dashes)

Back    Next    Save & Continue Later

> If requested, provide your establishment's Dun and Bradstreet (DUNS) number. This number is a unique nine-digit identifier for businesses.

> Click the "Next" button to confirm your Company and Contact Information and proceed to file your EEO-1 Component 1 Report.

    Return to Table of Contents



# EEO-1 Component 1
## Data Collection

## Confirm Company Information



Select "Submit" to confirm your entry of your Company Information and Contacts and proceed to Filing the EEO-1 Component 1 Report.

# EEO-1 Component 1
**Data Collection**



## Company Dashboard – File EEO-1 Component 1 Reports

**U.S. Equal Employment Opportunity Commission**

**Company Dashboard**
**Example Company - 2019**

Rockville , MD 20850

← Back to Company List

⟳ Historic Data (Prior EEO-1 Re

Instructions

Complete the following steps to certify your EEO-1 Component 1 Reports.

📗 Confirm Company & Contacts — ✓ Complete 🔒

📘 File/Upload EEO-1 Component 1 Reports — Active →
Next, file EEO-1 Component 1 Report data on employees for all establishment locations by using the data entry grid or data file upload.

📄 Review EEO-1 Component 1 Reports — Pending

📄 Certify EEO-1 Component 1 Reports — Pending

After you have confirmed your Company & Contacts section, the section will turn green and the status will turn from "Active" to "Complete."

To edit or update any of your Company Information and Contacts, select the lock icon to unlock this section. You will be able to revisit your earlier entries. You will need to review all previously entered information and re-confirm your entries.

Now that your first task is complete, the next task is highlighted. Select "File EEO-1 Component 1 Reports" to proceed to enter your employee information.



# EEO-1 Component 1
## Data Collection

## Establishment List Overview

The number displayed here is the number of establishments you entered in the Company Information screen. If this is incorrect, go back to the Company Information screen to make the update.

This will switch to "Finish with Establishments" when you have finished your Reports. This must match the number of completed reports on this page.

If you want to make changes to a specific establishment, use the search bar to quickly find the establishment.

Est...

... for **3** establishments, including your compa...
...se return to the Company Information screen. Se...
...forth in the EEOC-approved specifications. Please review the Mul...  ...Data File Upload Instructions before uploading a file.

← Back to Example Company

Reports Completed : 0 of 3      [ In Progress ]      Enter Name      🔍

Summary information is displayed here. It summarizes the number of complete, incomplete, and deleted establishments.

**Complete**
0
TOTAL

**Incomplete**
1            1
TOTAL      TYPE 3

Click here to use Data File Upload to file your report. View the 2019 and 2020 EEO-1 Component 1 Data Collection User's Guide:  Multi-Establishment Data File Upload for a step by step guide and detailed upload instructions.

📄 Upload EEO-1 Component 1 Reports
Optional, upload EEO-1 Component 1 Report in (.txt) or (.csv) format.

Active   →

Records 1                                    + Add Establishment

Select "Incomplete" to enter data for your first establishment.

Click on each establishment to enter employee data. To add establishments to your company's establishment list, click "add establishment" and provide the establishment's information. Once completed select "Finish with Establishments" at the top to continue.

| REPORT | STATUS ⇕ | UNIT NUMBER | EMP. COUNT ⇕ | EST. NAME ⇕ | STREET ⇕ | CITY ⇕ | STATE ⇕ |
|--------|----------|-------------|--------------|-------------|----------|--------|---------|
| 3 | Incomplete → | JH98667 | 0 | Example Company | 123 Main Street | Rockville | MD |

Select the "Add Establishment" button to add establishments not already on your list. Your total number of completed establishments must match the number of reports listed at the top of this page.

New filers will only see their Type 3 Report here until they add establishments using the Add Establishment button. Returning filers will see existing establishments listed on this screen.

# EEO-1 Component 1
## Data Collection



## Add Establishment from Establishment List

### Establishment List

You are reporting for **3** establishments, including your company's headquarters. If you need to change the number of establishments for this company, please return to the Company Information screen. Select "Upload EEO-1 Component 1 Reports" to upload data files that follow the file layout set forth in the EEOC-approved specifications. Please review the Multi-Establishment Data File Upload Instructions before uploading a file.

← Back to Example Company

| Reports Completed : 0 of 3 | In Progress | Enter Name | 🔍 |

| Complete | | Incomplete | |
|---|---|---|---|
| 0 | | 1 | 1 |
| TOTAL | | TOTAL | TYPE 3 |

📄 **Upload EEO-1 Component 1 Reports**
Optional, upload EEO-1 Component 1 Report in (.txt) or (.csv) format.    | Active |

**Records 1**    + Add Establishment

Click on each establishment to enter employee data. To add establishments to your company's establishment list, click "add establishment" and provide the establishment's information. Once completed select "Finish with Establishments" at the top to continue.

| REPORT ⇕ | STATUS ⇕ | UNIT NUMBER ⇕ | EMP. COUNT ⇕ | EST. NAME ⇕ | STREET ⇕ | CITY ⇕ | STATE ⇕ |
|---|---|---|---|---|---|---|---|
| 3 | Incomplete → | JH98667 | 0 | Example Company | 123 Main Street | Rockville | MD |

‹  **1**  ›

> Select the "Add Establishment" button to add establishments. Your number of completed establishments must match the number of reports listed at the top this page. This button will be hidden once you have completed the number of reports listed at the top of this page. For the example shown here, when there are three completed establishment reports, this button will be hidden.

# EEO-1 Component 1
## Data Collection

## Add New Establishment Details



Enter the Establishment name. This will help you identify the establishment in the Establishment List.

Indicate the number of employees. You do not need to indicate a report type. The Online Filing System will select the appropriate report for your Establishment.

Provide the Establishment Address here.

Click "Submit" to continue



**EEO-1 Component 1**
**Data Collection**

## Establishment List

### Establishment List

You are reporting for **3** establishments, including your company's headquarters. If you need to change the number of establishments for this company, please return to the Company Information screen. Select "Upload EEO-1 Component 1 Reports" to upload data files that follow the file layout set forth in the EEOC-approved specifications. Please review the Multi-Establishment Data File Upload Instructions before uploading a file.

← Back to Example Company

| Reports Completed : 0 of 3 | In Progress | Enter Name | 🔍 |

| Complete | Incomplete |
| 0 | 1 | 1 |
| TOTAL | TOTAL | TYPE 3 |

📄 Upload EEO-1 Component 1 Reports
Optional, upload EEO-1 Component 1 Report in (.txt) or (.csv) format.    Active  →

**Records 3**    + Add Establishment

Click on each establishment to enter employee data. To add establishments to your company's establishment list, click "add establishment" and provide the establishment's information. Once completed select "Finish with Establishments" at the top to continue.

| REPORT ↑ | STATUS ⇕ | UNIT NUMBER ⇕ | EMP. COUNT ⇕ | EST. NAME ⇕ | STREET ⇕ | CITY ⇕ | STATE ⇕ | |
|---|---|---|---|---|---|---|---|---|
| 3 | Incomplete → | JH97237 | 140 | Example Company | 123 Research Blvd | Rockville | MD | |
| | Incomplete → | JH98902 | 75 | Third Establishment | 333 Test Drive | Rockville | MD | 🗑 |
| | Incomplete → | JH98898 | 30 | Second Establishment | 123 Test Drive | Rockville | MD | 🗑 |

> If you need to delete an establishment, select the trash can to remove it. You cannot delete your Type 3 Headquarters report.

> Select "Incomplete" to enter data for your establishment. You will repeat this step for each establishment.

# EEO-1 Component 1
## Data Collection



## Verify Establishment Information

**U.S. Equal Employment Opportunity Commission**

EEO-1

Company List › Example Company - 2019 › Establishments › Establishment Details

### Establishment Information

Please review your establishment information for 2019. Enter/update any information if applicable.

Note - Required fields are marked with an asterisk *

**Unit ID:** JG00810
**Unit Name:** Second Establishment

The information here will show the establishment information you just entered if filing for a new establishment, or the information we have on file from 2018 if filing for an existing establishment. This step is only for Type 4 and Type 8 Reports. It does not appear on the Type 3 Reports.

Unit Name*
Second Establishment

Address (Number and Street)*
120 Main Street

Address 2

Please do not enter a PO Box here

City*
Rockville

State*
Maryland

Zip*
20850

Number of Employees for 2019*
55

Review this number carefully. You will have to return to this screen to make changes to your employee count if the number of employee for which you enter demographics differs from the number of employees entered here.

**Next**

**Save & Continue Later**

164-101

   Return to Table of Contents

# EEO-1 Component 1
## Data Collection



## Verify Establishment EIN

Review the Name and Employer Identification Number (EIN) for 2019. This step is only for Type 4 and Type 8 Reports. It does not appear on the Type 3 Reports. Make sure this information matches your 2019 records. If any of these changed in 2020, you will update those on the 2020 EEO-1 Component 1 Report.

If the EIN displayed on the screen is wrong, enter the correct number in the EIN fields and Re-enter the number to verify.

### Establishment Information

Please review your establishment information for 2019. Enter/update any information if applicable.

Note - Required fields are marked with an asterisk *

Unit ID:     JG33667
Unit Name:   Second Establishment
EIN: ⓘ    83-9999999

If the EIN displayed above is correct, click the "Next" button to proceed to the next screen. If incorrect, enter and re-enter the correct information below and click the "Next" button to proceed.

EIN ⓘ *
839999999

Re-enter EIN*
839999999

Please do not enter dashes.

Back    Next        Save & Continue Later

164-552

Select "Next" to proceed.

Select "Save & Continue Later" to save and return to your Company Dashboard. You must select "Next" or "Save & Continue Later" to save any entered information.



# EEO-1 Component 1
## Data Collection

## Provide Establishment NAICS Code

Enter your North American Industry Classification System (NAICS) code and then re-enter to verify

NAICS (North American Industry Classification System) code is the standard used by Federal statistical agencies in classifying business establishments for the purpose of collecting, analyzing, and publishing statistical data related to the U.S. business economy.

If you do not know your NAICS code, visit https://www.census.gov/naics/ to find the option that best describes your establishment's industry.

This step is only for Type 4 and Type 8 Reports. It does not appear on the Type 3 Reports.



EEO-1 Component 1
**Data Collection**



# Select Establishment Workforce Snapshot Pay Period

Data must be pulled from one workforce snapshot pay period in October, November, or December of the reporting year. The workforce snapshot pay period is a single pay period, selected by the employer. Examples of pay periods are: weekly, every two weeks, twice a month, etc. You may select different workforce snapshot pay periods for 2019 and 2020.

Select the month and day for the start and end of the workforce snapshot pay period used to count employees in the EEO-1 Component 1 Report. The dates used should encompass the start date of the desired pay period and the end date of the desired pay period. For Type 3 HQ Reports, this is also where you will enter the number of employees at the Headquarters.

**EEO-1**    EXAMPLECOMPANY321@GMAIL.COM

Company List › Example Company › 2019 › Establishments › Establishment Details

### Establishment Information

Enter the start and end date for the company's workforce snapshot pay you are reporting.
(Employers select one pay period in October, November, or December of the filing year as the workforce snapshot pay period to report their employees. Examples of pay periods are: weekly, every two weeks, twice a month, etc.).

Unit ID:        JG33667
Unit Name:   Second Establishment
Filing Year:  2019

Start Month        Start Day
November            1

End Month          End Day
November            28

Back        Next                    Save & Continue Later

# EEO-1 Component 1
## Data Collection



## Enter Employee Data and Submit Report

Enter the correct number of employees for each relevant row and column. Totals will automatically sum at the end of the row, and columns. If a category has no employees, you may leave the box blank or enter a "0".

Enter the count of your employees within each category in the table below. Each employee should be in only one category.

Example: If the establishment has seven Hispanic/Latino males whose jobs are categorized as "Executive/Senior Level Officials and Managers," enter "7" in column 1, row 1.

The total here will automatically calculate based on employee demographics entered into this matrix. Overall Total must equal the number of employees you reported on the establishment information screen prior to this report.

If you need to leave this screen before you finish entering your employee data, select "Save & Continue Later" to return to your Company Dashboard. Your progress will be saved.

Select "Next" to continue. Once data entry is complete, employers will have the opportunity to provide additional details or clarifications in a comment box for the establishment.

Unit ID:  JG00733
Unit Name:  Example Company

**Number Of Employees**

| Job Categories | Hispanic or Latino | | Male | | | | | | | Female | | | | | | | Total |
| | Male | Female | White | Black or African American | Native Hawaiian or Pacific Islander | Asian | Native American or Alaska Native | Two or More races | | White | Black or African American | Native Hawaiian or Pacific Islander | Asian | Native American or Alaska Native | Two or more races | | |
| Executive/Senior Level Officials and Managers | | | | | | | | | | | | | | | | | |
| First/Mid-Level Officials and Managers | | | | | | | | | | | | | | | | | |
| Professionals | | | | | | | | | | | | | | | | | |
| Technicians | | | | | | | | | | | | | | | | | |
| Sales Workers | | | | | | | | | | | | | | | | | |
| Administrative Support Workers | | | | | | | | | | | | | | | | | |
| Craft Workers | | | | | | | | | | | | | | | | | |
| Operatives | | | | | | | | | | | | | | | | | |
| Laborers and Helpers | | | | | | | | | | | | | | | | | |
| Service Workers | | | | | | | | | | | | | | | | | |
| TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | | 0 |

Back    Next

146-102

Save & Continue Later



# EEO-1 Component 1
## Data Collection

## Comments



If you are a returning filer and your employee count changed by 35% or more, you will be required to enter a reason here. Otherwise, this is an optional field.

Select "Next" to complete the "File/Upload EEO-1 Component 1 Reports" step for this



**EEO-1 Component 1**
**Data Collection**

## Establishment List Completed Report

After you complete a report, items in the Report Status items will update.

Reports completed must match the number listed in your Company and Contact Information. If the number displayed on this page is incorrect, return to the "Company Dashboard", unlock "Confirm Company & Contacts" and update that section.

Select the next report to continue your EEO-1 Component 1 Report. You must complete all reports.



**EEO-1 Component 1**
**Data Collection**

## Establishment List All Reports Completed

Once you have completed your reports. Select "Finish with Establishments" to complete this section and return to your "Company Dashboard".

### Establishment List

...ding your company's headquarters. If you need to change the number of establishments for this
...formation screen. Select "Upload EEO-1 Component 1 Reports" to upload data files that follow the file
...cifications. Please review the Multi-Establishment Data File Upload Instructions before uploading a file.

← Back to

Check when done submitting     ☐ Finish with Establishments     Enter Name 🔍

| Complete | | | |
|---|---|---|---|
| **3** | **1** | **1** | **1** |
| TOTAL | TYPE 3 | TYPE 4 | TYPE 8 |

Once you have completed all your reports, you will see all green "Complete" boxes on the Establishment List.

📄 Upload EEO-1 Component 1 Reports
Optional, upload EEO-1 Component 1 Report in (.txt) or (.csv) format.          Active     →

#### Records 3

Click on each establishment to enter employee data. To add establishments to your company's establishment list, click "add establishment" and provide the establishment's information. Once completed select "Finish with Establishments" at the top to continue.

| REPORT | STATUS | UNIT NUMBER | EMP. COUNT | EST. NAME | STREET | CITY | STATE | |
|---|---|---|---|---|---|---|---|---|
| 3 | ✓ Complete | JG28160 | 0 | Example Company | 111 Test Street | Rockville | MD | |
| 4 | ✓ Complete | JG33788 | 75 | Third Establishment | 113 Test Street | Rockville | MD | 🗑 |
| 8 | ✓ Complete | JG33667 | 30 | Second Establishment | 112 Test Street | Rockville | MD | 🗑 |

« **1** »



# EEO-1 Component 1
## Data Collection

## Company Dashboard – Review and Certify Report

**U.S. Equal Employment Opportunity Commission**

**Company Dashboard**
**Example Company - 2019**

Rockville, MD 20850

← Back to Company List        ⟲ Historic Data (Prior EEO-1 Reports)    ⬇ Download Establishments

Instructions ⌄

Complete the following steps to certify your EEO-1 Component 1 Reports.

| 🖽 Confirm Company & Contacts | ✓ Complete | 🔒 |

| 📋 File/Upload EEO-1 Component 1 Reports | ✓ Complete | 🔒 |

📄 **Review EEO-1 Component 1 Reports**
After filing EEO-1 Component 1 Reports you can preview PDF reports for each establishment location prior to certifying.    | View PDF → |

🗐 **Certify EEO-1 Component 1 Reports**
Enter information on the certifying official and primary contact for this report. After confirming that all reports are accurate, certify EEO-1 Component 1 Reports.    | Active → |

> The first two steps indicate "Complete" statuses. To edit or update any of your Company Information and Contacts, select the lock icon to unlock this section. You will be able to revisit your earlier entries. You will need to review all previously entered information and re-confirm your entries.

> The next step is to Review the EEO-1 Component 1 Reports. Select this to review all entered data prior to certification.

> After reviewing your Reports and verifying that the information is correct, select "Certify EEO-1 Component 1 Reports" to proceed to certification. Certification of the EEO-1 Component 1 Report is mandatory. Failure to certify the report will result in receipt of a notification of a failure to file letter.



# EEO-1 Component 1
**Data Collection**

## Download Uncertified Reports

You can view and download all uncertified reports for this company by selecting the "Download" button. If anything is incorrect, you can return to the dashboard and edit the relevant section.

### EEO-1
⌂ EXAMPLECOMPANY321@GMAIL.COM →

## Review EEO-1 Component 1 Reports

← Back to Example Company

**Records (4)**

Enter company name  🔍

Please review your reports to confirm the data entered is accurate. Your consolidated report (Report Type: 2) is also automatically generated for you to review. You can download PDF versions of your reports by clicking the "Download" button next to each report filed. If you discover errors, you can go back to the dashboard to make edits to your reports.

| ACTION | STATUS | REPORT TYPE | EST. NAME | UNIT NUMBER | EMP. COUNT | STREET | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| ⬇ Download | Complete | 2 | Example Company | JG28160 | 205 | 111 Test Street | MD | 20850 |
| ⬇ Download | Complete | 3 | Example Company | JG28160 | 0 | 111 Test Street | MD | 20850 |
| ⬇ Download | Complete | 4 | Third Establishment | JG33788 | 75 | 113 Test Street | MD | 20850 |
| ⬇ Download | Complete | 8 | Second Establishment | JG33667 | 30 | 112 Test Street | MD | 20850 |

‹ 1 ›

EEO-1 Component 1
**Data Collection**

## Review Uncertified Report

COMPID = JG28160
UNITID = JG28160

**EQUAL EMPLOYMENT OPPORTUNITY**
2019 EMPLOYER INFORMATION REPORT EEO-1
Consolidated Report

**SECTION B – COMPANY IDENTIFICATION**

1. Example Company
   111 Test Street
   Rockville, MD 20850

2.a. Example Company
   111 Test Street
   Rockville, MD 20850

c. EIN= 839999999

**SECTION C – TEST FOR FILING REQUIREMENT**

1- Y  2- Y  3- Y     DUNS=

**SECTION E – ESTABLISHMENT INFORMATION**
NAICS: 711130 - Musical Groups and Artists

**SECTION D – EMPLOYMENT DATA**

| JOB CATEGORIES | Hispanic or Latino | | Non-Hispanic or Latino | | | | | | | | | | | | Over Tota |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ********** Male ********** | | | | | | ********** Female ********** | | | | | | |
| | Male | Female | White | Black or African American | Native Hawaiian Or Pacific Islander | Asian | American Indian or Alaska Native | Two or More Races | White | Black or African American | Native Hawaiian Or Pacific Islander | Asian | American Indian or Alaska Native | Two or More Races | |
| Exec/Sr. Officials & Mgrs | 3 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 1 | |
| First/Mid Officials & Mgrs | 6 | 6 | 2 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | |
| Professionals | 25 | 10 | 9 | 3 | 2 | 0 | 3 | 5 | 5 | 0 | 0 | 0 | 1 | 0 | |
| Technicians | 2 | 0 | 16 | 11 | 0 | 0 | 0 | 0 | 0 | 16 | 0 | 1 | 0 | 0 | |
| Sales Workers | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | |
| Administrative Support | 3 | 3 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25 |
| Craft Workers | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operatives | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 5 |
| Laborers & Helpers | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 5 |
| Service Workers | 2 | 0 | 3 | 3 | 0 | 3 | 0 | 0 | 3 | 3 | 3 | 3 | 0 | 3 | 26 |
| Total | 41 | 19 | 49 | 20 | 11 | 4 | 3 | 5 | 16 | 19 | 3 | 6 | 5 | 4 | 205 |
| Previous Year Total | | | | | | | | | | | | | | | |

**SECTION F – REMARKS**

DATES OF PAYROLL PERIOD: 10/1/2019      THRU   10/31/2019

**SECTION G – CERTIFICATION:**       CERTIFIED DATE:

CERTIFYING OFFICIAL:          TITLE:
EMAIL:          PHONE:
EEO-1 REPORT CONTACT PERSON:          TITLE:
EMAIL:          PHONE:

*Review your previously entered company information. If anything needs to be revised, you can return to the Company Information and Contact screen on the Company Dashboard.*

*Review your employee data. If this does not match your records, return to the "File EEO-1 Component 1 Report" on the Company Dashboard.*

*After certification, the certifying official's information will be displayed in this area and the red "Uncertified" watermark will be removed.*

 Return to Table of Contents



# EEO-1 Component 1
## Data Collection

## Enter Optional Comments Before Certifying Report



The Comments section allows you to add anything you feel is noteworthy regarding the establishment. Otherwise, you may leave it blank.

After you have written your comments, click the "NEXT Button." You will be taken to the certification screen.

# EEO-1 Component 1
## Data Collection



## Certify EEO-1 Component 1 Report

Once all data is entered for your establishment, certify the reported data for each year. Each year of data must be completed and certified separately. Once you complete and certify your 2019 Report, please repeat these steps for 2020. Certification of the EEO-1 Component 1 Report is mandatory. Failure to certify the Report will result in receipt of a notification of failure to file letter.

Review information for the Certifying Official and Report Contact. This will be pre-populated with the contact information for the contact selected as the Certifying Official and Primary Contact on the Contact Information Screen.

Check this box to certify that all statements are accurate and prepared according to instructions. Please note all reports and information obtained from individual reports will be kept confidential as required by section 709(e) of Title VII. Willfully false statements on these reports are punishable by law, U.S. Code, Title 18, Section 1001.

Please fill in the information below. Check the box and press "Certify" when ready to finalize your EEO-1 Component 1 data 2019.

**Certifying Official Contact Information**

Certifying Official*:
Example Contact

Title*
Second Contact

Telephone number (xxx-xxx-xxxx)*
555-555-5555

Email Address*
examplecontact@example.com

**Report Contact Information**

Contact Name*:
Test Person

Title*
HR Director

Telephone number (xxx-xxx-xxxx)*
999-999-9999

Email Address*
ExampleCompany898@gmail.com

**Select to Certify**
☐ *All statements are accurate and were prepared in accordance with the instructions.

All reports and information obtained from this report will be kept confidential as required by section 709(e) of Title VII. Willfully false statements on this report are punishable by law, U.S. Code, Title 18, Section 1001.

If you experience technical issues, please contact the EEO-1 Component 1 Filer Support Team at FilerSupport@eeocdata.org or 1-855-EEOC-035 (1-855-336-2035) for assistance.

[ Back ]    [ Certify ]

158-102

Check the box certifying that all data entered is accurate, then click the "Certify" button. Your EEO-1 Component 1 Report is now complete!

 Return to Table of Contents



## Company Dashboard – Certified Report

**Company Dashboard**
**Example Company - 2020**

Rockville , MD 20850

← Back to Company List          ⟳ Historic Data (Prior EEO-1 Reports)    ⬇ Download Establishments

Company Name: **Example Company**
Company ID: **JH97237**
Year: **2020**
Certification Date: **8/18/2021 11:17:03 AM**

Number of Reports Filed: **3**
Certifying Official: **Example Contact**
Title: **Second Contact**

> This information will also be emailed to you and all company contacts.

✓ Thank you for completing the EEO-1 Component 1 Report for 2020.

> Select Report to save or print a copy of the Report for your records.

( 🖶 Report )    ( 🔓 Decertify )

Save or print a copy of the reports for your records. If after reviewing you find an error, please contact FilerSupport@eeocdata.org or 1-855-EEOC-035 (1-855-336-2035) prior to the October 25, 2021 filing deadline.

> Prior to October 25, 2021, if you find an error after reviewing your report, select "Decertify". If you decertify your Report, you will need to repeat the certification process after making any edits. Once the filing deadline has passed on on October 25th, you cannot make any edits.

EEO-1 Component 1
**Data Collection**



## Downloading Certified Reports

U.S. Equal Employment
Opportunity Commission

EEO-1    ⚲ EXAMPLECOMPANY321@GMAIL.COM →]

### 2019 EEO-1 Component 1 Reports

You can view and download all certified reports for this company by selecting the "Download" button.

← Back to Example Company

**Records (4)**

Enter company name 🔍

| ACTION | STATUS | REPORT TYPE | EST. NAME | UNIT NUMBER | EMP. COUNT | STREET | STATE | ZIP |
|--------|--------|-------------|-----------|-------------|------------|--------|-------|-----|
| ⤓ Download | Complete | 2 | Example Company | JG28160 | 205 | 111 Test Street | MD | 20850 |
| ⤓ Download | Complete | 3 | Example Company | JG28160 | 0 | 111 Test Street | MD | 20850 |
| ⤓ Download | Complete | 4 | Third Establishment | JG33788 | 75 | 113 Test Street | MD | 20850 |
| ⤓ Download | Complete | 8 | Second Establishment | JG33667 | 30 | 112 Test Street | MD | 20850 |

« 1 »

Have a Question?

# EEO-1 Component 1
## Data Collection



## Certified Report PDF

COMPID = JG28160
UNITID = JG28160

**EQUAL EMPLOYMENT OPPORTUNITY**
2019 EMPLOYER INFORMATION REPORT EEO-1
Consolidated Report

**SECTION B – COMPANY IDENTIFICATION**

1. Example Company

   111 Test Street

   Rockville, MD 20850

2.a. Example Company

   111 Test Street

   Rockville, MD 20850

c. EIN= 839999999

**SECTION C – TEST FOR FILING REQUIREMENT**

1- Y  2- Y  3- Y      DUNS=

**SECTION E – ESTABLISHMENT INFORMATION**
NAICS: 711130 - Musical Groups and Artists

**SECTION D – EMPLOYMENT DATA**

| JOB CATEGORIES | Hispanic or Latino | | Non-Hispanic or Latino | | | | | | | | | | | | Overall Totals |
| | | | ********** Male ********** | | | | | | ********** Female ********** | | | | | | |
| | Male | Female | White | Black or African American | Native Hawaiian Or Pacific Islander | Asian | American Indian or Alaska Native | Two or More Races | White | Black or African American | Native Hawaiian or Pacific Islander | Asian | American Indian or Alaska Native | Two or More Races | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Exec/Sr. Officials & Mgrs | 3 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 9 |
| First/Mid Officials & Mgrs | 6 | 6 | 2 | 0 | 2 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 22 |
| Professionals | 25 | 10 | 9 | 3 | 2 | 0 | 3 | 5 | 5 | 0 | 0 | 0 | 1 | 0 | 63 |
| Technicians | 2 | 0 | 16 | 11 | 0 | 0 | 0 | 0 | 0 | 16 | 0 | 1 | 0 | 0 | 46 |
| Sales Workers | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 4 |
| Administrative Support | 3 | 3 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25 |
| Craft Workers | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operatives | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 5 |
| Laborers & Helpers | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 5 |
| Service Workers | 2 | 0 | 3 | 3 | 0 | 3 | 0 | 0 | 3 | 3 | 3 | 3 | 0 | 3 | 26 |
| Total | 41 | 19 | 49 | 20 | 11 | 4 | 3 | 5 | 16 | 19 | 3 | 6 | 5 | 4 | 205 |
| Previous Year Total | | | | | | | | | | | | | | | |

**SECTION F – REMARKS**

DATES OF PAYROLL PERIOD: 10/1/2019          THRU   10/31/2019

**SECTION G – CERTIFICATION:**     CERTIFIED DATE: 5/7/2021          2:39 PM

CERTIFYING OFFICIAL: Second Contact
EMAIL: ExampleCompany321@gmail.com
EEO-1 REPORT CONTACT PERSON: Example Filer
EMAIL: ExampleCompany321@gmail.com

TITLE: Backup EEO-1 Component-1 Filer
PHONE: 999-999-9999
TITLE: Component-1 Filer
PHONE: 999-999-9999

> Review the information in your Certified Report prior to the filing deadline on October 25, 2021. If you notice anything incorrect prior to October 25, 2021, please decertify your report and re-visit the relevant section. If you decertify your Report, you will need to repeat the certification process after making any edits. Once the filing deadline has passed on October 25th, you cannot make any

> Now that you have certified, Section G in the Type 2 Consolidated Report is filled out with Certified Date and Time and the Certifying Official and Report Contact Person contact information.

**EEO-1 Component 1**
**Data Collection**

## Establishment List- Report Types Overview

The EEO-1 Component 1 Online Filing system automatically selects the appropriate Report Type based on the number of employees at an Establishment. This is an update from previous Online Filing Systems. All establishments within a company must use the same Report Type for establishments under 50 employees. The image below demonstrates where to find information on report types in the Online Filing System.



Type 4: For an establishment with 50 or more employees; contains employee demographics

Type 8: Used for an establishment with less than 50 employees; contains employee demographics

Type 3: Headquarters report; contains the employee demographics for only your headquarters establishment

Type 6 Establishment List Reports can be used by companies that have used them in the past. These reports are for an establishment with less than 50 employees; contain only the establishment name, address and total number of employees for the establishment. These reports involve an extra reporting step through Reconciliation Reports. Please see the next section for additional detail on this process.

 Return to Table of Contents

**EEO-1 Component 1**
**Data Collection**



## Type 6 and Reconciliation Reports: Establishment List

Reports Completed : 1 of 3    In Progress    Enter Name

**Complete**
| 1 | 1 |
| TOTAL | TYPE 3 |

**Incomplete**
| 8 | 3 | 5 |
| TOTAL | TYPE 4 | TYPE 6 |

**Deleted**
| 4 |
| TOTAL |

Upload EEO-1 Component 1 Reports
Optional, upload EEO-1 Component 1 Report in (.txt) or (.csv) format.    Active →

Records 13    + Add Establishment

Click on each establishment to enter employee data. To add establishments to your company's establishment list, click "add establishment" and provide the establishment's information. Once completed select "Finish with Establishments" at the top to continue.

| REPORT | STATUS | UNIT NUMBER | EMP. COUNT | EST. NAME | STREET | CITY | STATE |
|--------|--------|-------------|------------|-----------|--------|------|-------|
| 3 | ✓ Complete | | | | | | |
| 4 | Incomplete > | | | | | | |
| 4 | Incomplete > | | | | | | |
| 4 | Incomplete > | | | | | | |
| 6 | Incomplete > | | | | | | |
| 6 | Incomplete > | | | | | | |

> If your company has used Type 6 Establishment List reports in past filing years, they will be listed here. Only existing establishments that have filed Type 6 Establishment List reports in the past may file Type 6 Establishment List reports this year. If a company has not filed Type 6 Establishment List reports in the past, they can only file Type 8 reports.

> Select your Type 6 Establishment List Report to file for that establishment.

**EEO-1 Component 1**
**Data Collection**

## Type 6 and Reconciliation Reports: Establishment Information

### Establishment Information

Please review your establishment information for 2019. Enter/update any information if applicable.

Note - Required fields are marked with an asterisk *

Unit ID:
Unit Name:

Unit Name*
Example Establishment

Address (Number and Street)*          Address 2
122 Main Street

Please do not enter a PO Box here

City*                    State*              Zip*
Rockville                Maryland            20850

Number of Employees for 2019*
30

Next          Save & Continue Later

164-161

*(Callout, left):* Update the establishment's information as needed. If the number of employees is now 50 or more, the establishment will automatically update to a Type 4 Report.

*(Callout, right):* This is all the data required for the Type 6 Establishment List Reports. Select "Next" to continue to the Comments section.



**EEO-1 Component 1**
**Data Collection**

## Type 6 and Reconciliation Reports: Establishment Information Comments

The Comments section allows you to add anything you feel is noteworthy regarding the establishment. Otherwise, you may leave it blank.

**Comments**

**Please use the space below to provide any remarks or relevant information.**

Comments

(992 characters left)

Back    Next

146-103

Select "Submit" to finish with this establishment's Type 6 Establishment List Report and return to your Establishment List.

# EEO-1 Component 1
## Data Collection



## Type 6 and Reconciliation Reports: Company Dashboard with Reconciliation Report

If you have any Type 6 Establishment List Reports in your Establishments List, you must create a Reconciliation Report. This is a report of the demographics of all employees included in all Type 6 Establishment List Reports.

Select anywhere on this step to continue to your Reconciliation Report.



# EEO-1 Component 1
## Data Collection

## Type 6 and Reconciliation Reports: Reconciliation Report in Establishment List

The list below displays all of your submitted Type 6 report(s) with the number of employees for each. Access the top record to submit your Type 7 report. This report should total to match the sum of all employees reported in the Type 6 report(s) you already submitted.

← Back to

| | STATUS ⬍ | UNIT NUMBER | EMP. COUNT ⬍ | EST. NAME ⬍ | STREET ⬍ | CITY ⬍ |
|---|---|---|---|---|---|---|
| | Incomplete → | | 130 | | | |
| | Complete | | 30 | | | |
| | Complete | | 10 | | | |
| | Complete | | 15 | | | |
| 6 | Complete | | 30 | | | |
| 6 | Complete | | 45 | | | |

« 1 »

**Select the Type 7 Reconciliation Report to enter details about the employees included in the Type 6 Establishment List Reports.**

**The Employee Count for the Type 7 Reconciliation Report will be the sum of all employees in Type 6 Establishment List Reports.**

**The Type 6 Establishment List Reports listed here are for informational purposes only; if you need to make a change, you must return to the "File/Upload EEO-1 Component 1 Reports" step.**

Have a Question?

    Return to Table of Contents



# EEO-1 Component 1
## Data Collection

## Type 6 and Reconciliation Reports: Reconciliation Report

### Reconciliation Report

Your company's EEO-1 Component 1 Report includes Type 6 Reports.

The number of employees from ALL your Type 6 Reports is 130. Enter the details for these employees in the matrix below. Employees should only be counted in [...] ns will calculate automatically.

Unit ID:
Unit Name:    Example Company

Enter the count of your employees within each category in the table below. Each employee should be in only one category.

The number of employees entered in this screen must equal the number of employees from ALL your Type 6 Establishment List Reports. That number is displayed here for reference.

**Number Of Employees**

**Race/Ethnicity**

Not Hispanic or L[...]

**Male**

| [Categories] | Male | Female | White | Black or African American | Native Hawaiian or Pacific Islander | Asian | Native American or Alaska Native | Two or More races | White | African American | Pacific Islander | Asian | or Alaska Native | more races | Overall Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Executive/Senior Level Officials and Managers | | | | | | | | | | | | | | | 0 |
| First/Mid Level Officials and Managers | | | | | | | | | | | | | | | 0 |
| Professionals | | | | | | | | | | | | | | | 0 |
| Technicians | | | | | | | | | | | | | | | 0 |
| Sales Workers | | | | | | | | | | | | | | | 0 |
| Administrative Support Workers | | | | | | | | | | | | | | | 0 |
| Craft Workers | | | | | | | | | | | | | | | 0 |
| Operatives | | | | | | | | | | | | | | | 0 |
| Laborers and Helpers | | | | | | | | | | | | | | | 0 |
| Service Workers | | | | | | | | | | | | | | | 0 |
| TOTAL | 0 | 0 | | | | | | | | | | | | | 0 |

Example: If the establishments have seven Hispanic/Latino males whose jobs are categorized as "Executive/Senior Level Officials and Managers," enter "7" in column 1, row 1.

If you need to leave this screen before you finish entering your employee data, select "Save & Continue Later" to return to your Company Dashboard. Your progress will be saved.

Back    Next

Select "Next" to complete your Type 7 Reconciliation Report. Type 7 Reconciliation Reports do not ask for Comments.

Save & Continue Later

146-102



## Type 6 and Reconciliation Reports: Reconciliation Report Completed and Return to Dashboard

### Reconciliation Report

The list below displays all of your submitted Type 6 report(s) with the number of employees for each. Access the top record to submit your Type 7 report. This report should total to match the sum of all employees reported in the Type 6 report(s) you already submitted.

‹ Back to Example Company

| REPORT TYPE | STATUS | UNIT NUMBER | EMP. COUNT | EST. NAME | STREET | CITY | STATE |
|---|---|---|---|---|---|---|---|
| 7 | ✓ Complete | | 130 | Example Company | | | |
| 6 | Complete | | | | | | |
| 6 | Complete | | | | | | |
| 6 | Complete | | | | | | |
| 6 | Complete | | | | | | |
| 6 | Complete | | | | | | |

‹ 1 ›

> Select Back to return to the Company Dashboard to Review and Certify your EEO-1 Component 1 Report.

> Your Type 7 Reconciliation Report is now Complete. If you need to make changes, you can select here again to update the employee details.

**46**    Return to Table of Contents



**EEO-1 Component 1**
**Data Collection**

## Type 6 and Reconciliation Reports: Reconciliation Report Complete

**Company Dashboard**
**Example Company - 2019**

Rockville, MD 20850

← Back to Company List    🕐 Historic Data (Prior EEO-1 Reports)    ⤓ Download Establishments

Instructions

Complete the following steps to certify your EEO-1 Component 1 Reports.

| 📇 Confirm Company & Contacts | ✓ Complete | 🔒 |
| 📋 File/Upload EEO-1 Component 1 Reports | ✓ Complete | 🔒 |
| 📄 Reconciliation Report | ✓ Complete | 🔒 |

📄 Review EEO-1 Component 1 Reports
After filing EEO-1 Component 1 Reports you can preview PDF reports for each establishment location prior to certifying.    [ View PDF ]  →

📄 Certify EEO-1 Component 1 Reports
Enter information on the certifying official and primary contact for this report. After confirming that all reports are accurate, certify EEO-1 Component 1 Reports.    [ Active ]  →

The first three steps indicate "Complete" statuses. To edit or update any of your Company Information and Contacts, select the lock icon to unlock this section. You will be able to revisit your earlier entries. You will need to review all previously entered information and re-confirm your entries.

The next step is to Review the EEO-1 Component 1 Reports. Select this to review all entered data prior to certification. The system will use the data entered in the Reconciliation Report, along with the Type 3 and 4 Reports to automatically generate a Type 2 Consolidated Report.

After reviewing your Reports and verifying that the information is correct, select this to proceed to certification. Certification of the EEO-1 Component 1 Report is mandatory. Failure to certify the report will result in receipt of a notification of failure to file letter.

The Review and Certify process is described in detail on page 31 through 38 earlier in the User's Guide.



**EEO-1 Component 1 Data Collection**

## Significant Establishment Deletions Warning

### ESTABLISHMENT DELETIONS WARNING

You have reported a significant reduction in the number of establishments for 2019 compared to the last time that you filed. If this is not correct, click the "Back" button to correct the number of establishments. If correct, please answer each of the following questions.

Note - all questions are required

Company ID:

Company Name:

| | Yes | No |
|---|---|---|
| Is the reduction in the number of establishments due to corporate reorganization resulting in establishment closures? | ○ | ○ |
| Is the reduction in the number of establishments due to the loss of a Federal contract, resulting in establishment closures? | ○ | ○ |
| Is the reduction in the number of establishments due to bankruptcy, resulting in business closure? | ○ | ○ |
| Is the reduction in the number of establishments due to errors in the existing number of establishments as reported in the online filing system (i.e. your changes are correcting an error in the listing of the company's establishments)? | ○ | ○ |
| Is the reduction in the number of establishment due to a merger, acquisition, asset acquisition, or spinoff; resulting in establishments moved to another company that is also required to file? | ○ | ○ |
| Is the reduction in the number of establishments due to an effort to combine establishments to a single headquarter EIN? | ○ | ○ |

[ Back ]   [ Next ]                         [ Save & Continue Later ]

> If there was a significant reduction in the number of establishments from your previous EEO-1 component 1 Report, we will request additional information regarding the business changes. This will screen will only appear if significant changes occurred. Please answer the questions to help the EEO-1 Component 1 Filer Support Team ensure the company changes are completed correctly in the Online Filing System.

EEO-1 Component 1
**Data Collection**



## Establishment Deletion Warning Additional Action Needed

### ESTABLISHMENT DELETIONS WARNING

Company ID:

Company Name:

For 2019, the answer(s) selected on the previous screen indicate the company may have been involved in a merger or had some establishments spinoff to another company.

Please contact the Filer Support Team toll free at 1-855-EEOC-035 (1-855-336-2035) for assistance. After the issue is resolved, the Filer Support Team will provide you with a numerical code to enter in the field below to continue with the filing process.

Enter code provided by the Filer Support Team:

Back        Next

Certain changes require assistance from the EEO-1 Component 1 Filer Support Team. If you see this screen please contact the Filer Support Team toll free at 1-855-EEOC-035 (1-855-336-2035) or via the filer support filer support page 'Contact Us' form.

After providing the necessary assistance to process your change, the EEO-1 Component 1 Filer Support Team will provide a unique code that you can enter here to help you continue to the next screen.

**EEO-1 Component 1**
**Data Collection**



## Troubleshooting FAQs

### How to Count Employees

**What is a workforce snapshot pay period?**

The workforce snapshot pay period is a single pay period, selected by the employer, within the last quarter to count employees for the EEO-1 Component 1 filing.  Examples of pay periods are: weekly, every two weeks, twice a month, etc.

**Which workforce snapshot pay period (i.e., pay period) must employers use to extract EEO-1 Component 1 employment data?**

Employment data must be pulled from one pay period in October, November or December of the EEO-1 Component 1 data collection year (i.e., 2019 and 2020). This is referred to as the **workforce snapshot pay period**.

**Do companies need to select the same workforce snapshot pay period for 2019 and 2020?**

No. Companies may select different workforce snapshot pay periods for 2019 and 2020.

### Which Employees Must Be Included in the Report

**Are employers required to report employees who were employed during the selected workforce snapshot pay period even if they were no longer active employees by December 31st of the data collection year?**

Yes.  Even if an employee resigned or was terminated before December 31 of that year, the employee must be reported if the employee was employed during the selected workforce snapshot pay period.

**Should part-time employees be included in the report?**

Yes. Both full and part-time employees must be included in EEO-1 Component 1 Reporting.

    Return to Table of Contents

**EEO-1 Component 1**
**Data Collection**



**How should employees who work remotely (i.e., telework) be reported on the 2019 and 2020 EEO-1 Component 1 Reports?**

Employees who work remotely (i.e., telework) must be included in the EEO-1 Component 1 Report for the establishment to which they report. Under no circumstances, should an employee's home address be reported on any EEO-1 Component 1 report.

**What if, for example, because of the COVID-19 Pandemic, an employee did not work at any of the employer's physical work locations?**

Generally, and in most instances, the temporary closure of a physical work site will not affect how employees are counted on the EEO-1 Component 1 Report. The fact that most, or even all, employees are teleworking would typically not change EEO-1 Component 1 reporting if the employees continue to be assigned to, or report to, a physical location or establishment. Those employees should be included on the EEO-1 Component 1 establishment report for the physical location to which they are assigned or report. If the employer has closed an establishment and reassigned employees from the closed establishment to another location, the reassigned employee should be included at the establishment to which that employee reports or has been reassigned. Under no circumstances, should an employee's home address be reported on any EEO-1 Component 1 report.

**What if a remote employee is not assigned to and does not report to any physical location on a permanent basis (i.e., not due to a temporary closure of an establishment)?**

In those circumstances, the employee should be counted at the establishment to which the employee's manager reports or is assigned. If an employee does not report to an establishment and the employee's manager also does not report to an establishment, the employee (and their manager) should be included on the employer's EEO-1 Component 1 Headquarters Report. Under no circumstances, should an employee's home address be reported on any EEO-1 Component 1 report.

**What if an employer operates entirely remotely and does not have any physical location (not even a headquarters office)? How should employees be reported?**

In such a situation, employees should be included on the EEO-1 Component 1 Headquarters Report. For purposes of the EEO-1 Component 1 Report, the employer should report the address where the business is legally registered, for example, a Post Office box in lieu of a physical address. Under no circumstances, should an employee's home address be reported on any EEO-1 Component 1 report.



## Single or Multi-Establishments: Help Determining Number of Establishments

**What is the difference between a single-establishment and a multi-establishment company?**

A single-establishment company does business at only one physical address. A multi-establishment company does business at two or more physical addresses.

Single-establishment companies are only required to submit one EEO-1 Component 1 data record/report. Multi-establishment companies are required to submit a) a separate report for the headquarters, b) a separate report for **each** establishment of the company with 50 or more employees, c) a separate report for **each** establishment with fewer than 50 employees, and d) a consolidated report that includes all employees.

**If a company does business under multiple NAICS codes, do multiple EEO-1 Component 1 Reports need to be filed?**

EEO-1 Component 1 Reports are based on physical locations. If the one location has multiple NAICS codes, the filer must use the NAICS code under which the greatest number of employees operate.

**If a company's headquarters is a holding company with zero employees, is it still necessary to file?**

If a holding company and its holdings meet the filing requirements, the holding company must file on behalf of all associated companies and establishments.

**How do employers report employees who work at client sites?**

Employers have the option to either a) report employees working at client sites using the client site address as the location of the establishment, or b) report those employees at a non-client site employer address.

**My company has several establishments that are located at the same address. Do we submit separate reports for each entity?**

If the establishments that are located at the same address AND have the same North American Industry Classification System (NAICS) code and the same EIN, the establishments MUST be combined into only one report. These are considered one establishment for EEO-1 Component 1 Reporting purposes.



**EEO-1 Component 1**
**Data Collection**

## Considerations for PEOs and Client Companies of PEOs

**Is a Professional Employer Organization (PEO) choosing to prepare and file your company's 2019/2020 EEO-1 Component 1 report(s)?**If so, please ensure a report is filed for your company.  It is the responsibility of your company to ensure a report is filed on your behalf.  If a PEO is choosing to prepare and file your report, please contact the PEO to ensure it has your necessary information to file.

If a PEO is choosing not to prepare and file your 2019/2020 EEO-1 Component 1 report(s), please ensure that you register your company in the Online Filing System to submit your necessary reports. If your company is a first time filer (i.e., neither the company nor a PEO ever filed a report for the company), please visit EEOCdata.org/eeo1, navigate to the registration page, and follow the online instructions for companies filing for the first time. After submitting the registration form, a filer will receive a Company ID and Passcode. This will be used to create accounts for your company.

If a PEO filed your company's 2018 EEO-1 Component 1 report, please contact the EEO-1 Component 1 Filer Support Team through the filer support page 'Contact Us' Form. The Filer Support Team will need to spin-off your company from the PEO prior to your company filing.

**If I am a current client company of a PEO but they are not preparing and filing my 2019 and/or 2020 EEO-1 Component 1 report(s), how do I obtain prior year reports filed by the PEO on my company's behalf?**

You should contact your current PEO to obtain those reports.

**If I am a former client company of a PEO, how do I obtain prior year reports filed by the PEO on my company's behalf?**

You should contact your former PEO to obtain those reports.

**If a PEO is choosing to file 2019/2020 EEO-1 Component 1 report(s) on behalf of its client companies, is the PEO required to report the employees of client companies  that do not otherwise meet the EEO-1 Component 1 filing thresholds?**

No.  If a client company of a PEO is not otherwise subject to the EEO-1 Component 1 filing requirements, that client company is not required to file an EEO-1 Component 1 report simply by virtue of being party to a PEO arrangement.  Consequently, in that instance, neither the ineligible client company nor the PEO is required to include the employee data of the ineligible client company on the EEO-1



Component 1 report.  For example, a single establishment company that is not a federal contractor and has less than 100 employees  would not meet the eligibility thresholds requiring it to file an EEO-1 Component 1 report.  Thus, neither this company nor its PEO would be required to report its employees for purposes of the EEO-1 Component 1 report.

**If a PEO is choosing to file 2019/2020 EEO-1 Component 1 report(s) on behalf of its client companies, which EIN does a PEO use to file for client companies' establishments?**

For purposes of the 2019/2020 EEO-1 Component 1 data collection, a PEO should use its own EIN for its own establishments.  The PEO should use the EIN associated with each of the client company's establishment(s).

**If a PEO is not providing EEO-1 Component 1 reporting services for ALL a client company's employees, is the PEO permitted to file an EEO-1 Component 1 report on behalf of the client company for just part of the client company's employees?**

No.  Partial workforce PEO arrangements are not permitted in EEO-1 Component 1 Reporting.  In such a situation, the client company is responsible for filing an EEO-1 Component 1 report(s).  The client company, not the PEO, must file an EEO-1 Component 1 report for all its employees.

**If a PEO is choosing to file 2019/2020 EEO-1 Component 1 report(s) on behalf of its client companies, which NAICS code(s) should a PEO use for its headquarters and any establishment reports?**

For purposes of the 2019/2020 EEO-1 Component 1 data collection, a PEO filing a Headquarters Report for its own organization should use the NAICS (North American Industry Classification System) code for PEOs which is  *561330 – Professional Employer Organizations*. Additionally, a multi-establishment PEO should use this NAICS code for each of its own establishments.  A PEO choosing to file establishment reports for the establishments of its client companies should use a NAICS code based on the major business activity at  each client company establishment.   To identify the correct NAICS code for each establishment, please reference this 2012 to 2017 NAICS crosswalk.

**EEO-1 Component 1**
**Data Collection**



## Additional Resources

Additional User's Guides:

- [2019 and 2020 EEO-1 Component 1 Data Collection User's Guide:  New Filer Registration](#)

- [2019 and 2020 EEO-1 Component 1 Data Collection User's Guide:  Returning Filer Account Creation](#)

- [2019 and 2020 EEO-1 Component 1 Data Collection User's Guide:  How to File for  Multiple Companies](#)

- [2019 and 2020 EEO-1 Component 1 Data Collection User's Guide:  Single-Establishments](#)

- [2019 and 2020 EEO-1 Component 1 Data Collection User's Guide:  Single-Establishments Data File Upload](#)

- [2019 and 2020 EEO-1 Component 1 Data Collection User's Guide:  Multi-Establishments Data File Upload](#)

- EEO-1 Component 1 Instruction Booklet: https://eeocdata.org/eeo1/howto/instructionbooklet

- EEO-1 Component 1 Fact Sheets: https://eeocdata.org/eeo1/support/factsheets

- EEO-1 Component 1 Frequently Asked Questions and Answers: https://eeocdata.org/eeo1/support/faq

# Exhibit D

 **U.S. Equal Employment Opportunity Commission**

# EEO–1 Instruction Booklet

[Sample Form](#)

.

| EEO-1 JOINT REPORTING COMMITTEE | |
|---|---|
| • Equal Employment Opportunity Commission<br>• Office of Federal Contract Compliance Programs | O.M.B. No. 3046-0007<br>Approval Expires 9/2019 |

EQUAL EMPLOYMENT
 OPPORTUNITY COMMISSION

WASHINGTON, D.C. 20507

**EQUAL EMPLOYMENT OPPORTUNITY**

STANDARD FORM 100, REV. March 2018, EMPLOYER INFORMATION REPORT EEO-1

**INSTRUCTION BOOKLET**

The Employer Information EEO-1 report (Standard Form 100) is collected annually under the authority of Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e, et. seq., as amended. All employers with 15 or more employees are covered by Title VII and are required to keep employment records as specified by Commission regulations. Based on the number of employees and federal contract activities, certain employers are required to file an EEO-1 report on an annual basis under the Equal Employment Opportunity Commission (EEOC) and the U.S. Department of Labor Office of Federal Contract Compliance Programs (OFCCP) regulations.

See the Appendix for the applicable provisions of Title VII, Section 709(c) of Title VII, and the applicable EEOC regulations, Sections 1602.7-1602.14, Chapter XIV, Title 29 of the Code of Federal Regulations. State and local governments, public school systems and educational institutions are

Case 3:22-cv-07182-WHA   Document 34-3   Filed 08/18/23   Page 77 of 100

covered by other employment reports and are excluded from Standard Form 100, Employer Information Report EEO-1.

In the interests of consistency, uniformity and economy, Standard Form 100 has been jointly developed by the EEOC and OFCCP, as a single form which meets the statistical needs of both programs.

As stated above, the filing of Standard Form 100 is required by law; it is not voluntary. Under section 709(c) of Title VII, the Equal Employment Opportunity Commission may compel an employer to file this form by obtaining an order from the United States District Court.

Under Section 209(a) of Executive Order 11246, the penalties for failure by a federal contractor or subcontractor to comply may include termination of the federal government contract and debarment from future federal contracts.

## 1. WHO MUST FILE

Standard Form 100 must be filed by --

(A) All private employers who are (1) subject to Title VII of the Civil Rights Act of 1964, as amended, with 100 or more employees EXCLUDING State and local governments, public primary and secondary school systems, institutions of higher education, American Indian or Alaska Native tribes and tax-exempt private membership clubs other than labor organizations; OR (2) subject to Title VII who have fewer than 100 employees if the company is owned or affiliated with another company, or there is centralized ownership, control or management (such as central control of personnel policies and labor relations) so that the group legally constitutes a single enterprise, and the entire enterprise employs a total of 100 or more employees.

AND

(B) All federal contractors who (1) are not exempt as provided for by 41 CFR 60-1.5; (2) have 50 or more employees; (3) are prime contractors or first-tier subcontractors; and (4) have a contract, subcontract, or purchase order amounting to $50,000 or more; or serve as depositories of Government funds in any amount; or are financial institutions which are issuing and paying agents for U.S. Savings Bonds and or savings notes.

Establishments located in the District of Columbia and the 50 states are required to submit Standard Form 100. No reports should be filed for establishments in Puerto Rico, the Virgin Islands, or other American Protectorates

## 2. HOW TO FILE

**(a) EEO-1 Electronic Filing Requirement:**

EEO-1 reporting is an electronic, online application. The EEOC **requires** that EEO-1 reports be submitted via the *EEO-1 Online Filing System*, or as an electronically transmitted data file.

Any employer who claims that the electronic submission of Standard Form 100 would create undue hardship may apply to the Commission for a special reporting procedure in accordance with the instructions set forth in paragraph 5.

**(b) Single-establishment employers**, i.e., employers doing business at only one establishment in one location must complete a single EEO-1 online data record.

**(c) Multi-establishment employers,** i.e., employers doing business at more than one establishment must complete online: (1) a report covering the principal or headquarters office; (2) a separate report for **each** establishment employing 50 or more persons; and (3) a separate report (Type 8 record) for **each** establishment employing fewer than 50 employees, OR an Establishment List (Type 6 record), showing the name, address, and total employment for **each** establishment employing fewer than 50 persons. For the EEO-1 online portal, companies using Establishment List reports (Type 6), must enter all employment data into the Consolidated report (Type 2). For the EEO-1 online application, all keyed employment data including data from the Type 8 reports will automatically transfer to populate the overall Consolidated Report.

The total number of employees indicated on the headquarters report, **PLUS** the establishment reports, **PLUS** the list of establishments employing fewer than 50 employees, **MUST** equal the total number of employees shown on the Consolidated Report. Employment data for multi-establishment companies, including parent corporations and their subsidiary holdings, must report all employees working at each company establishment or subsidiary establishment. For purposes of this report, the term **parent corporation** refers to any corporation which owns all or the majority stock of another corporation so that the latter relates to it as a subsidiary.

**3. WHEN TO FILE**

This annual report must be filed not later than March 31 following the reporting year. Employment figures from any pay period in October through December may be used (workforce snapshot).

**4. CONFIDENTIALITY**

All reports and any information from individual reports are subject to the confidentiality provisions of Section 709(e) of Title VII, and may not be made public by the EEOC prior to the institution of any proceeding under Title VII involving the EEO-1 data. Any EEOC employee who violates this prohibition may be found guilty of a criminal misdemeanor and could be fined or imprisoned. The confidentiality requirements allow the EEOC to publish only aggregated data, and only in a manner that does not reveal any particular filer's or any individual employee's personal information.

OFCCP will notify contractors of any Freedom of Information Act (FOIA) requests that are made to obtain any of the data provided on the EEO-1 report, and will protect the confidentiality of EEO-1 data to the maximum extent possible consistent with FOIA and the Trade Secrets Act. However, should OFCCP receive FOIA requests for any EEO-1 data on filers not within its jurisdiction, OFCCP will refer the requests to the EEOC for a response. The confidentiality provision of Section 709(e) of Title VII applies to all EEO-1 data submitted by filers that are not federal contractors, and the EEOC adheres to that statutory provision when reviewing all requests for EEO-1 data.

## 5. REQUESTS FOR INFORMATION AND SPECIAL PROCEDURES

Where the employer claims undue hardship due to electronic submission or otherwise, the employer must submit in writing a detailed alternative proposal for compiling, reporting, or submitting information to: EEO-1 Coordinator, EEOC Survey Division, 131 M Street, NE, Room 4SW22G, Washington, DC 20507. In cases where the Commission approves written requests to submit paper EEO-1 forms, the paper EEO-1 report must be prepared in accordance with the directions set forth in the Commission's written approval. EEOC will generate a paper EEO-1 form only in extreme cases where internet access is not available to the employer. Only those special procedures approved in writing by the Commission are authorized. Such authorizations are only in effect for one report year. Paper records may not be submitted until after March 31.

## 6. BURDEN ESTIMATE

Public reporting burden for this collection of information is estimated to average three and five tenths (3.5) hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed and completing and reviewing the collection of information. A response is defined as one survey form.

Comments regarding this collection of information, including suggestions for reducing burden, can be sent at any time to:

EEO-1 Coordinator
 EEOC Survey Division -- Room 4SW22G
 131 M Street, N.E.
 Washington, D.C. 20507

AND

Paperwork Reduction Project (3046-0007)
 Office of Management and Budget
 Washington, D.C. 20503

The full text of the OMB regulations on the Paperwork Reduction Act may be found at 5 CFR Part 1320.

**EEO-1 Terms**

**Type of Report** (Status Code)
 Single-Establishment company
 1 Single-establishment company

 Multi-establishment company
 2 Consolidated Report (Required)
 3 Headquarters Report (Required)
 4 Establishment Report (50 or more employees)
 6 Establishment List (Option 1)
 8 Establishment Report (less than 50 employees) (Option 2)
 Special Report (See 29 CFR 1602.10)

## Company Identification

Refers to the company name and address of the headquarters office of the multi-establishment company (Report Types 2 and 3); or the establishment name and address.

## Employers Who Are Required To File

Questions 1, 2 and 3 **MUST** be answered by all employers required to file the EEO-1. If the answer to Question C-3 is Yes, please enter the company's Dun and Bradstreet identification number if the company has one. If the answer is Yes to question 1, 2, or 3, complete the entire form. Otherwise skip to Section G.

## Employment Data

Employment data must include **ALL** full-time and part-time employees **who were employed during the payroll period selected by the employer between October 1 and December 31 (workforce snapshot),** except those employees specifically excluded as indicated in the Appendix. Employees must be counted by sex and race, and ethnicity, for each of the ten occupational categories. See Appendix for detailed explanation of job categories and race and ethnicity identification.

Every employee must be accounted for in only one of the categories in Columns A through N.

## Occupational Data

Employment data must be reported by job category. Report each employee in only one job category. In order to simplify and standardize the method of reporting, all jobs are considered as belonging in one of the broad job categories shown in the EEO-1. To assist in determining where to place jobs within these categories, consult the description of job categories in the ***EEO-1 Job Classification Guide*** or the EEO-1-Census Codes Cross Walk web site

(https://www.census.gov/people/eeotabulation/documentation/jobgroups.pdf). For further clarification, consult the Alphabetical and Classified Indices of Industries and Occupations (2010 Census) published by the U.S. Department of Commerce, Census Bureau.

## Establishment Information

The major activity should be sufficiently descriptive to identify the industry and product produced or service provided. If an establishment is engaged in more than one activity, describe the activity at which the **greatest** number of employees work.

**The description of the major activity indicated on the Headquarters Report (Type 3) must reflect the dominant economic activity of the company in which the greatest numbers of employees are engaged.**

## Remarks

Include in this section any remarks, explanations, or other pertinent information regarding this report.

## Certification

If all reports have been completed at headquarters, the authorized official should check Item 1 and sign the Consolidated Report only. If the reports have been completed at the individual establishments, the authorized official should check Item 2 and sign the establishment report.

## APPENDIX

## 1. DEFINITIONS APPLICABLE TO ALL EMPLOYERS

*a.* "Commission" refers to the Equal Employment Opportunity Commission

*b.* "OFCCP" refers to the Office of Federal Contract Compliance Programs, U.S. Department of Labor, established to implement Executive Order 11246, as amended.

*c.* "Joint Reporting Committee" is the committee representing the Commission and OFCCP for the purpose of administering this reporting system.

*d.* "Employer" under Section 701(b), Title VII of the Civil Rights Act of 1964, as amended, means a person engaged in an industry affecting commerce who has 15 or more employees for each working day in each of 20 or more calendar weeks in the current or preceding calendar year, and any agent of such a person, but such term does not include the United States, a corporation wholly owned by the government of the United States, American Indian or Alaska Native tribes, or any department or agency of the District of Columbia subject by statute to procedures of the competitive service (as

defined in section 2102 of Title 5 of the United States Code), or a bona fide private membership club (other than a labor organization) which is exempt from taxation under Section 501(c) of the Internal Revenue Code of 1954; OR any person or entity subject to Executive Order 11246 who is a federal government prime contractor or subcontractor at any tier (including a bank or other establishment serving as a depository of federal government funds, or an issuing and paying agent of U.S. Savings Bonds and savings notes, or a holder of a federal government bill of lading) or a federally-assisted construction prime contractor or subcontractor at any tier.

*e*. "Employee" means any individual on the payroll of an employer who is an employee for purposes of the employers withholding of Social Security taxes except insurance sales agents who are considered to be employees for such purposes solely because of the provisions of 26 USC 3121 (d)(3) (B) (the Internal Revenue Code). Leased employees are included in this definition.

*f*. "Leased Employee", for EEO-1 reporting only, means a permanent employee provided by an employment agency for a fee to an outside company for which the employment agency handles all personnel tasks including payroll, staffing, benefit payments and compliance reporting. The employment agency shall include leased employees in its EEO-1 report. **For EEO-1 reporting purposes only**, the term "employee" shall not include persons who are hired on a casual basis for a specified time, or for the duration of a specified job (for example, a person at a construction site whose employment relationship is expected to terminate with the end of the employee's work at the site); persons temporarily employed in any industry other than construction, such as temporary office workers, mariners, stevedores, lumber yard workers, etc., who are hired through a hiring hall or other referral arrangement, through an employee contractor or agent, or by some individual hiring arrangement, or persons **(EXCEPT** leased employees) on the payroll of an employment agency who are referred by such agency for work to be performed on the premises of another employer under that employers direction and control. These definitions are only for purposes of clarifying who reports these individuals on the EEO-1 and do not have legal ramifications as to the analysis of whether a particular individual is an employee or an independent contractor. That is done under the factors enumerated by the Supreme Court in *Nationwide Mutual Ins. Co. v. Darden*, 503 U.S. 318 (1992).

*g*. "Commerce" means trade, traffic, commerce, transportation, transmission, or communication among the several States; or between a State and any place outside thereof; or within the District of Columbia, or a possession of the United States; or between points in the same State but through a point outside thereof.

*h*. "Industry Affecting Commerce" means any activity, business or industry in commerce or in which a labor dispute would hinder or obstruct commerce or the free flow of commerce and includes any activity or industry affecting commerce within the meaning of the Labor Management Reporting and Disclosure Act of 1959. Any employer of 15 or more persons is presumed to be in an industry affecting commerce.

*i*. "Establishment" is generally a single physical location where business is conducted or where services or industrial operations are performed (e.g., factory, mill, store, hotel, movie theater, mine, farm, airline terminal, sales office, warehouse, or central administrative office (definition adapted from the *North American Industry Classification System, 2012*).

Units at different physical locations, even though engaged in the same kind of business operation, must be reported as separate establishments. For locations involving construction, transportation, communications, electric, gas, and sanitary services, oil and gas fields, and similar types of physically dispersed industrial activities, however, it is not necessary to list separately each individual site, project, field, line, etc., unless it is treated by you as a separate legal entity. For these types of activities, list as establishments only those relatively permanent main or branch offices, terminals, stations etc., which are either: (a) directly responsible for supervising such dispersed activities (where employees work from home, they should be reported as if working at the establishment where their supervisor is reported to work); or (b) the base from which personnel and equipment operate to carry out these activities. (Where these dispersed activities cross State lines, at least one such establishment should be listed for each State involved.)

*j*. "Major Activity" means the major product or group of products produced or handled, or services rendered by the reporting unit (e.g., manufacturing airplane parts, retail sales of office furniture) in terms of the activity at which the greatest number of all employees work. The description includes the type of product manufactured or sold or the type of service provided. "Major Activity" is based on the industrial definitions developed by the federal government as adopted by the EEOC (For example, the *North American Industry Classification System, 2012*)**.**

It is the opinion of the Commission that Section 702 of Title VII of the Civil Rights Act of 1964, as amended, does not authorize a complete exemption of religious organizations from the coverage of the Act or of the reporting requirements of the Commission. The exemption for religious organizations applies to their employment of individuals of a particular religion to perform work connected with the organization's activities. Therefore, since the Standard Form 100 does not provide for information as to the religion of employees, religious organizations must report all information required by this report.

## 2. DEFINITIONS APPLICABLE ONLY TO GOVERNMENT CONTRACTORS SUBJECT TO EXECUTIVE ORDER 11246

*a*. "Order" means Executive Order 11246, as amended.

*b*. "Contract" means any government contract or any federally-assisted construction contract.

*c*. "Prime Contractor" means any employer having a government contract or any federally-assisted construction contract, or any employer serving as a depository of federal government funds.

*d*. "Subcontractor" means any employer having a contract with a prime contractor or another subcontractor calling for supplies or services required for the performance of a government contract or federally assisted construction contract.

*e*. "Contracting Agency" means any department, agency and establishment in the executive branch of the government, including any wholly-owned government corporation, which enters into contracts.

*f*. "Administering Agency" means any department, agency and establishment in the executive branch of the government, including any wholly-owned government corporation, which administers a program involving federally-assisted construction contracts.

## 3. RESPONSIBILITIES OF PRIME CONTRACTORS

*a*. At the time of an award of a subcontract subject to these reporting requirements, the prime contractor shall inform the subcontractor of its responsibility to submit annual EEO-1 employment data in accordance with these instructions.

*b*. If prime contractors are required by their Contracting Officer or subcontractors by their prime contractors, to submit notification of filing, they shall do so by ordinary correspondence. However, such notification is not required by and should not be sent to the Joint Reporting Committee.

## 4. RACE, ETHNIC, AND SEX IDENTIFICATION

Self-identification is the preferred method of identifying the race and ethnic information necessary for the EEO-1 report. Employers are required to attempt to allow employees to use self-identification to complete the EEO-1 report.

As to the method of collecting data, the basic principles for ethnic and racial self-identification for purposes of the EEO-1 report are:

(1) Offer employees the opportunity to self-identify

 (2) Provide a statement about the voluntary nature of this inquiry for employees. For example, language such as the following may be used (employers may adapt this language):

"The employer is subject to certain governmental recordkeeping and reporting requirements for the administration of civil rights laws and regulations. In order to comply with these laws, the employer invites employees to voluntarily self-identify their race or ethnicity. Submission of this information is voluntary and refusal to provide it will not subject you to any adverse treatment. The information obtained will be kept confidential and may only be used in accordance with the provisions of applicable laws, executive orders, and regulations, including those that require the information to be summarized and reported to the federal government for civil rights enforcement. When reported, data will not identify any specific individual."

If an employee declines to self-identify his or her race and/or ethnicity, employment records or observer identification may be used. Where records are maintained, it is recommended that they be kept separately from the employee's basic personnel file or other records available to those responsible for personnel decisions.

Race and ethnicity designations as used by the Equal Employment Opportunity Commission for the EEO-1 do not denote scientific definitions of anthropological origins. In addition, such designations do not control who is protected by Title VII's prohibitions against employment discrimination based on race or national origin.

Definitions of the EEO-1 race and ethnicity categories are as follows:

**Hispanic or Latino** - A person of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish culture or origin regardless of race.

**White (Not Hispanic or Latino)** - A person having origins in any of the original peoples of Europe, the Middle East, or North Africa.

**Black or African American (Not Hispanic or Latino)** - A person having origins in any of the black racial groups of Africa.

**Native Hawaiian or Pacific Islander (Not Hispanic or Latino)** - A person having origins in any of the peoples of Hawaii, Guam, Samoa, or other Pacific Islands.

**Asian (Not Hispanic or Latino)** - A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian Subcontinent, including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam.

**Native American or Alaska Native (Not Hispanic or Latino)** - A person having origins in any of the original peoples of North and South America (including Central America), and who maintain tribal affiliation or community attachment.

**Twoor More Races (Not Hispanic or Latino) -** All persons who identify with more than one of the above five races.

# Instructions for assigning employees into the race/ethnic categories:

**Hispanic or Latino** - Include all employees who answer YES to the question, Are you Hispanic or Latino. Report all Hispanic males in Column A and Hispanic females in Column B.

**White (Not Hispanic or Latino)** - Include all employees who identify as White males in Column C and as White females in Column I.

**Black or African American (Not Hispanic or Latino)**- Include all employees who identify as Black males in Column D and as Black females in Column J.

**Native Hawaiian or Pacific Islander (Not Hispanic or Latino)** - Include all employees who identify as Native Hawaiian or Other Pacific Islander males in Column E and as Native Hawaiian or Other Pacific Islander females in Column K.

**Asian (Not Hispanic or Latino)** - Include all employees who identify as Asian males in Column F and as Asian females in Column L.

**Native American or Alaska Native (Not Hispanic or Latino)** - Include all employees who identify as Native American or Alaska Native males in Column G and as Native American or Alaska Native females in Column M.

**Two or More Races (Not Hispanic or Latino)** - Report all male employees who identify with more than one of the above five races in Column H and all female employees who identify with more than one of the above five races in Column N.

## 5. DESCRIPTION OF JOB CATEGORIES

The major job categories are listed below, including a brief description of the skills and training required for occupations in that category and examples of the job titles that fit each category. The examples shown below are illustrative and not intended to be exhaustive of all job titles in a job category. These job categories are primarily based on the average skill level, knowledge, and responsibility involved in each occupation within the job category.

The Officials and Managers category as a whole is to be divided into the following two subcategories: Executive/Senior Level Officials and Managers, and First/Mid Level Officials and Managers. These subcategories are intended to mirror the employers own well established hierarchy of management positions. Small employers who may not have two well-defined hierarchical steps of management should report their management employees in the appropriate categories.

*Executive/Senior Level Officials and Managers*. Individuals who plan, direct and formulate policies, set strategy and provide the overall direction of enterprises/organizations for the development and delivery of products or services, within the parameters approved by boards of directors or other governing bodies. Residing in the highest levels of organizations, these executives plan, direct or coordinate activities with the support of subordinate executives and staff managers. They include, in larger organizations, those individuals within two reporting levels of the CEO, whose responsibilities require frequent interaction with the CEO. Examples of these kinds of managers are: chief executive officers, chief operating officers, chief financial officers, line of business heads, presidents or

executive vice presidents of functional areas or operating groups, chief information officers, chief human resources officers, chief marketing officers, chief legal officers, management directors and managing partners.

*First/Mid Level Officials and Managers.* Individuals who serve as managers, other than those who serve as Executive/Senior Level Officials and Managers, including those who oversee and direct the delivery of products, services or functions at group, regional or divisional levels of organizations. These managers receive directions from the Executive/Senior Level management and typically lead major business units. They implement policies, programs and directives of executive/senior management through subordinate managers and within the parameters set by Executive/Senior Level management. Examples of these kinds of managers are: vice presidents and directors, group, regional or divisional controllers; treasurers; human resources, information systems, marketing, and operations managers. The First/Mid Level Officials and Managers subcategory also includes those who report directly to middle managers. These individuals serve at functional, line of business segment or branch levels and are responsible for directing and executing the day-to-day operational objectives of enterprises/organizations, conveying the directions of higher level officials and managers to subordinate personnel and, in some instances, directly supervising the activities of exempt and non-exempt personnel. Examples of these kinds of managers are: first-line managers; team managers; unit managers; operations and production mangers; branch managers; administrative services managers; purchasing and transportation  managers; storage and distribution managers; call center or customer service managers; technical support managers; and brand or product managers.

*Professionals*. Most jobs in this category require bachelor and graduate degrees, and/or professional certification. In some instances, comparable experience may establish a person's qualifications. Examples of these kinds of positions include: accountants and auditors; airplane pilots and flight engineers; architects; artists; chemists; computer programmers; designers; dieticians; editors; engineers; lawyers; librarians; mathematical scientists; natural scientists; registered nurses; physical scientists; physicians and surgeons; social scientists; teachers; and surveyors.

*Technicians*. Jobs in this category include activities that require applied scientific skills, usually obtained by post-secondary education of varying lengths, depending on the particular occupation, recognizing that in some instances additional training, certification, or comparable experience is required. Examples of these types of positions include: drafters; emergency medical technicians; chemical technicians; and broadcast and sound engineering technicians.

*Sales Workers*. These jobs include non-managerial activities that wholly and primarily involve direct sales. Examples of these types of positions include: advertising sales agents; insurance sales agents; real estate brokers and sales agents; wholesale sales representatives; securities, commodities, and

financial services sales agents; telemarketers; demonstrators; retail salespersons; counter and rental clerks; and cashiers.

*Administrative Support Workers*. These jobs involve non-managerial tasks providing administrative and support assistance, primarily in office settings. Examples of these types of positions include: office and administrative support workers; bookkeeping; accounting and auditing clerks; cargo and freight agents; dispatchers; couriers; data entry keyers; computer operators; shipping, receiving and traffic clerks; word processors and typists; proofreaders; desktop publishers; and general office clerks.

*Craft Workers* (formerly Craft Workers (Skilled)). Most jobs in this category include higher skilled occupations in construction (building trades craft workers and their formal apprentices) and natural resource extraction workers. Examples of these types of positions include: boilermakers; brick and stone masons; carpenters; electricians; painters (both construction and maintenance); glaziers; pipelayers, plumbers, pipefitters and steamfitters; plasterers; roofers; elevator installers; earth drillers; derrick operators; oil and gas rotary drill operators; and blasters and explosive workers. This category also includes occupations related to the installation, maintenance and part replacement of equipment, machines and tools, such as: automotive mechanics; aircraft mechanics; and electric and electronic equipment repairers. This category also includes some production occupations that are distinguished by the high degree of skill and precision required to perform them, based on clearly defined task specifications, such as: millwrights; etchers and engravers; tool and die makers; and pattern makers.

*Operatives* (formerly Operatives (Semi-skilled)). Most jobs in this category include intermediate skilled occupations and include workers who operate machines or factory-related processing equipment. Most of these occupations do not usually require more than several months of training. Examples include: textile machine workers; laundry and dry cleaning workers; photographic process workers; weaving machine operators; electrical and electronic equipment assemblers; semiconductor processors; testers, graders and sorters; bakers; and butchers and other meat, poultry and fish processing workers. This category also includes occupations of generally intermediate skill levels that are concerned with operating and controlling equipment to facilitate the movement of people or materials, such as: bridge and lock tenders; truck, bus or taxi drivers; industrial truck and tractor (forklift) operators; parking lot attendants; sailors; conveyor operators; and hand packers and packagers.

*Laborers and Helpers* (formerly Laborers (Unskilled)). Jobs in this category include workers with more limited skills who require only brief training to perform tasks that require little or no independent judgment. Examples include: production and construction worker helpers; vehicle and equipment cleaners; laborers; freight, stock and material movers; service station attendants; construction laborers; refuse and recyclable materials collectors; septic tank servicers; and sewer pipe cleaners.

*Service Workers*. Jobs in this category include food service, cleaning service, personal service, and protective service activities. Skill may be acquired through formal training, job-related training or direct experience. Examples of food service positions include: cooks; bartenders; and other food service workers. Examples of personal service positions include: medical assistants and other healthcare support positions; hairdressers; ushers; and transportation attendants. Examples of cleaning service positions include: cleaners; janitors; and porters. Examples of protective service positions include: transit and railroad police and fire fighters; guards; private detectives and investigators.

## 6. LEGAL BASIS FOR REQUIREMENTS

SECTION 709(c), TITLE VII, CIVIL RIGHTS ACT OF 1964, AS AMENDED

Execution, retention, and preservation of records; reports to Commission; training program records; appropriate relief from regulation or order for undue hardship; procedure for exemption; judicial action to compel compliance.

Every employer, employment agency, and labor organization subject to this subchapter shall: (1) make and keep such records relevant to the determinations of whether unlawful employment practices have been or are being committed, (2) preserve such records for such periods, and (3) make such reports therefrom as the Commission shall prescribe by regulation or order, after public hearing, as reasonable, necessary, or appropriate for the enforcement of this title or the regulations or orders thereunder. The Commission shall, by regulation, require each employer, labor organization, and joint labor-management committee subject to this subchapter which controls an apprenticeship or other training program to maintain such records as are reasonably necessary to carry out the purposes of this subchapter, including, but not limited to, a list of applicants who wish to participate in such program, including the chronological order in which applications were received, and to furnish to the Commission upon request, a detailed description of the manner in which persons are selected to participate in the apprenticeship or other training program. Any employer, employment agency, labor organization, or joint labor-management committee which believes that the application to it of any regulation or order issued under this section would result in undue hardship may apply to the Commission for an exemption from the application of such regulation or order, and, if such application for an exemption is denied, bring a civil action in the United States District Court for the district where such records are kept. If the Commission or the court, as the case may be, finds that the application of the regulation or order to the employer, employment agency, or labor organization in question would impose an undue hardship, the Commission or the court, as the case may be, may grant appropriate relief. If any person required to comply with the provisions of this subsection fails or refuses to do so, the United States District Court for the district in which such person is found, resides, or transacts business, shall, upon application of the Commission, or the Attorney General in a case

involving a government, governmental agency or political subdivision, have jurisdiction to issue to such person an order requiring him to comply.

TITLE 29, CHAPTER XIV CODE OF FEDERAL REGULATIONS

*Subpart B -- Employer Information Report*

## §1602.7 Requirement for filing of report.

On or before March 31 of each year, every employer that is subject to Title VII of the Civil Rights Act of 1964, as amended, and that has 100 or more employees, shall file with the Commission or its delegate executed copies of Standard Form 100, as revised (otherwise known as "Employer Information Report EEO-1"), in conformity with the directions set forth in the form and accompanying instructions. Notwithstanding the provisions of §1602.14, every such employer shall retain at all times at each reporting unit, or at company or divisional headquarters, a copy of the most recent report filed for each such unit and shall make the same available if requested by an officer, agent, or employee of the Commission under the authority of section 710 of Title VII. Appropriate copies of Standard Form 100 in blank will be supplied to every employer known to the Commission to be subject to the reporting requirements, but it is the responsibility of all such employers to obtain necessary supplies of the form from the Commission or its delegate prior to the filing date.

## §1602.8 Penalty for making of willfully false statements on report.

The making of willfully false statements on Report EEO-1 is a violation of the United States Code, Title 18, section 1001, and is punishable by fine or imprisonment as set forth therein.

## §1602.9 Commissions remedy for employers failure to file report.

Any employer failing or refusing to file Report EEO-1 when required to do so may be compelled to file by order of a U.S. District Court, upon application of the Commission.

## §1602.10 Employers exemption from reporting requirements.

If an employer claims that the preparation or filing of the report would create undue hardship, the employer may apply to the Commission for an exemption from the requirements set forth in this part, according to instruction 5. If an employer is engaged in activities for which the reporting unit criteria described in section 5 of the instructions is not readily adaptable, special reporting procedures may be required. If an employer seeks to change the date for filing its Standard Form 100 or seeks to change the period for which data are reported, an alternative reporting date or period may be permitted. In such instances, the employer should so advise the Commission by submitting to the Commission or its delegate a specific written proposal for an alternative reporting system prior to the date on which the report is due.

### §1602.11 Additional reporting requirements.

The Commission reserves the right to require reports, other than that designated as the Employer Information Report EEO-1, about the employment practices of individual employers or groups of employers whenever, in its judgment, special or supplemental reports are necessary to accomplish the purposes of Title VII, the ADA, or GINA. Any system for the requirement of such reports will be established in accordance with the procedures referred to in section 709(c) of Title VII, section 107 of the ADA, or section 207(a) of GINA and as otherwise prescribed by law.

Subpart C--Recordkeeping by Employers

### §1602.12 Records to be made or kept.

The Commission has not adopted any requirement, generally applicable to employers, that records be made or kept. It reserves the right to impose recordkeeping requirements upon individual employers or groups of employers subject to its jurisdiction whenever, in its judgment, such records (a) are necessary for the effective operation of the EEO-1 reporting system or of any special or supplemental reporting system as described above; or (b) are further required to accomplish the purposes of Title VII, the ADA, or GINA. Such record-keeping requirements will be adopted in accordance with the procedures referred to in section 709(c) of Title VII, section 107 of the ADA, or section 207(a) of GINA, and otherwise prescribed by law.

### §1602.13 Records as to racial or ethnic identity of employees.

Employers may acquire the information necessary for completion of Section D of the EEO-1 either by visual surveys of the work force, or at their option, by the maintenance of post-employment records as to the identity of employees where the same is permitted by State law. In the latter case, however, the Commission recommends the maintenance of a permanent record as to the racial or ethnic identity of an individual for purpose of completing the report form only where the employer keeps such records separately from the employees basic personnel form or other records available to those responsible for personnel decisions, e.g., as part of an automatic data processing system in the payroll department.

### §1602.14 Preservation of records made or kept.

Any personnel or employment record made or kept by an employer (including but not necessarily limited to requests for reasonable accommodation, application forms submitted by applicants and other records having to do with hiring, promotion, demotion, transfer, lay-off or termination, rates of pay or other terms of compensation, and selection for training or apprenticeship) shall be preserved by the employer for a period of one year from the date of the making of the record or the personnel action involved, whichever occurs later. In the case of involuntary termination of an employee, the personnel records of the individual terminated shall be kept for a period of one year from the date of

Case 3:22-cv-07182-WHA　Document 34-3　Filed 08/18/23　Page 92 of 100

termination. Where a charge of discrimination has been filed, or an action brought by the Commission or the Attorney General, against an employer under Title VII, the ADA, or GINA, the respondent employer shall preserve all personnel records relevant to the charge or action until final disposition of the charge or the action. The term "personnel records relevant to the charge," for example, would include personnel or employment records relating to the aggrieved person and to all other employees holding positions similar to that held or sought by the aggrieved person and  application forms or test papers completed by an unsuccessful applicant and by all other candidates for the same position as that for which the aggrieved person applied and was rejected. The date of *final disposition of the charge or the action* means the date of expiration of the statutory period within which the aggrieved person may bring an action in a U.S. District Court or, where an action is brought against an employer either by the aggrieved person, the Commission, or by the Attorney General, the date on which such litigation is terminated.

EEO-1 Survey Home

About the EEO-1 Survey

EEO-1 Instruction Booklet

Data File Format & Instructions

Reference Documents

# Exhibit E



MAJORITY MEMBERS:

VIRGINIA FOXX, NORTH CAROLINA,
*Chairwoman*

JOE WILSON, SOUTH CAROLINA
GLENN THOMPSON, PENNSYLVANIA
TIM WALBERG, MICHIGAN
GLENN GROTHMAN, WISCONSIN
ELISE M. STEFANIK, NEW YORK
RICK W. ALLEN, GEORGIA
JIM BANKS, INDIANA
JAMES COMER, KENTUCKY
LLOYD SMUCKER, PENNSYLVANIA
BURGESS OWENS, UTAH
BOB GOOD, VIRGINIA
LISA C. MCCLAIN, MICHIGAN
MARY E. MILLER, ILLINOIS
MICHELLE STEEL, CALIFORNIA
RON ESTES, KANSAS
JULIA LETLOW, LOUISIANA
KEVIN KILEY, CALIFORNIA
AARON BEAN, FLORIDA
ERIC BURLISON, MISSOURI
NATHANIEL MORAN, TEXAS
JOHN JAMES, MICHIGAN
LORI CHAVEZ-DEREMER, OREGON
BRANDON WILLIAMS, NEW YORK
ERIN HOUCHIN, INDIANA

MINORITY MEMBERS:

ROBERT C. "BOBBY" SCOTT, VIRGINIA,
*Ranking Member*

RAÚL M. GRIJALVA, ARIZONA
JOE COURTNEY, CONNECTICUT
GREGORIO KILILI CAMACHO SABLAN,
NORTHERN MARIANA ISLANDS
FREDERICA S. WILSON, FLORIDA
SUZANNE BONAMICI, OREGON
MARK TAKANO, CALIFORNIA
ALMA S. ADAMS, NORTH CAROLINA
MARK DESAULNIER, CALIFORNIA
DONALD NORCROSS, NEW JERSEY
PRAMILA JAYAPAL, WASHINGTON
SUSAN WILD, PENNSYLVANIA
LUCY MCBATH, GEORGIA
JAHANA HAYES, CONNECTICUT
ILHAN OMAR, MINNESOTA
HALEY M. STEVENS, MICHIGAN
TERESA LEGER FERNÁNDEZ,
NEW MEXICO
KATHY E. MANNING, NORTH CAROLINA
FRANK J. MRVAN, INDIANA
JAMAAL BOWMAN, NEW YORK

# COMMITTEE ON
# EDUCATION AND THE WORKFORCE

U.S. HOUSE OF REPRESENTATIVES
2176 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-6100

February 10, 2023

The Honorable Jenny R. Yang
Director
Office of Federal Contract Compliance Programs
U.S. Department of Labor
200 Constitution Ave., NW
Washington, DC 20210

Re:     Release of EEO-1 Data

Dear Director Yang:

I have serious concerns that the Department of Labor's Office of Federal Contract Compliance Programs (OFCCP) has not provided federal contractors, especially smaller employers, with sufficient information and time to object to having their confidential data released pursuant to a *Freedom of Information Act* (FOIA) request from the Center for Investigative Reporting, a left-of-center journalism organization. OFCCP's failures could result in disclosing employers' and employees' sensitive, confidential information without due process.

The Employer Information Report (EEO-1) requires federal contractors with 50 or more employees to submit demographic workforce data to the Equal Employment Opportunity Commission (EEOC) and OFCCP, including data by race, ethnicity, sex, and job categories. The Type 2 Consolidated EEO-1 report combines data from employers with different locations into one report, and these reports can reveal the private information of individual employees, especially for smaller employers. It is a crime for any EEOC officer or employee to disclose this information, and OFCCP may not have the authority to make such disclosures.[1]

Last week, OFCCP published a list of 13,521 employers who are recorded by the agency as not objecting to the disclosure of Type 2 EEO-1 data for the years 2016-2020 (non-objector list) in response to the FOIA request. On February 7, OFCCP extended the deadline to February 17 for

---

[1] 42 U.S.C. § 2000e-8(e).

The Honorable Jenny R. Yang
February 10, 2023
Page 2

employers to notify OFCCP that they are wrongly on the non-objector list.[2] However, I am concerned OFCCP has not taken the necessary steps to notify federal contractors, especially smaller employers, that the non-objector list may have errors or that employers were required to submit objections previously to prevent their sensitive data from being released.

It has come to my attention that an alarming number of employers on the list have submitted objections to OFCCP but are still included as non-objectors. This alone shows that much more time is needed to correct the list and for employers to ensure their non-objector status is recorded.

It further appears that many employers were not aware of the pending FOIA request at OFCCP. The agency must do a much better job of informing federal contractors, especially smaller employers, about their rights and obligations. I am also aware that OFCCP has not provided information to all relevant employers about what data will be disclosed in response to the FOIA request. These employers could not determine whether to submit objections because they did not know what information OFCCP would turn over. Employers who were unaware of the FOIA request or were not provided sufficient information about the potential disclosure should be allowed additional time to submit objections regarding their Type 2 EEO-1 data being disclosed.

For these reasons, I request that OFCCP re-open the period for employers to submit objections to the Type 2 EEO-1 data being released for **60 days**. I also request that OFCCP extend the deadline for employers to notify the agency they are wrongly on the non-objector list by **60 days**. I further request that OFCCP immediately ensure that every employer on the non-objector list is notified of their status as a non-objector and of what they must do to submit objections or correct the record if they are wrongly on the list. Please respond by **February 14** indicating whether OFCCP will reopen the period for submitting objections and extend the deadline for notifying the agency that the non-objector list has an error.

In addition, to understand more fully the process OFCCP has undertaken in response to the FOIA request, please respond to the following requests and questions in writing by **February 24**:

1. Provide all notices and communications from OFCCP to employers regarding their potential obligations to submit objections with respect to the FOIA request.

2. What percentage of employers on the non-objector list have been informed that they are on the list? How many employers on the list have not been informed about the FOIA request and their potential obligations?

3. What steps did OFCCP take to inform employers that they needed to submit objections so that their sensitive Type 2 EEO-1 data is not disclosed? When did OFCCP take those actions?

---

[2] OFCCP EXTENDS DEADLINE FROM FEBRUARY 7, 2023, TO FEBRUARY 17, 2023, FOR FEDERAL CONTRACTORS TO ASSERT TYPE 2 EEO-1 DATA SHOULD NOT BE RELEASED, https://www.dol.gov/agencies/ofccp/submitter-notice-response-portal.

The Honorable Jenny R. Yang
February 10, 2023
Page 3

4.   What actions is OFCCP planning to take to ensure employers are fully informed of their rights and obligations with respect to the FOIA request?

Thank you for your attention to these requests.

Sincerely,

Virginia Foxx
Chairwoman

Enclosure

**Responding to Committee Document Requests**

1. In complying with this request, you should produce all responsive documents that are in your agency's possession, custody, or control, whether held by you or other past or present employees of the executive branch, or a representative acting on your behalf. Your response should also produce documents that you have a legal right to obtain, that the agency has a right to copy or to which you have access, or that you have placed in the temporary possession, custody, or control of any third party. Requested records, documents, data or information should not be destroyed, modified, removed, transferred or otherwise made inaccessible to the Committee on Education and the Workforce (the "Committee").

2. If any entity, organization or individual denoted in this request has been, or is also known by any other name than that herein denoted, the request shall be read also to include that alternative identification.

3. The Committee's preference is to receive documents in electronic form (i.e., email, CD, memory stick, or thumb drive) in lieu of paper productions.

4. Documents produced in electronic format should also be organized, identified, and indexed electronically.

5. Electronic document productions should be prepared according to the following standards:

   (a) The production should consist of single page Tagged Image File ("TIF"), files accompanied by a Concordance-format load file, an Opticon reference file, and a file defining the fields and character lengths of the load file.

   (b) Document numbers in the load file should match document Bates numbers and TIF file names.

   (c) If the production is completed through a series of multiple partial productions, field names and file order in all load files should match.

6. Documents produced to the Committee should include an index describing the contents of the production. To the extent more than one CD, hard drive, memory stick, thumb drive, box or folder is produced, each CD, hard drive, memory stick, thumb drive, box, or folder should contain an index describing its contents.

7. Documents produced in response to this request shall be produced together with copies of file labels, dividers or identifying markers with which they were associated when they were requested.

8. When you produce documents, you should identify the paragraph, question number or request number in the Committee's request to which the documents respond.

9. It shall not be a basis for refusal to produce documents that any other person or entity—either inside or outside of the executive branch—also possesses non-identical or identical copies of the same documents.

10. If any of the requested information is only reasonably available in machine-readable form (such as on a computer server, hard drive, or computer backup tape), the agency's staff should consult with the Committee staff to determine the appropriate format in which to produce the information.

11. If compliance with the request cannot be made in full, compliance shall be made to the extent possible and shall include a written explanation of why full compliance is not possible.

12. In the event that a document or portion of a document is withheld on the basis of privilege, provide a privilege log containing the following information concerning any such document or redaction: (a) the privilege asserted; (b) the type of document; (c) the general subject matter; (d) the date, author, and addressee; and (e) the relationship of the author and addressee to each other.

13. If any document responsive to this request was, but no longer is, in your possession, custody, or control, identify the document (stating its date, author, subject and recipients) and explain the circumstances under which the document ceased to be in your possession, custody, or control.

14. If a date or other descriptive detail set forth in this request referring to a document is inaccurate, but the actual date or other descriptive detail is known to you or other agency employees, or is otherwise apparent from the context of the request, you should produce all documents which would be responsive as if the date or other descriptive detail were correct.

15. The time period covered by this request is included in the attached request. To the extent a time period is not specified, produce relevant documents from January 20, 2021 to the present.

16. This request is continuing in nature and applies to any newly-discovered information. Any record, document, compilation of data or information, not produced because it has not been located or discovered by the return date, shall be produced immediately upon subsequent location or discovery. Such submission shall include an explanation as to why the information was not produced originally.

17. All documents shall be Bates-stamped sequentially and produced sequentially.

18. If physical documents are to be delivered, two sets of documents should be delivered, one set to the Majority Staff in Room 2176 of the Rayburn House Office Building and one set to the Minority Staff in Room 2101 of the Rayburn House Office Building during Committee office hours (9am-5pm, unless other arrangements are made) and signed by members of the respective staffs upon delivery.

19. Upon completion of the document production, the agency's written response should include a written certification, signed by the Secretary or his or her designee, stating that: (1) a diligent search has been completed of all documents in your possession, custody, or control which reasonably could contain responsive documents; and (2) all documents located during the search that are responsive have been produced to the Committee.

20. If the agency does not expect to produce all documents responsive to this letter by the date requested, the agency's staff shall consult with the Committee as soon as it is known the agency cannot meet the deadline, but no later than 24 hours before the due date to explain: (1) what will be provided by the due date, (2) why the agency believes certain materials cannot be produced by the due date, and (3) the agency's proposed timeline for providing any omitted information.

21. The agency's response to questions and request should be answered or provided in separate document and not included inside a narrative response.

## Definitions

1. The term "document" means any written, recorded, or graphic matter of any nature whatsoever, regardless of how recorded, and whether original or copy, including, but not limited to, the following: memoranda, reports, expense reports, books, manuals, instructions, financial reports, working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospectuses, inter-office and intra-office communications, electronic mail (e-mail), contracts, cables, notations of any type of conversation, telephone call, meeting or other communication, bulletins, printed matter, computer printouts, teletypes, invoices, transcripts, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, and work sheets (and all drafts, preliminary versions, alterations, modifications, revisions, changes, and amendments of any of the foregoing, as well as any attachments or appendices thereto), and graphic or oral records or representations of any kind (including without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recordings and motion pictures), and electronic, mechanical, and electric records or representations of any kind (including, without limitation, tapes, cassettes, disks, and recordings) and other written, printed, typed, or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, film, tape, disk, videotape or otherwise. A document bearing any notation not a part of the original text is to be considered a separate document. A draft or non-identical copy is a separate document within the meaning of this term.

2. The term "communication" means each manner or means of disclosure or exchange of information, regardless of means utilized, whether oral, electronic, by document or otherwise, and whether in a meeting, by telephone, facsimile, email, regular mail, telexes, releases, or otherwise.

3.  The terms "and" and "or" shall be construed broadly and either conjunctively or disjunctively to bring within the scope of this request any information which might otherwise be construed to be outside its scope. The singular includes plural number, and vice versa. The masculine includes the feminine and neuter genders.

4.  The terms "person" or "persons" mean natural persons, firms, partnerships, associations, corporations, subsidiaries, divisions, departments, joint ventures, proprietorships, syndicates, or other legal, business or government entities, and all subsidiaries, affiliates, divisions, departments, branches, or other units thereof.

5.  The term "identify," when used in a question about individuals, means to provide the following information: (a) the individual's complete name and title; and (b) the individual's business address and phone number.

6.  The term "referring or relating," with respect to any given subject, means anything that constitutes, contains, embodies, reflect s, identifies, states, refers to, deals with or is pertinent to that subject in any manner whatsoever.

7.  The term "agency" means any department, independent establishment, or corporation of the federal government. For the purposes of responding to oversight requests, the Committee expects information to be provided from all sub-agencies of an agency and not just the information that is immediately available to the addressee or the addressee's immediate sub-agency.