UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Defendant. | Case No. 22-cv-07182-WHA<br><br>**DECLARATION OF JACK JASINOWSKI IN SUPPORT OF DEFENDANT DEPARTMENT OF LABOR'S MOTION FOR SUMMARY JUDGMENT** |

I, Jack Jasinowski, state as follows:

1. In support of the United States Department of Labor's Motion for Summary Judgment in the above captioned matter, with personal knowledge of the matters below and competent to testify, I submit the following declaration.

2. For the last 30 years I have worked at Brandenburg Industrial Service Co. in a variety of roles. However, for the last 22 years I have been a Corporate Officer with the Company.

3. As a Corporate Officer I manage and oversee the complete range of business activities, including Human Resources, for more than 800 union and non-union employees, nationwide. Specifically, my oversite responsibilities include (1) Commercial and Project Management (2) Safety and Environmental (3) Human Resources, which includes working with our Human Resource Manager to (a) manage all training and records for Brandenburg methods, policies, safety, and quality programs, (b) recruit, hire, and evaluate employee performance, including progressive discipline and terminations, (c) manage drug screens and background check compliance, (d) manage employee benefits and DOT compliance for all union and non-union employees, (e) delegate Brandenburg's Human Resource Manager to serve as EEO Coordinator, (f) oversee the maintenance of all medical and training records,

licenses, and renewals for all employees, (g) assist in the development, implementation, and perform regular reviews of corporate standard operating procedures, and (h) oversee and review all prepared and submitted records for all Federal, State, and Local permits and plans, and review all prepared and submitted required notifications to government agencies.

4. During my 30 year tenure at Brandenburg, I have developed a keen knowledge regarding Brandenburg's operations, its position in the industry and the market in which we operate, and its business policies and practices. This includes understanding Brandenburg's business structure, workforce, competitors, data and document retention practices. As part of my job responsibilities described above, I have personal knowledge of the facts in this declaration, as I am also responsible for overseeing the collection of data, filing, and maintaining the confidentiality of, Brandenburg's annual EEO-1 Reports.

5. Brandenburg is one of the nation's premier firms specializing in demolition and environmental remediation, which includes asbestos abatement, hazardous material removal, soil remediation, asset recovery, and site preparation.

6. With approximately 800 employees in the United States, Brandenburg completes over 200 projects on an annual basis for a wide spectrum of customers, including small businesses and elite Fortune 500 companies. These customers represent many industries including automotive, chemical, commercial, entertainment, industrial, institutional, mining, nuclear and fossil power generation, oil and gas, pharmaceutical and steel production. Brandenburg's proven track record, combined with an impressive safety program, has made the Company the number one choice among the most demanding organizations.

7. During the years 2016 through 2020, Brandenburg was a federal contractor and was subject to EEO-1 reporting requirement. Brandenburg submitted EEO-1 Type 2 reports during each of those years.

8. Brandenburg learned in October of 2022 that the U.S. Department of Labor's Office of Federal Contract Compliance Programs ("OFCCP") had received a Freedom of Information Act (FOIA) request from a reporter, for the disclosure of all federal contractors' Type 2 EEO-1 Reports for 2016-2020.

9. Brandenburg considers these documents to be confidential, commercial documents, and notified OFCCP in writing on October 19, 2022, that it objected to the release of its requested 2016-2020 EEO-1 Reports.

10. Due to the size and unique nature of Brandenburg's business operation, disclosure of Brandenburg's 2016-2020 EEO-1 Reports would provide information regarding the size and specific structure of the Company's workforce. It would also reveal the staffing strategies and patterns the Company uses to be successful, and its business evolution from 2016 to 2020.

11. Brandenburg is unaware of any competitors that disclose their EEO-1 Reports or EEO-1 demographic data, or that have disclosed such data for the period in question.

12. Brandenburg does not know whether its competitors are OFCCP-covered federal contractor, and/or whether they may also be subject to this EEO-1 disclosure request. If they are not, and Brandenburg were compelled to disclose such data, Brandenburg would be subject to an unfair disadvantage compared to its non-federal contracting counterparts.

13. To elaborate, Brandenburg has invested time and resources to determine and achieve the proper staffing levels needed to not only develop, but also grow and sustain, its business. The Type 2 EEO-1 Reports disclose those staffing levels, which is commercially valuable – and heretofore unpublished -- information. They provide a detailed breakdown of how Brandenburg stratified its workforce, including how many leaders (EEO Categories 1.1 and 1.2) are required to oversee Brandenburg's business functions. The comprehensive data in the Type 2 Reports also reflects how many employees in the other EEO-1 Occupational Categories (Professionals, Technicians, Sales Workers, Administrative Support Workers, Craft Workers, Operatives, Laborers and Helpers, and Service Workers) are required for Brandenburg to operate at peak efficiency and effectiveness.

14. As the demolition and environmental remediation industry continues to evolve, Brandenburg has composed a workforce to evolve with it by organizing a workforce structure that allows the company to not only run well, but to embrace industry changes. The organization-wide employment numbers contained in the Type 2 EEO-1 Reports specifically show reflect Brandenburg's judgment as to how it can best allocate its workforce to have a well-run, profitable, and efficient business.

15. Any release of this private organizational structure that is reflected in the Type 2 reports would be commercially valuable information to competitors, and could cause significant harm to Brandenburg.

16. The Type 2 EEO-1 Reports also provide insights into Brandenburg's recruitment and retention strategies in a niche industry with intense and increasing competition for recruiting and retaining talent. While the period of 2016-2020 is in the past, many of its employees remain the same, and the reports thus yield valuable current information. And, of course, if the 2016-2020 reports are disclosed, this opens the door for the release of future/current reports also.

17. Given the competitive nature of the demolition and environmental remediation industry, and the harm that would result if competitors raid its employees, Brandenburg keeps and has kept its EEO-1 information private. Brandenburg has systems in place, and takes necessary proactive measures, to protect its staffing strategies and its personnel decisions. These proactive measures were also in effect throughout 2016-2020. This is because, if a competitor gained access to Brandenburg's EEO-1 data, the competitor would know how to inflict targeted harm on Brandenburg by soliciting certain employees for poaching/employment. For instance, if the EEO-1 Report reveals a small number of workers in a certain EEO-1 category -- sales, technicians, etc. -- a competitor could try to impede Brandenburg's operations, by focusing its recruitment efforts on those individuals.

18. Among the data protection practices in place is limiting access to Brandenburg's 2016-2020 EEO-1 Reports to individuals with a direct need to access the information in connection with their job duties at the Company. Of the roughly 800 employees in the Company, only four people, Corporate Officers and Human Resource Manager positions with a need to know the information, have access to Brandenburg's EEO-1 Reports. This equates to less than 1% of the entire workforce. Those employees with access are aware and expressly informed of the confidential nature of the EEO-1 Reports. The remaining 99.5% of employees at Brandenburg cannot access EEO-1 data. It is blocked and secured through data protection measures in the Company's HRIS system.

19. In addition, Brandenburg is committed to confidentiality, on its own behalf and that of its employees, with regard to voluntary self-identification information. The Company takes the privacy of its employees seriously, and works to earn and maintain their trust. When employees are invited to

voluntarily respond to self-identification forms, which inquire about their gender, ethnicity and race, those invitations specifically say that any information provided by the employee will be kept confidential, and "will only be used in ways that are consistent with the law," to satisfy Brandenburg's governmental reporting and recordkeeping requirements. Once an employee provides this personal information to the Company, it is entered and stored into the system of record. Access is then strictly limited to the few personnel described above.

20. As part of its commitment to the confidentiality of its employees, Brandenburg has not publicly disclosed its 2016-2020 EEO-1 Reports. The Company has not otherwise released demographic details about its employees and workforce to the public.

21. Disclosing Brandenburg's 2016-2020 EEO-1 Reports unnecessarily risks the privacy of individual employees. During the 2016-2020 reporting timeframe, three of Brandenburg's EEO-1 categories had fewer than 10 employees. This makes it possible for colleagues, competitors, and the general public to discover the race and gender of specific individuals, and those individuals would have no control over their very personal identities being disclosed.

22. Further, releasing the EEO-1 Reports under these circumstances could have a chilling effect on EEO and affirmative action efforts. Employees rely on their employer's assurance of confidentiality when they self-disclose their gender, race or ethnicity. If that protection goes away, employees may become unwilling to share such details about themselves. They will be less likely to self-identify going forward, which will yield less accurate and more incomplete data for AAP and diversity purposes. That would have a direct, immediate, negative impact on the goals and enforcement priorities of the EEOC and OFCCP. It could similarly hinder Brandenburg's efforts to advance, develop, and maintain a diverse workforce.

23. Brandenburg relies on, and from 2016-2020 relied upon, the EEOC's and OFCCP's express and implied assurances of confidentiality when submitting its EEO-1 Reports. The EEO-1 Instruction Booklet states:

> "All reports and any information from individual reports are subject to the confidentiality provisions of Section 709(e) of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-8(e), as amended (Title VII) and may not be made public by the EEOC prior to the institution of any proceeding under Title VII involving the EEO-1 Component 1 data. Any

EEOC employee who violates this prohibition may be found guilty of a criminal misdemeanor and could be fined or imprisoned."

24. It has been Brandenburg's fair and legitimate expectation that the EEOC and OFCCP will treat its EEO-1 reports as confidential, to the greatest extent permitted by law, and will only be used in connection with the administration of EO 11246 and Title VII.

25. Disclosure of Brandenburg's EEO-1 Reports could readily cause foreseeable harm to Brandenburg's economic and business interests, by allowing competitors to analyze the Company's workforce trends over a five year period. This could disclose patterns and notable changes within the Company, and provide valuable insights into the direction of Brandenburg's business strategy. Specifically, the EEO-1 reports would show competitors and the public the fluctuations in headcount that Brandenburg experienced between 2016 and 2020. They would similarly reveal which occupational categories experienced the most change. Competitors could use this information to gain a commercial advantage over Brandenburg, and to frustrate and hinder its business growth.

26. Through the staffing numbers and trends reflected in the EEO-1 data, competitors could see when and how Brandenburg increased its headcount, and in what job categories, for significant projects that may have been publicly announced by Brandenburg at the time. Competitors could then use this information to refine and implement its own, similar, staffing strategies and workforce structure. Reviewing EEO-1 data could also enable competitors to identify how many employees are needed in each occupational category, to run its business successfully, profitably and efficiently in this highly competitive industry. Such actions could deprive Brandenburg of the strategic advantages it has cultivated and result in both competitive and commercial harm. If this results in a decrease in business for Brandenburg, it could also in job loss, leaving fewer employment opportunities at the Company. This would not just affect Brandenburg the entity; it could negatively affect its employees and surrounding communities.

27. While Brandenburg is commited to diversity and inclusion, it can be difficult to find diverse candidates for certain positions within its industry, which is focused on demolition, environmental remediation, and hazardous material removal. Without knowing how the Company

compares to its competitors, critics could use Brandenburg's EEO-1 Reports to create a narrative that presents Brandenburg in a negative light – such as by citing job categories with less diversity as an ostensible indication that the Company is not engaging in sufficient affirmative action and DEI efforts. Armed with such imprecise information, competitors and other stakeholders could make inaccurate (even incorrect) assumptions… assumptions that do not actually reflect Brandenburg's philosophies the diversity efforts or progress the Company has made.

28.     Although Brandenburg has provided workforce demographic data to the EEOC, as required by its EEO-1 reporting obligations, the Company objects to the disclosure of this commercially valuable, competitively useful, and highly sensitive, information for the 2016 to 2020 reporting periods.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of August, 2023, at Elmhurst, Illinois.

*Jack Jasinowski*
JACK JASINOWSKI