D. VICTORIA BARANETSKY (SBN 311892)
DARA GRAY (SBN 349865)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th Street, Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
Facsimile: (510) 849-6141
Email: vbaranetsky@revealnews.org

THERESE Y. CANNATA (SBN 88032)
AARON R. FIELD (SBN 310648)
ZACHARY E. COLBETH (SBN 297419)
CANNATA O'TOOLE & OLSON LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 409-8900
Facsimile: (415) 409-8904
Email: tcannata@cofolaw.com
    afield@cofolaw.com
    zcolbeth@cofolaw.com

Attorneys for Plaintiffs
THE CENTER FOR INVESTIGATIVE REPORTING and
WILL EVANS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Defendant. | Case No. 3:22-CV-07182<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Zachary E. Colbeth of Cannata O'Toole & Olson LLP hereby enters his appearance as counsel for plaintiffs The Center for Investigative Reporting and Will Evans in this action. Pursuant to Rule 5 of the Federal Rules of Civil Procedure, all further notices and copies of pleadings, papers, and other material relevant to the above-entitled action should be directed to and served upon:

> Zachary E. Colbeth
> CANNATA O'TOOLE & OLSON LLP
> 100 Pine Street, Suite 350
> San Francisco, CA 94111
> Telephone: (415) 409-8900
> Facsimile: (415) 409-8904
> Email: afield@cofolaw.com

Respectfully submitted,

DATED: August 21, 2023          CANNATA O'TOOLE & OLSON LLP

By:   /s/ Zachary E. Colbeth
      ZACHARY E. COLBETH

Therese Y. Cannata
Aaron R. Field
Zachary E. Colbeth

Attorneys for Plaintiffs
THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS