ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36045
San Francisco, California 94102
Telephone: (415) 436-7025
Facsimile: (415) 436-7234
pamela.johann@usdoj.gov

Attorneys for Defendant UNITED STATES DEPARTMENT OF LABOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　Defendant. | Case No. 22-cv-07182-WHA<br><br>**CLARIFICATION OF DEADLINE FOR DEFENDANTS' OPPOSITION AND REPLY RE BELLWETHER SUMMARY JUDGMENT MOTION; [~~PROPOSED~~] ORDER** |

　　　On July 14, 2023, the Court adopted the parties' stipulated briefing schedule (as amended) for the Bellwether Motions for Summary Judgment. Dkt. No. 31. As part of that schedule, the parties inadvertently set the deadline for Defendant's Opposition and Reply brief for November 10, 2023. Because November 10, 2023 is a federal holiday, the parties agree that Defendant's Opposition and Reply brief may be filed the following court day, November 13, 2023, by 5:00 p.m., and request that the Court enter an order modifying the briefing schedule accordingly.

　　　In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests that each signatory has concurred in the filing of this document.

|   |   |   |
|---|---|---|
| 1 | DATED:  November 7, 2023 | Respectfully submitted, |
| 2 |  | ISMAIL J. RAMSEY<br>United States Attorney |
| 3 |  |  |
| 4 |  | */s/ Pamela T. Johann*<br>PAMELA T. JOHANN<br>Assistant United States Attorney |
| 5 |  |  |
| 6 |  | Attorneys for Defendant |
| 7 | DATED:  November 7, 2023 | THE CENTER FOR INVESTIGATIVE REPORTING |
| 8 |  |  |
| 9 |  | */s/ D. Victoria Baranetsky*<br>D. VICTORIA BARANETSKY |
| 10 |  | Attorneys for Plaintiffs |

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED. Defendant's Opposition and Reply shall be filed by November 13, 2023, by 5:00 p.m.

Dated: **November 7, 2023**

_____
HON. WILLIAM ALSUP
United States Senior District Judge