ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36045
    San Francisco, California 94102
    Telephone: (415) 436-7025
    Facsimile: (415) 436-7234
    pamela.johann@usdoj.gov

Attorneys for Defendant UNITED STATES
DEPARTMENT OF LABOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Defendant. | Case No. 22-cv-07182-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  December 14, 2023<br>Time:  8:00 a.m.<br>Place:  Courtroom 12, 19th Floor<br><br>The Hon. William Alsup |

On December 14, 2023, at 8:00 a.m., the motion for summary judgment of Defendant United States Department of Labor and the Cross-Motion for Summary Judgment of Plaintiffs The Center for Investigative Reporting and Will Evans came on for hearing in Courtroom 12, 19th Floor, United States District Court for the Northern District of California, San Francisco Division, 450 Golden Gate Avenue, San Francisco, California, before the Honorable William Alsup, Senior District Judge. Assistant U.S. Attorney Pamela T. Johann appeared on behalf of Defendant United States Department of Labor. D. Victoria Baranetsky of The Center for Investigative Reporting appeared on behalf of Plaintiffs The

Center For Investigative Reporting and Will Evans.

Upon consideration of the pleadings, papers, and arguments of counsel, and with good cause shown, IT IS HEREBY ORDERED THAT Defendant's motion for summary judgment is GRANTED and Plaintiffs' cross-motion for summary judgment is DENIED.  Plaintiffs' request for declaratory Relief is DENIED.

1. This Court is not precluded by collateral estoppel from undertaking a de novo review of the merits of DOL's decision to withhold the EEO-1 Reports that were not before the court in *Center for Investigative Reporting  v. Dep't of Labor*, 424 F. Supp. 3d 771, 779 (N.D. Cal. 2019) ("*CIR I*").

2. DOL properly withheld the EEO-1 Reports of the five Bellwether Objectors: Allied Universal, Network Management Resources Inc., Brandenburg Industrial Service Co., DHL Global Business Services ("DHL"), and NorthShore University HealthSystem under Exemption 4 of the Freedom of Information Act because they constitute commercial information that is confidential. 5 U.S.C. § 552(b)(4).

3. The EEO-1 Reports of the entities not subject to Office of Federal Contract Compliance Programs ("OFCCP") reporting requirements, 41 C.F.R. § 60-1.7(a), are not agency records because they were not obtained under OFCCP's legal authority and are not owned or controlled by OFCCP.

4. DOL responded to Plaintiffs' FOIA request in good faith and with due diligence.

IT IS SO ORDERED.

Dated:_____

_____
HON. WILLIAM ALSUP
United States Senior District Judge