ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36045
San Francisco, California 94102
Telephone: (415) 436-7025
Facsimile: (415) 436-7234
pamela.johann@usdoj.gov

Attorneys for Defendant UNITED STATES
DEPARTMENT OF LABOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　Defendant. | Case No. 22-cv-07182-WHA<br><br>**DECLARATION OF PAMELA T. JOHANN RE ECF TECHNICAL FAILURE** |

I, Pamela T. Johann, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California, and I represent the United States Department of Labor in this matter. I am licensed to practice law in the State of California and to appear before this Court. I have personal knowledge of the following facts and if called to testify, I could and would competently testify thereto.

2. On Monday, November 13, 2023, between approximately 6:45 p.m. and 10:30 p.m., I made multiple attempts to file the Supplemental Declaration of Helene Baxter in this case through the Court's ECF system. Due to technical failure of the ECF site, I was unable to complete the filing.

3.  At 7:25 p.m. on November 13, 2023, I emailed Plaintiff's counsel to notify her of this issue, and attached a copy of the Declaration to her. A copy of that email, without attachment, is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 14th day of November, 2023, in San Francisco, California.

                                          */s/ Pamela T. Johann*
                                          PAMELA T. JOHANN

DECLARATION RE ECF TECHNICAL FAILURE
No. 22-cv-07182-WHA                                    2

# Exhibit A

| | |
|---|---|
| **From:** | Johann, Pamela (USACAN) |
| **To:** | Victoria Baranetsky (vbaranetsky@revealnews.org) |
| **Subject:** | Declaration |
| **Date:** | Monday, November 13, 2023 7:25:00 PM |
| **Attachments:** | Baxter Supplemental Decl.pdf |
| | image001.png |

Hi Vickie,

I have been trying to file a final declaration but ECF is down.  Here what will be filed, and I will get it onto ECF as soon as I can.

Thanks,
Pam




Pam Johann | Assistant U.S. Attorney | Deputy Chief, Civil Division
Northern District of California
450 Golden Gate Ave. | Box 36055 | San Francisco, CA 94102
T:  415.436.7025 | F: 415.436.6748