D. VICTORIA BARANETSKY (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th Street, Suite 200
Emeryville, CA 94608
Telephone:   (510) 982-2890
Facsimile:   (510) 849-6141
Email:       vbaranetsky@revealnews.org

THERESE Y. CANNATA (SBN 88032)
AARON R. FIELD (SBN 310648)
ZACHARY E. COLBETH (SBN 297419)
CANNATA O'TOOLE & OLSON LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone:   (415) 409-8900
Facsimile:   (415) 409-8904
Email:       tcannata@cofolaw.com
             afield@cofolaw.com
             zcolbeth@cofolaw.com

Attorneys for Plaintiffs
THE CENTER FOR INVESTIGATIVE
REPORTING and WILL EVANS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Defendant. | CASE NO. 3:22-cv-07182-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE: LENGTH OF PLAINTIFFS' REPLY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   December 14, 2023<br>Time:   8:00 a.m.<br>Judge:  Hon. William Alsup<br>Place:  Ctrm. 12, 19th Floor |

**STIPULATION**

This stipulation is entered into by and among plaintiffs The Center for Investigative Reporting and Will Evans (collectively, "plaintiffs") and defendant United States Department of Labor ("defendant" or "DOL"), through their respective counsel.

WHEREAS, plaintiffs and defendant previously agreed to a briefing schedule on their pending bellwether cross-motions for summary judgment, which this Court has approved, under which defendant has filed a motion for summary judgment, plaintiffs have filed a combined opposition and cross-motion for summary judgment, defendant has filed a combined reply and opposition to plaintiffs' cross-motion, and plaintiffs are to file a further reply by December 5, 2023.

WHEREAS, while plaintiffs' and defendant's prior briefs on their bellwether cross-motions for summary judgment each contained twenty-five (25) pages of text, Civil Local Rules 7-3(c) and 7-4(b) provide that plaintiffs' reply brief may not exceed fifteen (15) pages of text unless the Court orders otherwise;

WHEREAS, plaintiffs believe that they require additional pages for their reply, and defendant has stipulated that they may have an additional three (3) pages of text, so that the maximum length of the reply brief may not exceed eighteen (18) pages of text;

NOW, THEREFOR, IT IS STIPULATED AND AGREED THAT the maximum length of plaintiffs' reply brief in support of their bellwether cross-motion for summary judgment should be, and is, extended by three (3) pages such that plaintiffs may file a reply brief that contains up to eighteen (18) pages of text.

IT IS SO STIPULATED.

//
//
//
//
//

1

STIPULATION AND ORDER RE: LENGTH OF PLAINTIFFS' REPLY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT
NO. 3:22-cv-07182-WHA

DATED: November 29, 2023         CANNATA, O'TOOLE & OLSON LLP

By:     */s/ Aaron R. Field*
              AARON R. FIELD

Therese Y. Cannata
Aaron R. Field
Zachary E. Colbeth

Attorneys for Plaintiffs
THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS

DATED: November 29, 2023         ISMAIL J. RAMSEY
United States Attorney

By:     */s/ Pamela T. Johann*
              PAMELA T. JOHANN

PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES DEPARTMENT OF LABOR

2

STIPULATION AND ORDER RE: LENGTH OF PLAINTIFFS' REPLY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT
NO. 3:22-cv-07182-WHA

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The maximum length of the reply brief of plaintiffs The Center for Investigative Reporting and Will Evans in support of their bellwether cross-motion for summary judgment is extended by three (3) pages such that plaintiffs may file a reply brief that contains up to eighteen (18) pages of text.

IT IS SO ORDERED.

DATED:  November 30, 2023.

_____
Hon. William Alsup
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND ORDER RE: LENGTH OF PLAINTIFFS' REPLY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT
NO. 3:22-cv-07182-WHA

**ATTORNEY ATTESTATION**

I, Aaron R. Field, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other Signatories.

DATED: November 29, 2023                              */s/ Aaron R. Field*
                                                           AARON R. FIELD

4

STIPULATION AND ORDER RE: LENGTH OF PLAINTIFFS' REPLY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT
NO. 3:22-cv-07182-WHA