ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36045
San Francisco, California 94102
Telephone: (415) 436-7025
Facsimile: (415) 436-7234
pamela.johann@usdoj.gov

Attorneys for Defendant UNITED STATES
DEPARTMENT OF LABOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Defendant. | Case No. 22-cv-07182-WHA<br><br>**STIPULATED REQUEST TO STAY RELEASE ORDER; [PROPOSED] ORDER** |

WHEREAS, on December 22, 2023, the Court entered an order denying in part and granting in part the parties' cross-motions for summary judgment, Dkt. No. 51; and

WHEREAS, as part of that order, the Court ordered Defendant to "produce the remaining EEO-1 reports at issue within 28 days of" the order, *id.* at 13; and

WHEREAS, the Government's deadline to file a notice of appeal is sixty days from the date of that order, or February 20, 2024. *See* 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1)(B); and

WHEREAS, the decision to appeal rests with the Solicitor General of the United States, who needs time to consider the issue. *See* 28 C.F.R. § 0.20(b); and

WHEREAS, Defendant United States Department of Labor ("DOL") has requested an extension of the production deadline to allow the Government time to consider its appellate options, and Plaintiffs have agreed to DOL's request; and

WHEREAS, Plaintiff has requested that to the extent their time for filing a motion for attorneys' fees has begun to run, this deadline be extended an additional 30 days beyond the appeal deadline;

NOW THEREFORE, pursuant to Civil Local Rule 6-2, it is hereby stipulated by the parties to this action, through their counsel of record, as follows:

1. DOL's deadline to release the records ordered produced by the Court in its December 22, 2023 order, Dkt. No. 51, shall be extended to February 20, 2024.

2. To the extent that Plaintiffs' time for filing a motion for attorneys' fees and costs has begun to run or begins to run between the date of this stipulation and March 21, 2024, that deadline shall be extended to March 21, 2024.

The parties respectfully request that the Court enter an order extending the deadlines in accordance with this stipulation.

DATED: December 27, 2023          Respectfully submitted,

                                  ISMAIL J. RAMSEY
                                  United States Attorney

                                  */s/ Pamela T. Johann*
                                  PAMELA T. JOHANN
                                  Assistant United States Attorney

                                  Attorneys for Defendant

DATED: December 27, 2023          THE CENTER FOR INVESTIGATIVE REPORTING

                                  */s/ Zachary E. Colbeth*
                                  ZACHARY E. COLBETH

                                  Attorneys for Plaintiffs

*The filer of this document hereby attests pursuant to Civil Local Rule 5-1(i)(3) that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to stipulation, and good cause appearing therefor, IT IS SO ORDERED.

Dated: _____

_____
HON. WILLIAM ALSUP
United States Senior District Judge