ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36045
    San Francisco, California 94102
    Telephone: (415) 436-7025
    Facsimile: (415) 436-7234
    pamela.johann@usdoj.gov

Attorneys for Defendant UNITED STATES
DEPARTMENT OF LABOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Defendant. | Case No. 22-cv-07182-WHA<br><br>**DECLARATION OF PAMELA T. JOHANN IN SUPPORT OF STIPULATED REQUEST TO STAY RELEASE ORDER** |

I, Pamela T. Johann, declare as follows:

1.     I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California, and I represent the United States Department of Labor in this matter. I am licensed to practice law in the State of California and to appear before this Court. I have personal knowledge of the following facts and if called to testify, I could and would competently testify thereto.

2.     I submit this declaration in support of the Stipulated Request to Stay Release Order pursuant to Civil Local Rule 6-2(a).

3.     The parties are requesting that the Court stay the deadline for releasing the EEO-1 reports

1  that it ordered Defendant to produce in its December 22, 2023 order, Dkt. No. 51, so that the deadline is

2  coextensive with Defendant's appeal deadline to allow the Government time to consider its appellate

3  options.  The parties are also stipulating to extend the period for filing an attorneys' fees motion, to the

4  extent that the Court's December 22, 2023 order triggered any such period.

5        4.      The parties have previously stipulated to extend the deadline to respond to Plaintiff's

6  Complaint.  Dkt. No. 10.  The parties also stipulated to continue the Initial Case Management

7  Conference, Dkt. No. 19, and the Court continued the Initial Case Management Conference to March 9,

8  2023, Dkt. No. 20.  The Court also continued the Initial Case Management Conference from March 9,

9  2023 to April 13, 2023.  Dkt. No. 22.  The Court modified the briefing schedule twice pursuant to the

10 parties' stipulation.  Dkt. Nos. 29, 31.  There have been no other time modifications in the case, whether

11 by stipulation or Court order.

12       5.      The requested modification of the briefing and hearing schedule should have no effect on

13 the schedule for the case except as outlined above.

14       I declare under penalty of perjury that the foregoing is true and correct.  Signed this 27th day of

15 December, 2023, in Berkeley, California.

                            */s/ Pamela T. Johann*
                            PAMELA T. JOHANN