UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Defendant. | No. 22-cv-07182-WHA<br><br>**ORDER REGARDING STIPULATION TO STAY RELEASE ORDER** |

This order **GRANTS** the stipulation (Dkt. No. 52) and hereby extends the deadline to release the EEO-1 reports at issue by **FEBRUARY 20, 2024**. This order also grants plaintiffs until **MARCH 21, 2024** to file a motion for attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: December 28, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE