D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
Fax: (510) 849-6141
vbaranetsky@revealnews.org
*Counsel for Plaintiff The Center for Investigative Reporting*

THERESE Y. CANNATA (SBN 88032)
AARON R. FIELD (SBN 310648)
ZACHARY E. COLBETH (SBN 297419)
CANNATA O'TOOLE & OLSON LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 409-8900
Facsimile: (415) 409-8904
Email: tcannata@cofolaw.com
      afield@cofolaw.com
      zcolbeth@cofolaw.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>U.S. DEPARTMENT OF LABOR,<br><br>    *Defendant*, | Case No. 3:22-cv-07182-WHA<br><br>NOTICE OF CHANGE OF COUNSEL<br><br>Judge: Honorable William H. Alsup |

**PLEASE TAKE NOTICE** that D. VICTORIA BARANETSKY of The Center for Investigative Reporting hereby withdraws as attorney of record for Plaintiff WILL EVANS in this action. Mr. Evans is no longer an employee of The Center for Investigative Reporting. D. VICTORIA BARANETSKY remains counsel of record for Plaintiff THE CENTER FOR INVESTIGATIVE REPORTING.

Counsel of record for plaintiffs in this action otherwise remains the same. THERESE Y. CANNATA, AARON R. FIELD, and ZACHARY E. COLBETH of Cannata O'Toole & Olson LLP remain counsel of record for both plaintiffs, THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS.

Dated: January 23, 2024

Respectfully submitted,

By: */s/ D. Victoria Baranetsky*
D. Victoria Baranetsky (SBN 311892)

Attorney for Plaintiff
THE CENTER FOR INVESTIGATIVE REPORTING

By: /s/ *Aaron R. Field*
AARON R. FIELD
Therese Y. Cannata
Aaron R. Field
Zachary E. Colbeth

Attorneys for Plaintiffs

THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS