D. VICTORIA BARANETSKY (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th Street, Suite 200
Emeryville, CA 94608
Telephone:   (510) 982-2890
Facsimile:   (510) 849-6141
Email:   vbaranetsky@revealnews.org

THERESE Y. CANNATA (SBN 88032)
AARON R. FIELD (SBN 310648)
ZACHARY E. COLBETH (SBN 297419)
CANNATA O'TOOLE & OLSON LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone:   (415) 409-8900
Facsimile:   (415) 409-8904
Email:   tcannata@cofolaw.com
         afield@cofolaw.com
         zcolbeth@cofolaw.com

Attorneys for Plaintiffs
THE CENTER FOR INVESTIGATIVE
REPORTING and WILL EVANS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　　Defendant. | Case No. 3:22-cv-07182-WHA<br><br>**PLAINTIFFS' SUPPLEMENTAL CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Foundation for National Progress.  The Center for Investigative Reporting has merged with the Foundation for National Progress, and the new combined entity has been renamed as the Center for Investigative Reporting.

DATED: February 14, 2024          Respectfully submitted,

By:  */s/ Zachary E. Colbeth*

D. VICTORIA BARANETSKY (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
Email: vbaranetsky@revealnews.org

THERESE Y. CANNATA (SBN 88032)
AARON R. FIELD (SBN 310648)
ZACHARY E. COLBETH (SBN 297419)
CANNATA O'TOOLE & OLSON LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone:     (415) 409-8900
Facsimile:      (415) 409-8904
Email:            tcannata@cofolaw.com
                     afield@cofolaw.com
                     zcolbeth@cofolaw.com

*Attorneys for Plaintiffs*
THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS