UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>　　Defendant. | Case No. 22-cv-07182-WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR STAY** |

Having considered the Emergency Motion of Defendant Department of Labor ("DOL") to stay this Court's Order dated December 22, 2023, Dkt. No. 51, and good cause appearing therefor, the Court hereby GRANTS DOL's emergency motion. The Court's December 22, 2023 Order requiring the production of EEO-1 reports is STAYED pending the resolution of DOL's appeal of that order.

IT IS SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HON. WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　United States Senior District Judge

EMERGENCY MOTION FOR STAY PENDING APPEAL
No. 22-cv-07182-WHA                                   1