UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR INVESTIGATIVE REPORTING, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Defendant. | No. 22-cv-07182-WHA<br><br>**ORDER TEMPORARILY STAYING ORDER TO PRODUCE PENDING FURTHER BRIEFING** |

In light of defendant's motion to stay the production of EEO-1 reports (Dkt. No. 58), this order **TEMPORARILY STAYS** the production of the reports pending response by plaintiff and further ruling. Plaintiff shall have until **FEBRUARY 23, 2024, AT NOON** to file a response to defendant's motion. An order will likely be issued based on the briefing to resolve the matter.

**IT IS SO ORDERED.**

Dated: February 16, 2024.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE