1  D. VICTORIA BARANETSKY (SBN 311892)
   THE CENTER FOR INVESTIGATIVE REPORTING
2  1400 65th Street, Suite 200
   Emeryville, CA 94608
3  Telephone:    (510) 982-2890
   Facsimile:    (510) 849-6141
4  Email:        vbaranetsky@revealnews.org

5  Attorney for Plaintiff
   THE CENTER FOR INVESTIGATIVE
6  REPORTING

7  THERESE Y. CANNATA (SBN 88032)
   AARON R. FIELD (SBN 310648)
8  ZACHARY E. COLBETH (SBN 297419)
   CANNATA O'TOOLE & OLSON LLP
9  100 Pine Street, Suite 350
   San Francisco, CA 94111
10 Telephone:    (415) 409-8900
   Facsimile:    (415) 409-8904
11 Email:        tcannata@cofolaw.com
                 afield@cofolaw.com
12               zcolbeth@cofolaw.com

13 Attorneys for Plaintiffs
   THE CENTER FOR INVESTIGATIVE
14 REPORTING and WILL EVANS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>            Defendant. | Case No. 3:22-cv-07182-WHA<br><br>**DECLARATION OF AARON R. FIELD IN SUPPORT OF PLAINTIFFS' OPPOSITION TO EMERGENCY MOTION FOR STAY OF DISCLOSURE DEADLINE PENDING APPEAL BY DEPARTMENT OF LABOR** |

I, AARON R. FIELD, declare:

1. I am a member in good standing of the State Bar of California, a Partner at the law firm Cannata O'Toole & Olson LLP, and counsel for plaintiffs The Center for Investigative Reporting and Will Evans in this matter. I make this declaration of my own personal knowledge, and, if called as a witness, I could testify to the facts stated herein.

2. As a courtesy and for the Court's ease of reference, attached hereto as **Exhibit A** is a true and correct copy of an October 21, 2009 order issued by the United States Court of Appeals for the Ninth Circuit on a motion for stay pending appeal by the appellants in *Electronic Frontier Foundation v. Office of the Director of National Intelligence, et al.*, No. 09-17235 (9th Cir. Oct. 21, 2009). I obtained this copy of the Order from the federal PACER electronic records access system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of February, 2024 at San Francisco, California.

*/s/ Aaron R. Field*
AARON R. FIELD