D. VICTORIA BARANETSKY (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th Street, Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
Facsimile: (510) 849-6141
Email: vbaranetsky@revealnews.org

Attorney for Plaintiff
THE CENTER FOR INVESTIGATIVE REPORTING

THERESE Y. CANNATA (SBN 88032)
AARON R. FIELD (SBN 310648)
ZACHARY E. COLBETH (SBN 297419)
CANNATA O'TOOLE & OLSON LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 409-8900
Facsimile: (415) 409-8904
Email: tcannata@cofolaw.com
afield@cofolaw.com
zcolbeth@cofolaw.com

Attorneys for Plaintiffs
THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Defendant. | Case No. 3:22-cv-07182-WHA<br><br>**NOTICE OF ERRATA RE: DECLARATION OF AARON R. FIELD IN SUPPORT OF PLAINTIFFS' OPPOSITION TO EMERGENCY MOTION FOR STAY OF DISCLOSURE DEADLINE PENDING APPEAL BY DEPARTMENT OF LABOR** |

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Declaration of Aaron R. Field in Support of Plaintiffs' Opposition to Emergency Motion for Stay of Disclosure Deadline filed earlier today inadvertently did not include the intended Ninth Circuit order as Exhibit A. A corrected version of the Declaration that includes the intended Ninth Circuit order as Exhibit A is attached hereto as **Attachment A**.

DATED: February 23, 2024　　　　　　　Respectfully submitted,

By:　　*/s/ Aaron R. Field*

THERESE Y. CANNATA (SBN 88032)
AARON R. FIELD (SBN 310648)
ZACHARY E. COLBETH (SBN 297419)
CANNATA O'TOOLE & OLSON LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone:　　(415) 409-8900
Facsimile:　　(415) 409-8904
Email:　　tcannata@cofolaw.com
　　　　　afield@cofolaw.com
　　　　　zcolbeth@cofolaw.com

Attorneys for Plaintiffs
THE CENTER FOR INVESTIGATIVE REPORTING
and WILL EVANS

# ATTACHMENT A

Case 3:22-cv-07182-WHA  Document 62  Filed 02/23/24  Page 3 of 8

D. VICTORIA BARANETSKY (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th Street, Suite 200
Emeryville, CA 94608
Telephone:   (510) 982-2890
Facsimile:   (510) 849-6141
Email:       vbaranetsky@revealnews.org

Attorney for Plaintiff
THE CENTER FOR INVESTIGATIVE REPORTING

THERESE Y. CANNATA (SBN 88032)
AARON R. FIELD (SBN 310648)
ZACHARY E. COLBETH (SBN 297419)
CANNATA O'TOOLE & OLSON LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone:   (415) 409-8900
Facsimile:   (415) 409-8904
Email:       tcannata@cofolaw.com
             afield@cofolaw.com
             zcolbeth@cofolaw.com

Attorneys for Plaintiffs
THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Defendant. | Case No. 3:22-cv-07182-WHA<br><br>**CORRECTED DECLARATION OF AARON R. FIELD IN SUPPORT OF PLAINTIFFS' OPPOSITION TO EMERGENCY MOTION FOR STAY OF DISCLOSURE DEADLINE PENDING APPEAL BY DEPARTMENT OF LABOR** |

I, AARON R. FIELD, declare:

1. I am a member in good standing of the State Bar of California, a Partner at the law firm Cannata O'Toole & Olson LLP, and counsel for plaintiffs The Center for Investigative Reporting and Will Evans in this matter. I make this declaration of my own personal knowledge, and, if called as a witness, I could testify to the facts stated herein.

2. As a courtesy and for the Court's ease of reference, attached hereto as **Exhibit A** is a true and correct copy of an October 21, 2009 order issued by the United States Court of Appeals for the Ninth Circuit on a motion for stay pending appeal by the appellants in *Electronic Frontier Foundation v. Office of the Director of National Intelligence, et al.*, No. 09-17235 (9th Cir. Oct. 21, 2009). I obtained this copy of the Order from the federal PACER electronic records access system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of February, 2024 at San Francisco, California.

*/s/ Aaron R. Field*
AARON R. FIELD

---

1
CORRECTED DECLARATION OF AARON R. FIELD IN SUPPORT OF PLAINTIFFS' OPPOSITION TO EMERGENCY MOTION FOR STAY OF DISCLOSURE DEADLINE
Case No. 3:22-cv-07182-WHA

# EXHIBIT A

FILED

OCT 21 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>            Plaintiff - Appellee,<br><br> v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE; et al.,<br><br>            Defendants - Appellants. | No. 09-17235<br><br>D.C. Nos. 3:08-cv-01023-JSW<br>              3:08-cv-02997-JSW<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: TROTT, W. FLETCHER and RAWLINSON, Circuit Judges.

Appellants' motion for a stay pending appeal of the district court's order for disclosure of documents is granted with respect to the two categories of documents the Solicitor General has indicated she has already decided to appeal.

Appellants' motion for stay with respect to the remaining categories of documents is granted until November 9, 2009. Appellants shall inform the court on or before November 9, 2009 whether the Solicitor General intends to pursue the appeal with respect to these categories of documents. If the Solicitor General decides to appeal as to these categories of documents, appellants may, on or before November 9, 2009, renew their motion for stay pending appeal with respect to

AT/MOATT

these categories of documents. If appellants renew the motion for stay, the stay will be temporarily extended pending the court's decision on that motion for stay pending appeal.

The court *sua sponte* expedites the briefing and calendaring of this appeal. The opening brief is due November 16, 2009; the answering brief is due December 7, 2009; and the optional reply brief is due December 14, 2009. No extensions of time shall be granted absent extraordinary circumstances.

This case shall be heard the week of January 11, 2010 in San Francisco, California, at a date to be specified as soon as practicable.