1   D. VICTORIA BARANETSKY (SBN 311892)
    THE CENTER FOR INVESTIGATIVE REPORTING
2   1400 65th Street, Suite 200
    Emeryville, CA 94608
3   Telephone:      (510) 982-2890
    Facsimile:      (510) 849-6141
4   Email:          vbaranetsky@revealnews.org

5   Attorney for Plaintiff
    THE CENTER FOR INVESTIGATIVE
6   REPORTING

7   THERESE Y. CANNATA (SBN 88032)
    AARON R. FIELD (SBN 310648)
8   ZACHARY E. COLBETH (SBN 297419)
    CANNATA O'TOOLE & OLSON LLP
9   100 Pine Street, Suite 350
    San Francisco, CA 94111
10  Telephone:      (415) 409-8900
    Facsimile:      (415) 409-8904
11  Email:          tcannata@cofolaw.com
                    afield@cofolaw.com
12                  zcolbeth@cofolaw.com

13  Attorneys for Plaintiffs
    THE CENTER FOR INVESTIGATIVE
14  REPORTING and WILL EVANS

15

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                          SAN FRANCISCO

19
    THE CENTER FOR INVESTIGATIVE          Case No. 3:22-cv-07182-WHA
20  REPORTING and WILL EVANS,
                                          **STIPULATION AND [PROPOSED]**
21          Plaintiffs,                   **ORDER RE: TIME TO FILE MOTION**
                                          **FOR ATTORNEY'S FEES AND COSTS**
22          v.

23  UNITED STATES DEPARTMENT OF
    LABOR,
24
            Defendant.
25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: TIME TO MOVE FOR ATTORNEY'S FEES AND COSTS
Case No. 3:22-cv-07182-WHA

**STIPULATION**

This stipulation is entered into by and among plaintiffs The Center for Investigative Reporting and Will Evans (collectively, "plaintiffs") and defendant United States Department of Labor ("defendant" or "DOL"), through their respective counsel.

WHEREAS, on December 27, 2023, plaintiffs and defendant stipulated, Dkt. No. 52, to an extension of the production deadline set forth in the Court's December 22, 2023 order to February 20, 2024 to allow the Government time to consider its appellate options, and an extension of plaintiffs' time to file a motion for attorney's fees and costs (to the extent plaintiffs' time to file ran from the Court's December 22, 2023 summary judgment order or started running between the date of the stipulation and March 21, 2024) until March 21, 2024.

WHEREAS, on December 28, 2023, the Court granted the stipulation, Dkt. No. 53.

WHEREAS, on February 15, 2024, defendant appealed the Court's summary judgment order, Dkt. No. 57, and its appeal is now pending in the United States Court of Appeals for the Ninth Circuit.

WHEREAS, on February 15, 2024, defendant moved to stay the production deadline pending appeal, Dkt. No. 58, and plaintiffs opposed the motion, Dkt. No. 60.

WHEREAS, on February 16, 2024, the Court temporarily stayed the production deadline pending a further ruling, Dkt. No. 59, and that temporary stay is still in effect.

WHEREAS, in light of the pending appeal, plaintiffs have requested, and defendant has agreed, to defer the deadline for any attorney's fees and costs motion pursuant to Federal Rule of Civil Procedure 54(d) until after defendant's appeal has been finally adjudicated, to the extent that the period for filing such a motion has begun or will begin to run.

NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT plaintiffs' time to file a motion for attorney's fees and costs incurred in the district court litigation under Federal Rule of Civil Procedure 54(d) should be extended, if an extension is

1   needed, to fourteen days after the entry of judgment by this Court or sixty days after the Ninth

2   Circuit's mandate, Fed. R. App. Proc. 41, issues in defendant's pending appeal, whichever is

3   later.

4   IT IS SO STIPULATED.

5

6   DATED: March 18, 2024            CANNATA, O'TOOLE & OLSON LLP

7
                                     By:    */s/ Aaron R. Field*
8                                           AARON R. FIELD

9                                    Therese Y. Cannata
                                     Aaron R. Field
10                                   Zachary E. Colbeth

11                                   Attorneys for Plaintiffs
                                     THE CENTER FOR INVESTIGATIVE REPORTING and
12                                   WILL EVANS

13

14  DATED: March 18, 2024            ISMAIL J. RAMSEY
                                     United States Attorney
15
                                     By:    */s/ Pamela T. Johann*
16                                          PAMELA T. JOHANN

17                                   PAMELA T. JOHANN
                                     Assistant United States Attorney
18
                                     Attorneys for Defendant
19                                   UNITED STATES DEPARTMENT OF LABOR

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: TIME TO MOVE FOR ATTORNEY'S FEES AND COSTS
Case No. 3:22-cv-07182-WHA

1

**[PROPOSED] ORDER**

2          PURSUANT TO STIPULATION, IT IS SO ORDERED. Any motion for attorney's fees

3    and costs pursuant to Federal Rule of Civil Procedure 54(d) may be filed no later than

4    fourteen days after the entry of judgment by this Court or sixty days after the Ninth

5    Circuit's mandate, Fed. R. App. Proc. 41, issues in defendant's pending appeal, whichever

6    is later.

7    IT IS SO ORDERED.

8

9    DATED: _____          _____

10                                          Hon. William Alsup
                                            UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: TIME TO MOVE FOR ATTORNEY'S FEES AND COSTS
Case No. 3:22-cv-07182-WHA

1

**ATTORNEY ATTESTATION**

2       I, Aaron R. Field, am the ECF User whose ID and password are being used to file this

3   document. In compliance with Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this

4   document has been obtained from the other signatories.

5

6   DATED: March 18, 2024                                   */s/ Aaron R. Field*
                                                          AARON R. FIELD
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: TIME TO MOVE FOR ATTORNEY'S FEES AND COSTS
Case No. 3:22-cv-07182-WHA