UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR INVESTIGATIVE REPORTING, et al.,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF LABOR,

    Defendant.

No. 20-cv-07182-WHA

**ORDER TO FILE A JOINT STATEMENT BY MARCH 26, 2024, AT NOON**

We have the following problem. Although the Court ordered the agency to release the EEO-1 reports under FOIA and although the agency wishes to take an appeal therefrom, no final judgment has been entered by reason of the unresolved issue of whether the agency must also disclose an additional 621 EEO-1 reports that plaintiffs allege were incorrectly withheld (Dkt. No. 51 at 12).

Counsel have seemingly ignored this problem. The Court has two possible solutions. *First*, the parties could stipulate to resolve the 621 EEO-1 reports and thereby allow final judgment to be entered. *Alternatively,* the government can request permission to appeal pursuant to 28 U.S.C. § 1292(b). Possibly there are other solutions, and the Court pleads with counsel to be of assistance to the Court and solve this problem.

By **MARCH 26, 2024, AT NOON**, counsel shall file a joint statement setting forth a preferred course of action.

**IT IS SO ORDERED.**

Dated: March 19, 2024.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE