D. VICTORIA BARANETSKY (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th Street, Suite 200
Emeryville, CA 94608
Telephone:      (510) 982-2890
Facsimile:      (510) 849-6141
Email:          vbaranetsky@revealnews.org

Attorney for Plaintiff
THE CENTER FOR INVESTIGATIVE
REPORTING

THERESE Y. CANNATA (SBN 88032)
AARON R. FIELD (SBN 310648)
ZACHARY E. COLBETH (SBN 297419)
CANNATA O'TOOLE & OLSON LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone:      (415) 409-8900
Facsimile:      (415) 409-8904
Email:          tcannata@cofolaw.com
                afield@cofolaw.com
                zcolbeth@cofolaw.com

Attorneys for Plaintiffs
THE CENTER FOR INVESTIGATIVE
REPORTING and WILL EVANS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>        Defendant. | Case No. 3:22-cv-07182-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE: TIME TO FILE MOTION FOR ATTORNEY'S FEES AND COSTS** |

**STIPULATION**

This stipulation is entered into by and among plaintiffs The Center for Investigative Reporting and Will Evans (collectively, "plaintiffs") and defendant United States Department of Labor ("defendant" or "DOL"), through their respective counsel.

WHEREAS, on December 27, 2023, plaintiffs and defendant stipulated, Dkt. No. 52, to an extension of the production deadline set forth in the Court's December 22, 2023 order to February 20, 2024 to allow the Government time to consider its appellate options, and an extension of plaintiffs' time to file a motion for attorney's fees and costs (to the extent plaintiffs' time to file ran from the Court's December 22, 2023 summary judgment order or started running between the date of the stipulation and March 21, 2024) until March 21, 2024.

WHEREAS, on December 28, 2023, the Court granted the stipulation, Dkt. No. 53.

WHEREAS, on February 15, 2024, defendant appealed the Court's summary judgment order, Dkt. No. 57, and its appeal is now pending in the United States Court of Appeals for the Ninth Circuit.

WHEREAS, on February 15, 2024, defendant moved to stay the production deadline pending appeal, Dkt. No. 58, and plaintiffs opposed the motion, Dkt. No. 60.

WHEREAS, on February 16, 2024, the Court temporarily stayed the production deadline pending a further ruling, Dkt. No. 59, and that temporary stay is still in effect.

WHEREAS, in light of the pending appeal, plaintiffs have requested, and defendant has agreed, to defer the deadline for any attorney's fees and costs motion pursuant to Federal Rule of Civil Procedure 54(d) until after defendant's appeal has been finally adjudicated, to the extent that the period for filing such a motion has begun or will begin to run.

NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT plaintiffs' time to file a motion for attorney's fees and costs incurred in the district court litigation under Federal Rule of Civil Procedure 54(d) should be extended, if an extension is

1    needed, to fourteen days after the entry of judgment by this Court or sixty days after the Ninth

2    Circuit's mandate, Fed. R. App. Proc. 41, issues in defendant's pending appeal, whichever is

3    later.

4    IT IS SO STIPULATED.

5

6    DATED: March 18, 2024                    CANNATA, O'TOOLE & OLSON LLP

7
                                             By:      /s/ Aaron R. Field
8                                                     AARON R. FIELD

9                                            Therese Y. Cannata
                                             Aaron R. Field
10                                           Zachary E. Colbeth

11                                           Attorneys for Plaintiffs
                                             THE CENTER FOR INVESTIGATIVE REPORTING and
12                                           WILL EVANS

13

14   DATED: March 18, 2024                   ISMAIL J. RAMSEY
                                             United States Attorney
15
                                             By:      /s/ Pamela T. Johann
16                                                    PAMELA T. JOHANN

17                                           PAMELA T. JOHANN
                                             Assistant United States Attorney
18

19                                           Attorneys for Defendant
                                             UNITED STATES DEPARTMENT OF LABOR
20

21

22

23

24

25

26

27

28

# [~~PROPOSE~~D] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Any motion for attorney's fees and costs pursuant to Federal Rule of Civil Procedure 54(d) may be filed no later than fourteen days after the entry of judgment by this Court or sixty days after the Ninth Circuit's mandate, Fed. R. App. Proc. 41, issues in defendant's pending appeal, whichever is later.

IT IS SO ORDERED.

DATED: March 21, 2024.

_____
Hon. William Alsup
UNITED STATES DISTRICT JUDGE

**ATTORNEY ATTESTATION**

I, Aaron R. Field, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: March 18, 2024                        _____ /s/ Aaron R. Field _____
                                                          AARON R. FIELD