ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36045
    San Francisco, California 94102
    Telephone: (415) 436-7025
    Facsimile: (415) 436-7234
    pamela.johann@usdoj.gov

Attorneys for Defendant UNITED STATES
DEPARTMENT OF LABOR

D. VICTORIA BARANETSKY (SBN 311892)
THE CENTER FOR INVESTIGATIVE
REPORTING
    1400 65th Street, Suite 200
    Emeryville, CA 94608
    Telephone: (510) 982-2890
    Facsimile: (510) 849-6141
    Email: vbaranetsky@revealnews.org

Attorney for Plaintiff THE CENTER FOR
INVESTIGATIVE REPORTING

THERESE Y. CANNATA (SBN 88032)
AARON R. FIELD (SBN 310648)
ZACHARY E. COLBETH (SBN 297419)
CANNATA O'TOOLE & OLSON LLP
    100 Pine Street, Suite 350
    San Francisco, CA 94111
    Telephone: (415) 409-8900
    Facsimile: (415) 409-8904
    Email: tcannata@cofolaw.com
             afield@cofolaw.com
             zcolbeth@cofolaw.com

Attorneys for Plaintiffs
THE CENTER FOR INVESTIGATIVE
REPORTING and WILL EVANS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Defendant. | Case No. 22-cv-07182-WHA<br><br>**JOINT STATEMENT IN RESPONSE TO COURT'S MARCH 19, 2024 ORDER (DKT. NO. 66)** |

Pursuant to the Court's Order dated March 19, 2024, Dkt. No. 66, the parties submit this Joint Statement.

JOINT STATEMENT
No. 22-cv-07182-WHA                                                       1

The parties respectfully submit that the Court's December 22, 2023 Order requiring the Department of Labor ("DOL") to release EEO-1 reports under the Freedom of Information Act ("FOIA") is immediately appealable as either a final order under 28 U.S.C. § 1291 or as an order granting an injunction under 28 U.S.C. § 1292(a)(1). *See In re Steele*, 799 F.2d 461, 465 (9th Cir. 1986) ("A disclosure order in a FOIA suit is injunctive in nature" and therefore appealable under 28 U.S.C. § 1292(a)(1) even if interlocutory); *ACLU v. United States Dep't of Justice*, 880 F.3d 473, 480 n.3 (9th Cir. 2018) (order granting partial summary judgment to plaintiff in FOIA case is appealable under Section 1291; a "'final decision' in a FOIA case [is] 'an order by the District Court requiring release of documents by the Government to the plaintiff, or order denying the plaintiff's right to such release'" (quoting *In re Steele*, 799 F.2d 461, 464 (9th Cir. 1986)). In *ACLU*, the district court bifurcated the FOIA request for summary judgment purposes, and the partial cross-motions for summary judgment addressed only part of the request. 800 F.3d at 481 n.5. Despite this bifurcation and the fact that part of the case remained to be adjudicated by the district court, the Ninth Circuit held that it had jurisdiction pursuant to 28 U.S.C. § 1291 over the government's appeal of the district court's grant of partial summary judgment ordering disclosure under FOIA.

Accordingly, DOL's pending appeal can proceed without the need for this Court to enter final judgment or to certify appeal pursuant to 28 U.S.C. § 1292(b).

Regarding the 621 contractors' EEO-1 reports referenced in the Court's March 19, 2024 Order, Dkt. No. 66, the parties continue to disagree about whether these reports are "agency records" within the meaning of FOIA. The parties also disagree about whether the pending appeal divests this Court of jurisdiction over this issue. At this time, the parties have agreed and respectfully request that, to the extent necessary, further proceedings in this Court concerning those 621 contractors' EEO-1 reports be stayed until after the issuance of the Ninth Circuit's mandate in the pending appeal.[1]

---

[1] This stipulation is limited to the EEO-1 reports of the 621 contractors.

| | | |
|---|---|---|
| 1 | DATED: March 26, 2024 | Respectfully submitted, |
| 2 | | ISMAIL J. RAMSEY<br>United States Attorney |
| 3 | | |
| 4 | | */s/ Pamela T. Johann*<br>PAMELA T. JOHANN<br>Assistant United States Attorney |
| 5 | | |
| 6 | | Attorneys for Defendant |
| 7 | DATED: March 26, 2024 | CANNATA O'TOOLE & OLSON |
| 8 | | */s/ Aaron Field* |
| 9 | | AARON FIELD |
| 10 | | Attorneys for Plaintiffs |

**ATTESTATION**

I, Pamela T. Johann, hereby attest under penalty of perjury that in compliance with Civil Local Rule 5-1(i)(3), I have obtained the concurrence in the filing of this document from counsel for Plaintiffs.

*/s/ Pamela T. Johann*
PAMELA T. JOHANN